IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ADAM T. WOOLUMS, | * | NO. 04-3271 |
| Plaintiff, | * | |
| vs. | * | MOTION FOR ADMISSION |
| | * | PRO HAC VICE |
| Ray Hawkins, David A. Mifflin, Robert Bruner, Joe Klein and Mike Zahn as | * | |
| TRUSTEES OF OPERATING ENGINEERS LOCAL NO. 965 | * | |
| | * | |
| Defendants. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Michael R. Mundt, an attorney who is not a member of the Bar of this district, moves to appear in this case Pro Hac Vice in accordance with C.D.I.L-L.R. 83.5(F), on behalf of Plaintiff of Adam T. Woolums, and in support thereof states:

1. I am a member in good standing of the Bar of the United States District Court for the Northern District of Iowa and am also admitted to practice before the 8th Circuit Court of Appeals.

2. I agree to comply with the provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the United States District Court for the Central Division of Illinois in connection with the Pro Hac Vice representation in this case.

3. I will be associated with Edward Q. Costa, the attorney who filed this Complaint and a member in good standing before the Court.

WHEREFORE, Michael R. Mundt respectfully requests the Court enter an order permitting his appearance in this case as co-counsel to represent the Plaintiff.

Respectfully submitted,

MUNDT, FRANCK & SCHUMACHER

By: _____
Michael R. Mundt
1231 Broadway, Suite 300
Denison, IA 51442
(712) 263-3159
(712) 263-4507- Fax
ATTORNEYS FOR PLAINTIFF

Subscribed and sworn to before me this by Michael R. Mundt this ___14th___ day of December, 2004.

_____
Notary Public

RHONDA S. NEMITZ
COMMISSION NO. 148730
MY COMMISSION EXPIRES
9-29-2006