IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ADAM T. WOOLUMS, | * | NO.  04-3271 |
| Plaintiff, | * | |
| vs. | * | |
| | * | |
| RAY HAWKINS, DAVID A. MIFFLIN, ROBERT BRUNER, JOE KLEIN AND MIKE ZAHN as TRUSTEES OF OPERATING ENGINEERS LOCAL NO. 965 | * | |
| | * | |
| | * | |
| Defendants. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STATUS REPORT

NOW COMES the plaintiff, by his attorneys, Samuels, Miller, Schroeder, Jackson & Sly, LLP, and for his written status report, respectively advises the Court that attorney James P. Moody of Cavanagh and O'Hara, 407 East Adams, P.O. Box 5043, Springfield, Illinois, 62705 has agreed to waive service of summons and to file his written entry of appearance within 20 days of today's date.

ADAM T. WOOLUMS, plaintiff

SAMUELS, MILLER, SCHROEDER,
JACKSON & SLY, LLP

By:  /s/ Edward Q. Costa
     His attorneys

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of March, 2005, he served a copy of the foregoing Status Report by facsimile to:

>James P. Moody
>Cavanagh & O'Hara
>407 East Adams
>P.O. Box 5043
>Springfield, IL 62705
>Fax: 217-544-5236

                        /s/ Edward Q. Costa

EDWARD Q. COSTA
SAMUELS, MILLER, SCHROEDER,
JACKSON & SLY, LLP
Attorneys for plaintiff
225 North Water Street, Suite 301
P. O. Box 1400
Decatur, Illinois 62525-1400
Telephone: (217) 429-4325