**E-FILED**
Monday, 11 April, 2005  09:50:15 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ADAM T. WOOLUMS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  04-3271 |
| | ) | |
| Ray Hawkins, David A. Mifflin, | ) | |
| Robert Brunner, Joe Klein and | ) | |
| Mike Zahn, as | ) | |
| | ) | |
| TRUSTEES OF OPERATING | ) | |
| ENGINEERS LOCAL 965 | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Ray Hawkins, David A. Mifflin, Robert Brunner,

Joe Klein and Mike Zahn as TRUSTEES OF OPERATING ENGINEERS LOCAL 965,

Defendants, furnished the following in compliance with Standing Order CDIL-33 of this Court.

(a)     Ray Hawkins, David A. Mifflin, Robert Brunner, Joe Klein and Mike Zahn as
TRUSTEES OF OPERATING ENGINEERS LOCAL 965.

(b)     Not applicable.

(c)     CAVANAGH & O'HARA
William K. Cavanagh
Michael O'Hara
Patrick J. O'Hara
James P. Moody
John T. Long.

DATED this 11th day of April, 2005.

s/ James P. Moody
James P. Moody
**CAVANAGH & O'HARA**
407 East Adams Street
Post Office Box 5043

Springfield, IL 62705
Telephone: 217-544-1771
Facsimile: 217-544-9894
jim@cavanagh-ohara.com

F:\files\OE965\Woolum.CertInterest.wpd

## PROOF OF SERVICE

The undersigned, being first duly sworn on oath deposes and says that he served the

above and forgoing Certificate of Interest by depositing the same in a U.S. Mailbox in

Springfield, Illinois, a true and correct copy thereof in an envelope with first-class postage

prepaid to the following addresses on this 11th day of April, 2005:

Edward Q. Costa
Samuels, Miller Schroeder, Jackson & Sly, LLP
225 North Water Street, Suite 301
P.O. Box 1400
Decatur, IL 62525

s/James P. Moody
CAVANAGH & O'HARA
407 East Adams Street
P.O. Box 5043
Springfield, IL 62705
Telephone:(217) 544-1771
Facsimile: (217) 544-9894
Jim@cavanagh-ohara.com

F:\files\OE965\Woolum.CertInterest.wpd