IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ADAM T. WOOLUMS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 04-3271 |
| | ) |
| Ray Hawkins, David A. Mifflin, | ) |
| Robert Brunner, Joe Klein and | ) |
| Mike Zahn, as | ) |
| | ) |
| TRUSTEES OF OPERATING | ) |
| ENGINEERS LOCAL 965 | ) |
| | ) |
| Defendants. | ) |

## ANSWER TO COMPLAINT

NOW COME Defendants, Ray Hawkins, David A. Mifflin, Robert Brunner, Joe Klein and Mike Zahn, by their attorneys, Cavanagh & O'Hara, and for their Answer to Complaint, state:

1. Defendants have insufficient knowledge to form a belief as to Plaintiff's residence or union membership. Defendants deny the remaining allegations contained in ¶ 1 of Plaintiff's Complaint.

2. Defendants admit the allegations contained in ¶ 2 of Plaintiff's Complaint.

3. Defendants admit the allegations contained in ¶ 3 of Plaintiff's Complaint.

4. Defendants admit that Plaintiff was injured while driving a motor vehicle in an intoxicated condition, but have insufficient knowledge to form a belief as to the truth of falsity of the remaining allegations contained in ¶ 4 of Plaintiffs' Complaint and therefore neither admit nor deny such allegations.

5. Defendants admit the allegations contained in ¶ 5 of Plaintiff's Complaint.

6. Defendants deny the allegations contained in ¶ 6 of Plaintiff's Complaint.

7. Defendants admit that the Plaintiff was denied benefits because he was injured while driving while intoxicated, an illegal occupation, but deny the remaining allegations contained in ¶ 7 of Plaintiff's Complaint.

8. Defendants admit only that the Plaintiff appealed the decision and that such appeal was denied. Defendants deny the remaining allegations contained in ¶ 8 of Plaintiff's Complaint.

9. Defendants deny the allegations contained in ¶ 9 of Plaintiff's Complaint.

10. Defendants deny the allegations contained in ¶ 10 and ¶¶ 10 a-e of Plaintiff's Complaint.

11. Plaintiff did not include a ¶ 11 in the Plaintiff's Complaint therefore no answer is required.

12. Defendants deny the allegations contained in ¶ 12 of Plaintiff's Complaint.

### **Affirmative Defense**

1. Operating Engineers Local 965 Health Benefit Fund is an employee benefit plan created and maintained pursuant to, and governed by, the provisions of the Employee Retirement Income Security Act of 1974, ("ERISA"), as amended, (29 U.S.C. §§ *et seq.*). The decision of the Board of Trustees of the Operating Engineers Local 965 Health Benefit Fund to deny health and welfare benefits to Plaintiff in this case was neither arbitrary nor capricious, and therefore should be affirmed by this Honorable Court.

WHEREFORE, Defendants, Ray Hawkins, David A. Mifflin, Robert Brunner, Joe Klein and Mike Zahn, respectfully pray that the Court dismiss Plaintiff's Complaint.

        Ray Hawkins, David A. Mifflin, Robert Brunner, Joe Klein and Mike Zahn, Defendants,

        By  s/James P. Moody
        James P. Moody
        CAVANAGH & O'HARA
        407 East Adams Street
        P.O. Box 5043
        Springfield, IL 62705
        Telephone:(217) 544-1771
        Facsimile: (217) 544-9894
        Jim@cavanagh-ohara.com

## PROOF OF SERVICE

The undersigned, being first duly sworn on oath deposes and says that he served the above and forgoing Answer to Complaint by depositing the same in a U.S. Mailbox in Springfield, Illinois, a true and correct copy thereof in an envelope with first-class postage prepaid to the following addresses on this 11th day of April, 2005:

Edward Q. Costa
Samuels, Miller Schroeder, Jackson & Sly, LLP
225 North Water Street, Suite 301
P.O. Box 1400
Decatur, IL 62525

                                                s/James P. Moody
                                                CAVANAGH & O'HARA
                                                407 East Adams Street
                                                P.O. Box 5043
                                                Springfield, IL 62705
                                                Telephone:(217) 544-1771
                                                Facsimile: (217) 544-9894
                                                Jim@cavanagh-ohara.com

F:\files\OE965\Woolum.AnswerAmdComplaint.wpd