E-FILED
Friday, 29 April, 2005  08:30:27 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ADAM T. WOOLUMS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-3271 |
| | ) | |
| Ray Hawkins, David A. Mifflin, | ) | |
| Robert Brunner, Joe Klein and | ) | |
| Mike Zahn, as | ) | |
| | ) | |
| TRUSTEES OF OPERATING | ) | |
| ENGINEERS LOCAL 965 | ) | |
| | ) | |
| Defendants. | ) | |

## PROPOSED DISCOVERY PLAN

NOW COMES the Plaintiff, ADAM T. WOOLUMS, by and through his counsel, Samuels, Miller, Schroeder, Jackson & Sly, and Defendants, RAY HAWKINS, DAVID A. MIFFLIN, ROBERT BRUNNER, JOE KLEIN and MIKE ZAHN as TRUSTEES OF OPERATING ENGINEERS LOCAL 965, by and through their counsel, Cavanagh & O'Hara, and pursuant to Federal Rule of Civil Procedure 26(f) and CDIL-LR 16.2, hereby submit the following proposed discovery plan.

1. All motions to amend pleadings and/or add parties are to be filed by July 25, 2005, unless good cause is shown;

2. All written discovery requests are to be served by December 30, 2005;

3. All fact discovery shall be completed by March 24, 2006;

4. Plaintiffs' opinion witnesses, if any, shall be disclosed by January 25, 2006. Reports of opinion witnesses are due on the date of disclosure. These opinion witnesses shall be made available for deposition before February 24, 2006;

5.  Defendant's opinion witnesses, if any, shall be disclosed by March 24, 2006. Reports of opinion witnesses are due on the date of disclosure. These opinion witnesses shall be made available for deposition before April 25, 2006;

6.  Dispositive motions are to be filed by May 25, 2006;

7.  This case is set for pretrial on _____, 2005;

8.  This case is set for trial on _____.

Respectfully submitted,

| | |
|---|---|
| ADAM T. WOOLUMS,<br>Plaintiff, | RAY HAWKINS, DAVID A. MIFFLIN, ROBERT BRUNNER, JOE KLEIN and MIKE ZAHN as TRUSTEES OF OPERATING ENGINEERS LOCAL 965<br>Defendants, |
| By:  s/ Darrell A. Woolums<br>Darrell A. Woolums<br>**SAMUELS, MILLER, SCHROEDER, JACKSON & SLY**<br>Attorneys for the Plaintiff<br>225 North Water Street, Suite 301<br>Post Office Box 1400<br>Decatur, IL 62525<br>Telephone: 217-429-4325<br>Facsimile: 217-425-6313<br>E-mail: woolums@smsjslaw.com | By:  s/ James P. Moody<br>James P. Moody<br>**CAVANAGH & O'HARA**<br>Attorneys for the Defendants<br>407 East Adams Street<br>Post Office Box 5043<br>Springfield, IL 62705<br>Telephone: 217-544-1771<br>Facsimile: 217-544-9894<br>E-mail: jim@cavanagh-ohara.com |

F:\files\OE965\Woolums\pdp.wpd