E-FILED
Friday, 29 April, 2005  03:38:07 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ADAM T. WOOLUMS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 04-3271 |
| | ) |
| Ray Hawkins, David A. Mifflin, | ) |
| Robert Brunner, Joe Klein and | ) |
| Mike Zahn, as | ) |
| | ) |
| TRUSTEES OF OPERATING | ) |
| ENGINEERS LOCAL 965 | ) |
| | ) |
| Defendants. | ) |

**RESPONSE TO AFFIRMATIVE DEFENSE**

NOW COMES the Plaintiff, ADAM T. WOOLUMS, by his attorneys, Samuels, Miller, Schroeder, Jackson & Sly, LLP and for his Response to Defendants' Affirmative Defense states:

1. Although the Summary Plan Description provides that the Board of Trustees is to interpret the Plan's provisions they cannot create exclusions which are not set forth in the Plan and by way of further denial states that the decision of the Board of Trustees of the Operating Engineers Local 965 Health Benefit Fund was in fact arbitrary and capricious.

WHEREFORE, Plaintiff, ADAM T. WOOLUMS, respectively prays for the relief requested in the Complaint.

ADAM T. WOOLUMS, plaintiff

SAMUELS, MILLER, SCHROEDER,
JACKSON & SLY, LLP

By: __/s/ Edward Q. Costa__

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of April, 2005, he served a copy of the foregoing Response to Affirmative Defense by facsimile to:

    James P. Moody
    Cavanagh & O'Hara
    407 East Adams
    P.O. Box 5043
    Springfield, IL  62705
    Fax: 217-544-5236

      /s/ Edward Q. Costa
    EDWARD Q. COSTA
    SAMUELS, MILLER, SCHROEDER,
    JACKSON & SLY, LLP
    Attorneys for plaintiff
    225 North Water Street, Suite 301
    P. O. Box 1400
    Decatur, Illinois  62525-1400
    Telephone:  (217) 429-4325
    Facsimile: (217) 425-6313
    Email: costa@smsjslaw.com