E-FILED
Friday, 06 May, 2005  09:29:24 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS -- SPRINGFIELD DIVISION

| | |
|---|---|
| ADAM T. WOOLUMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 04-3271 |
| ) | |
| RAY HAWKINS, as Trustee of Operating ) | |
| Engineers Local No. 965, et al., ) | |
| ) | |
| Defendants. ) | |

SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure a scheduling conference was held on May 3, 2005, with Attorneys Edward Costa, Michael Mundt and James Moody..

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1. No motions to join other parties and to amend the pleadings to be filed after June 3, 2005.

2. March 24, 2006, to complete all fact discovery.
Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply before March 24, 2006.

3. May 25, 2006, to file dispositive motions.
No dispositive motions filed after May 25, 2006, will be considered by the Court.

4. September 8, 2006, at 10:00 a.m. for a Final Pre-trial Conference. All Motions in Limine to be filed per Local Rule 16.1 (E) (8).

5. September 11, 2006, at 9:00 a.m. for trial on the trailing trial calendar.

6. <u>January 25, 2006</u>, for plaintiff to identify testifying experts and provide Rule 26 reports.

<u>March 24, 2006</u>, for all defendants to identify testifying experts and provide Rule 26 reports.

<u>April 25, 2006,</u> to complete experts' discovery.
(NOTE: This includes treating physicians and all other witnesses, medical and non-medical.)

NOTE:  A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE, DOES <u>NOT</u> ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

ANY CONFLICTS BETWEEN THE SCHEDULING ORDER AND THE PROPOSED DISCOVERY PLAN SHALL BE CONTROLLED BY THE SCHEDULING ORDER.

ENTERED:  May 3, 2005.

COPIES MAILED TO:   All attorneys of record.

                                             s/Charles H. Evans
                                           CHARLES H. EVANS
                                       United States Magistrate Judge