# RESTATED AGREEMENT

# AND

# DECLARATION OF TRUST

# OF THE

# OPERATING ENGINEERS LOCAL #965
# HEALTH BENEFIT PLAN



EXHIBIT A

**TABLE OF CONTENTS**

ARTICLE I DEFINITIONS ........................................................... 3-6

    Section 1.1 Employer ............................................................ 3
    Section 1.2 Union ................................................................. 3
    Section 1.3 Employee ............................................................ 3
    Section 1.4 Participant .......................................................... 4
    Section 1.5 Beneficiary ......................................................... 4
    Section 1.6 Trustees ............................................................. 5
    Section 1.7 Trust Fund .......................................................... 5
    Section 1.8 Trust Agreement .................................................. 5
    Section 1.9 Plan .................................................................... 5
    Section 1.10 Association ....................................................... 5
    Section 1.11 Act .................................................................... 6

ARTICLE II CREATION AND PURPOSES OF FUND ................ 7

    Section 2.1 Creation and Purpose ......................................... 7

ARTICLE III BOARD OF TRUSTEES ......................................... 8-15

    Section 3.1 Number, Appointment, Term .............................. 8
    Section 3.2 Authority to Appoint Union Trustees .................. 8
    Section 3.3 Authority to Appoint Employer Trustees ............. 8
    Section 3.4 Resignation and Removal ................................... 8
    Section 3.5 Successor Trustees, Appointment ....................... 9
    Section 3.6 Successor Trustee, Assumption of Office ............ 10
    Section 3.7 Acceptance of the Trust by the Trustees .............. 10
    Section 3.8 Limitation of Liability of Trustees ...................... 10
    Section 3.9 Office of the Fund ............................................... 10
    Section 3.10 Officers ............................................................. 10
    Section 3.11 Power to Act in Case of Vacancy ...................... 11
    Section 3.12 Meetings; Notices ............................................. 11
    Section 3.13 Attendance at Meetings; Minutes ...................... 12
    Section 3.14 Quorum; Voting without Meeting ..................... 12
    Section 3.15 Manner of Action in the Event of Deadlock ...... 13
    Section 3.16 Removal of Trustee ........................................... 14
    Section 3.17 Insurance .......................................................... 14
    Section 3.18 Bonding ............................................................ 15

ARTICLE IV CONTRIBUTIONS AND COLLECTIONS ............. 16-20

    Section 4.1 Employer Contributions ..................................... 16
    Section 4.2 Employee Contributions ..................................... 16

Section 4.3 Receipt of Payment and Other Property of Trust .................. 17
Section 4.4 Collection and Enforcement of Payments ...................... 17
Section 4.5 Late Payments ............................................ 18
Section 4.6 Production of Records ..................................... 18
Section 4.7 Conduct of Trust Business ................................. 19
Section 4.8 Report on Contributions and Production of Records ........... 19

ARTICLE V USE OF FUND ............................................ 21-31

Section 5.1 ......................................................... 21
Section 5.2 Procurement of Insurance .................................. 22
Section 5.3 Investments .............................................. 23
Section 5.4 Deposits and Disbursements ................................ 24
Section 5.5 Allocation and Delegation of Fiduciary Responsibilities ..... 24
Section 5.6 Committees of the Board of Trustees ........................ 25
Section 5.7 Administrative Manager .................................... 26
Section 5.8 By-Laws, Rules and Regulations ............................ 27
Section 5.9 Additional Authority ...................................... 27
Section 5.10 Bonds ................................................... 28
Section 5.11 Insurance ............................................... 28
Section 5.12 Information to Participants .............................. 28
Section 5.13 Accountants and Actuaries ................................ 29
Section 5.14 Trustees to Act without Compensation ..................... 29
Section 5.15 Records of Trustee Transactions .......................... 29
Section 5.16 Construction and Determination by Trustees ............... 29
Section 5.17 Liability ............................................... 30
Section 5.18 Reliance on Written Instruments .......................... 30
Section 5.19 Reliance by Others ...................................... 30
Section 5.20 Discharge of Liability ................................... 31
Section 5.21 Multiple Benefit Schedules ............................... 31

ARTICLE VI CONTROVERSIES AND DISPUTES ............................. 32-33

Section 6.1 Reliance on Records ....................................... 32
Section 6.2 Submission to Trustees .................................... 32
Section 6.3 Settling Disputes ......................................... 32

ARTICLE VII BENEFICIAL RIGHTS .................................... 34-35

Section 7.1 No Rights, Title or Interest of Employers and Union ....... 34
Section 7.2 Limitations upon Beneficial Rights of Employees ........... 34
Section 7.3 Optional Benefits Prohibited .............................. 35

ARTICLE VIII TERMINATION OF TRUST . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

    Section 8.1 Conditions of Termination . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
    Section 8.2 Procedures in Event of Termination . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

ARTICLE IX MISCELLANEOUS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37-41

    Section 9.1 Law Applicable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
    Section 9.2 Savings Clause . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
    Section 9.3 Coverage of Additional Bargaining Units . . . . . . . . . . . . . . . . . . . . . . 37
    Section 9.4 Reciprocity Agreements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
    Section 9.5 Merger . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
    Section 9.6 Refund of Contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
    Section 9.7 Accounting and Judicial Settlements . . . . . . . . . . . . . . . . . . . . . . . . . 39
    Section 9.8 Withholding Payment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
    Section 9.9 Gender . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
    Section 9.10 Amendment of Trust Agreement . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
    Section 9.11 Article and Section Titles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
    Section 9.12 Withdrawal of a Union . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40

SIGNATURE PAGE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

## RESTATED AGREEMENT AND
## DECLARATION OF TRUST

### OF THE

### OPERATING ENGINEERS LOCAL #965
### HEALTH BENEFIT PLAN

WHEREAS, there has heretofore been entered into an Agreement and Declaration of Trust, effective October 3, 1963, by and between the Associated General Contractors of Illinois members in Highway District VI, and participating employers, hereinafter referred to as the "Association", and the Local Union #965, International Union of Operating Engineers, AFL-CIO, hereinafter referred to as the "Union", and certain individual Trustees, which Agreement created a health and welfare fund as therein provided; and

WHEREAS, said Agreement and Declaration of Trust has heretofore been restated and amended; and

WHEREAS, under Article IX, Section 9.10 of said Agreement and Declaration of Trust, the Trustees have the power and authority to amend such Agreement and Declaration of Trust from time to time as therein provided; and

WHEREAS, it is determined to be desirable to amend said Restated Agreement and Declaration of Trust and to further restate the same so as to incorporate therein all of the amendments adopted heretofore or as part of this restatement;

NOW, THEREFORE, the Trustees, designated and in office, as such, have executed this Restated Agreement and Declaration of Trust as indicating their acceptance of the respective duties imposed upon them as Trustees under the terms of this Agreement, and the Association and the Union have caused this Agreement to be executed by their respective officers duly authorized, as indicating their consent, approval and acceptance thereof, to read as follows:

WHEREAS, various employer members of the Association have entered into collective bargaining agreements with various operating engineers local unions, including Local Union #965, which local unions are members of the International Union of Operating Engineers, AFL-CIO; and

WHEREAS, various other employers or employer associations have entered into, or will from time to time hereafter enter into, collective bargaining agreements with other operating engineers local unions affiliated with the International Union of Operating Engineers on behalf of employees represented by them, all of which collective bargaining agreements provide, among other things, for the payment, by said employers, to the Trustees of this Trust Fund, known as the Operating Engineers Local #965 Health Benefit Plan, of hourly contributions and other appropriate methods of contributions for health and welfare purposes as set forth in said collective bargaining agreements; and

WHEREAS, the sums payable to the Fund as aforesaid are for the purposes of providing health and welfare benefits as now are or may hereafter be authorized or permitted by law for eligible employees, their families and dependents, as determined hereunder; and

WHEREAS, the Trustees have been duly appointed in accordance with the provisions of this Agreement;

NOW, THEREFORE, in consideration of the premises and mutual covenants and agreements herein contained, it is hereby agreed as follows: