E-FILED
Thursday, 25 May, 2006 02:37:18 PM
Clerk, U.S. District Court, ILCD

## ARTICLE III

## BOARD OF TRUSTEES

Section 3.1 <u>Number, Appointment, Term</u>. The Fund shall be administered by six Trustees, three of whom shall be appointed by the Union and shall act as Employee Trustees, and three of whom shall be appointed by the Association and shall act as Employer Trustees. The respective Trustees shall serve without compensation, unless permitted by law, and at the will of the Union or the Association, respectively, appointing them, but they shall be reimbursed for all reasonable and necessary expenses properly and actually incurred by them in connection with the performance of their official duties as such. The Union or the Association shall select successor Trustees whenever vacancies occur among their respective appointees. A vacancy shall occur whenever a Trustee resigns or when a Trustee is removed by the party which appointed him, or by reason of death or incapacity.

Section 3.2 <u>Authority to Appoint Union Trustees</u>. Local #965 shall have sole and exclusive authority to appoint three (3) Union Trustees.

Section 3.3 <u>Authority to Appoint Employer Trustees</u>.

(a) The Associated General Contractors of Illinois members in Highway District VI, shall have the sole and exclusive right to name three (3) Employer Trustees.

(b) It is contemplated by and between the parties that other industries will enter into and comprise part of the Fund. All industries which in the future enter and become part of the Fund are bound to accept the existing Employer Trustees as their representatives.

Section 3.4 <u>Resignation and Removal</u>. A Trustee may resign and become and remain fully discharged from all further duty or responsibility hereunder upon giving thirty (30) days' notice in writing to the remaining Trustees and to the party by whom he was appointed, or such shorter notice

as the remaining Trustees may accept as sufficient, in which notice there shall be stated a date on which such resignation shall take effect; and such resignation shall take effect on the date specified in the notice unless a successor Trustee shall have been appointed at an earlier date, in which event such resignation shall take effect immediately upon the appointment of such successor Trustee. An Employer Trustee may be removed from office at any time by action of the Board of Directors of the Association, written notice of such action to be delivered to the Chairman and Secretary-Treasurer of the Trustees serving at that time. An Employee Trustee may be removed from office at any time by action of the Union, written notice of such action to be delivered to the Chairman and Secretary-Treasurer of the Trustees serving at that time.

Section 3.5 <u>Successor Trustees, Appointment</u>. If any Employer Trustee shall die, become incapable of acting hereunder, resign, or be removed, a Successor Employer Trustee shall be immediately appointed by the Chairman of the Board of Directors of the Association, such appointment to be in writing and to be delivered to the Chairman and Secretary-Treasurer of the Trustees serving at that time. If any Employee Trustee shall die, become incapable of acting hereunder, resign, or be removed, a Successor Employee Trustee shall immediately be appointed by the Union, such appointment to be in writing and be delivered to the Chairman and Secretary-Treasurer of the Trustees serving at that time. It is the intention hereof that the Fund shall at all times be administered by an equal number of Employer Trustees and Employee Trustees. The written appointment shall state the term, if any, during which the Trustee is to serve, consistent with Section 3.1.

Section 3.6  Successor Trustee, Assumption of Office.  Any Successor Trustee shall immediately upon his appointment as a Successor Trustee and his acceptance of the Trusteeship in writing, as provided in Section 3.7, become vested with all the property rights, powers and duties of a trustee hereunder with like effect as if originally named a Trustee without the necessity of any formal conveyance or other instrument of title.

Section 3.7  Acceptance of the Trust by Trustees.  A Trustee shall execute a written acceptance in a form satisfactory to the Trustees and consistent with the Act and thereby shall be deemed to have accepted the Trust created and established by this Trust Agreement and to have consented to act as Trustee and to have agreed to administer the Trust Fund as provided herein.  Such written acceptance shall be filed with the Fund's Administrative Manager who shall notify the remaining Trustees of the receipt of such acceptance.

Section 3.8  Limitation of Liability of Trustees.  No Trustee shall be liable or responsible for his own acts or for any acts or defaults of any other fiduciary or party in interest or any other person except in accordance with applicable federal law.

Section 3.9  Office of the Fund.  The principal office of the Trust Fund shall, so long as such location is feasible, be located and maintained in Springfield, Illinois.  The location of the principal office shall be made known to the parties interested in the Trust Fund.  At such office, and at such other places as may be required by law, there shall be maintained the books and records pertaining to the Trust Fund and its administration.

Section 3.10  Officers.  During the month of July of each year, the Trustees shall elect from among themselves a Chairman, a Vice-Chairman, and a Secretary-Treasurer to serve for a term of one (1) year commencing August 1 of such year, or until his or their successors have been elected.  When the Chairman and Vice-Chairman are elected from the Employer Trustees, then the Secretary-

10

Treasurer shall be elected from the Employee Trustees; and when the Chairman and Vice-Chairman are elected from the Employee Trustees, then the Secretary-Treasurer shall be elected from the Employer Trustees. The chairmanship shall alternate, insofar as practicable or desirable, between the Employer Trustees and the Employee Trustees. The Secretary-Treasurer, or such other person as the Trustees may designate, shall keep minutes and records of all meetings, proceedings and acts of the Trustees and shall, with reasonable promptness, send copies of such minutes and records to all Trustees. The Chairman, and in his absence the Vice-Chairman, shall preside at all meetings of the Trustees.

Section 3.11  Power to Act in Case of Vacancy. No vacancy or vacancies on the Board of Trustees shall impair the power of the remaining Trustees, acting in the manner provided by this Trust Agreement, to administer the affairs of the Trust Fund notwithstanding the existence of such vacancy or vacancies.

Section 3.12 Meetings; Notices. The Trustees shall meet at least once each three months and at such other times as they deem it necessary to transact their business. Meetings shall take place only in the continental United States where any participants or beneficiaries are domiciled or where Fund investments are located. The Chairman or the Secretary-Treasurer of the Board of Trustees may, and upon the written request of any two (2) Trustees shall, call a meeting of the Trustees at any time by giving at least five (5) days' written notice of the time and place thereof to the remaining Trustees. A meeting of the Trustees may be held at any time without notice if all the Trustees consent thereto in writing. Additionally, it is permissible to hold meetings in conjunction with International Foundation for Employee Benefit Plan meetings, wherever located.

Section 3.13  Attendance at Meetings; Minutes. All official meetings of the Trustees shall be attended only by the trustees and shall not be open to the public, except that there may attend such

11

other persons as may be designated by the Trustees or when invited so to do, and as may be otherwise required by law. Written minutes, a copy of which shall be furnished with reasonable promptness to each Trustee, shall be kept of all business transacted and of all matters upon which voting shall have occurred and the vote of each Trustee shall be recorded. Such minutes shall be approved by the signature of an Employer Trustee and of an Employee Trustee.

Section 3.14  Quorum; Voting; Action without Meeting.

(a) Two Employer Trustees and two Employee Trustees present in person at a meeting of the Board of Trustees shall constitute a quorum for the transaction of business. If at any meeting the number of Employer and Employee Trustees present shall be unequal, then the group of Trustees lesser in number shall be entitled to cast the same number of votes as the other group of Trustees. In the event there shall be present at any meeting less than all of the Trustees of a group and such Trustees shall be unable to agree as to the manner in which the vote of the absent Trustee shall be cast, then action on the matter under consideration shall be postponed until all Trustees of the group shall be present.