Trustees in compromise or settlement of a claim or controversy, or any compromise or settlement agreement entered into by the Trustees, shall be conclusive and binding on all parties interested in this Trust.

## ARTICLE VII

## BENEFICIAL RIGHTS

Section 7.1  No Rights, Title or Interest of Employers and Union.  No Employer or Union, or Employees, or Participants and their Beneficiaries shall have any right, title or interest in or to the Trust Fund or any part thereof.

Section 7.2  Limitations upon Beneficial Rights of Employees.  No Employee, Participant or any Beneficiary of a Participant shall have any right, title or interest in or to the Trust Fund or any part thereof, provided however, that any Participant who shall be covered by an insurance plan, or his Beneficiaries under such plan, shall be entitled to the benefits in the forms and amounts and subject to the terms and conditions of such insurance plan and of this Trust; provided, further, however, that the benefits shall be free from the interference and control of any creditor, and no benefits shall be subject to any assignment or other anticipation, nor subject to seizure or sale under any legal, equitable or any other process, and in the event that any claim or benefit shall, because of any debt incurred by or resulting from any other claim or liability against any Participant or Beneficiary, or by reason of any seizure or sale or attempted sale under any legal, equitable or other process, or in any suit or proceeding, become payable, or be liable to become payable, to any person other than the Participant or Beneficiary for whom the same is intended, as provided herein, pursuant hereto, the Trustees shall have power to withhold payment of such benefit to such Participant or Beneficiary until such assignment, transfer, encumbrance, anticipation or other disposition, writ or legal process is canceled or withdrawn in such manner as shall be satisfactory to the Trustees.  Until so cancelled or withdrawn, the Trustees shall have the right to use and apply the benefits, as the Trustees may deem best, directly for the support and maintenance of such Participant or Beneficiary. Notwithstanding any provisions contained in this Section to the contrary, any Participant or

34

Beneficiary may assign hospital, surgical and medical benefits to any hospital or physician rendering services to the Participant or Beneficiary.

Section 7.3 Optional Benefits Prohibited. No Employee or Participant shall have the right, privilege or option to receive, instead of the benefits provided hereunder, (a) any part of the contributions payable by Employers under this Trust Agreement; (b) a cash consideration either upon termination of the plan of benefits provided hereunder or upon such Employee's or Participant's withdrawal from coverage under this Fund, either voluntarily or through severance of employment with any particular Employer; or (c) the cash surrender value of any policy of insurance in lieu of the benefits provided in said policy.

35

## ARTICLE VIII

## TERMINATION OF TRUST

<u>Section 8.1</u>   <u>Conditions of Termination</u>.  This Trust Agreement shall cease and terminate upon the happening of any one of the following events.

(a) In the event the Trust Fund shall, in the opinion of the Trustees, be inadequate to carry out the intent and purpose of this Trust Agreement, or be inadequate to meet the payments due or to become due under this Trust Agreement and under the plan of benefits to Participants and Beneficiaries already drawing benefits;

(b) In the event there are no individuals living who can qualify as Employees hereunder;

(c) In the event of termination by action of the Union and the Association;

(d) In the event of termination as may be otherwise provide by law.

<u>Section 8.2</u>   <u>Procedures in Event of Termination</u>.  In the event of termination, the Trustees shall:

(a) make provision out of the Trust Fund for the payment of expenses incurred up to the date of termination of the Trust and the expenses incidental to such termination;

(b) arrange for a final audit and report of their transactions and accounts, for the purpose of termination of their Trusteeship;

(c) apply the Trust Fund to pay any and all obligations of the Trust and distribute and apply any remaining surplus in such manner as will, in their opinion, best effectuate the purposes of the Trust and the requirements of law;

(d) give any notices and prepare and file any reports which may be required by law.

## ARTICLE IX

## MISCELLANEOUS

Section 9.1 <u>Law Applicable</u>. This Trust is created and accepted in the State of Illinois and all questions pertaining to the validity or construction of this Trust Agreement and of the acts and transactions of the parties hereto shall be determined in accordance with the laws of the State of Illinois, except as to matters governed by Federal law.

Section 9.2 <u>Savings Clause</u>. Should any provision of this Agreement and Declaration of Trust be held to be unlawful, or unlawful as to any person or instance, such fact shall not adversely affect the other provisions herein contained or the application of said provisions to any other person or instance, unless such illegality shall make impossible the functioning of this Fund.

Section 9.3 <u>Coverage of Additional Bargaining Units</u>.

    (a)    <u>Extension of Coverage</u>. The Trustees shall have the power to extend the coverage of this Trust Agreement to additional employers or associations of employers (herein called "Additional Associations") and their employees represented by labor organizations other than the Union (herein called "Additional Unions"), subject to the prior approval of the Association and the Union and, further, subject to the conditions stated in subsection (b) of this Section. Any one such group of employees represented by an Additional Union shall be referred to herein as "additional collective bargaining unit." Such additional employers, Additional Associations and Additional Unions shall have no right to participate in the appointment, removal or replacement of Trustees.

    (b)    <u>Termination of Coverage</u>.

        (1)    The Trustees may, by resolution, terminate coverage by and under this Trust Agreement of any such additional collective bargaining unit, effective as of the last day of any calendar month not earlier than four (4) months after the adoption of such resolution, (i) if the Trustees in their sole discretion determine that continued coverage would be a detriment to the Employees, Participants and their Beneficiaries represented by the Union for whose benefit this Trust was originally created, or (ii) if the Trustees determine that contributions are not being made by such additional collective