bargaining unit employers timely and in accordance with the requirements of this Trust Agreement.

(2) Any such termination of coverage shall terminate the eligibility for benefits of all Participants and their Beneficiaries in such additional collective bargaining unit as of the effective date of such termination. Notwithstanding such termination of coverage, no payments whatsoever shall be made from or out of the Trust Fund to or for the benefit of the employees, Participants and their Beneficiaries of such additional collective bargaining unit or to any other trust fund or other entity created for the purpose of providing health and welfare benefits to the employees of such additional collective bargaining unit and, upon such termination of coverage, the Additional Union representing the employees, Participants and their Beneficiaries of such additional collective bargaining unit, and such employees, Participants and their Beneficiaries themselves, or any person claiming by or through or under any of them, shall have no further right, title or interest in or to the Trust Fund, or any part thereof, excepting, only, that any authorized regular benefits, or the balance thereof, payable to individual Participants and their Beneficiaries under bona fide claims accruing either prior to the effective date of such termination of coverage attributable to eligibility credits or bank of hours accumulated or earned by such Participants and their Beneficiaries prior to such date may continue to be paid after such termination.

Section 9.4  Reciprocity Agreements. The Trustees may, in their sole discretion, enter into such reciprocity agreement or agreements with other welfare funds as they determine to be in the best interest of the Trust Fund, provided that any such reciprocity agreement or agreements shall not be inconsistent with the terms of this Trust Agreement or the collective bargaining agreements under which this Trust Agreement is maintained.

Section 9.5  Merger. The Trustees shall have the power to merge with any other fund established for similar purposes as this Trust Fund under the terms and conditions mutually agreeable to the respective Board of Trustees, subject to the approval of the Union and the Association.

Section 9.6  Refund of Contributions. In no event shall any Employer, directly or indirectly, receive any refund on contributions made by them to the Trust except in case of a bona fide

erroneous payment or overpayment of contributions, (to the extent permitted by law) nor shall an Employer directly or indirectly participate in the disposition of the Trust Fund or receive any benefits from the Trust Fund. Upon payment of contributions to the Trustees, all responsibilities of the Employer for each contribution shall cease, and the Employer shall have no responsibilities for the acts of the Trustees, nor shall an Employer be obliged to see to the application of any funds or property of the Trust or to see that the terms of the Trust have been complied with.

Section 9.7 Accounting and Judicial Settlements.

(a) Accounting. The Union, the Association or an Employer may, at any time demand of the Trustees an accounting with respect to any and all accounts, provided that the party demanding such accounting agrees to pay the necessary expenses thereof.

(b) Judicial Settlements and Action by Trustees. The Trustees shall be entitled, at any time, to have a judicial settlement of their accounts and to seek judicial protection by any action or proceeding they determine necessary and, further, to obtain a judicial determination or declaratory judgment as to any question of construction of this Trust Agreement or for instructions as to any action thereunder and, further, as to any question relating to the discharge of their duties and obligations under, or in connection with the administration of, this Trust and as to the distribution of assets belonging to the Trust. Any such determination, decision or judgment shall be binding upon all parties to, or claiming under, this Trust Agreement.

Section 9.8 Withholding Payment. In the event any question or dispute shall arise as to the proper person or persons to whom any payments shall be made hereunder, the Trustees may withhold such payment until there shall have been made an adjudication of such question or dispute which, in the Trustees' sole judgment, is satisfactory to them, or until the Trustees shall have been fully protected against loss by means of such indemnification agreement or bond as they, in their sole judgment, determine to be adequate.

Section 9.9 Gender. Whenever any words are used in this Trust Agreement in the masculine gender, they shall also be construed to include the feminine or neuter gender in all situations where

39

they would so apply; and whenever any words are used in the singular, they shall also be construed to include the plural in all situations where they would so apply; and wherever any words are used in the plural, they shall also be construed to include the singular.

Section 9.10  Amendment of Trust Agreement.  The provisions of this Trust Agreement may be amended at any time by an instrument in writing executed by the Trustees, provided that no amendment shall divert or provide for the use of the Trust Fund then in the hands of the Trustees from the purpose of this Trust Fund to provide group insurance in the event of death, illness or accident to the Employees, Participants or to their Beneficiaries as hereinabove set forth, or for the payment of such benefits as may be authorized under Sections 5.2 or 5.3 of Article V hereof. It is further provided that no amendment (a) shall provide for the use or application of the Trust Fund for any purpose other than those set forth in Sections 2.1 and 5.2 hereof; or (b) permit the return to, or payment of the Trust Fund, or any part thereof, to any Employer except a contribution or other payment made by mistake of fact to the extent permitted by law; or (c) so amend this Trust Agreement that there shall not be an equal number of Employer Trustees and of Employee Trustees to administer the Trust.

Section 9.11  Article and Section Titles.  The Article and Section titles are included solely for convenience and shall, in no event, be construed to affect or modify any part of the provisions of this Trust Agreement or be construed as part thereof.

Section 9.12  Withdrawal of a Union.  Any of the individual Unions participating herein, other than those who are members of the Operating Engineers Local 965 on behalf of the Employees, Participants and their Beneficiaries represented by it, may withdraw from this Trust Agreement and the Trust therein created, provided that such Union serves written notice of such withdrawal upon each of the Trustees of said Trust, as well as upon the Union and the Association, at least four

months prior to the effective date of withdrawal. Contributions shall, until the effective date of such withdrawal, continue to be made to the Trustees herein named by the Employers of the Employees represented by such withdrawing Union. Such withdrawal shall terminate the eligibility for benefits of all Employees, Participants and their Beneficiaries represented by such withdrawing Union as of the effective date of such withdrawal. Notwithstanding such withdrawal, no payments whatsoever shall be made from or out of the Trust Fund to or for the benefit of the employees represented by such withdrawing Union or to any other trust fund or other entity created for the purpose of providing health and welfare benefits to the employees represented by such withdrawing Union and, by such withdrawal, the withdrawing Union and the employees, Participants and their Beneficiaries, represented by it, or any person claiming by or through or under any of them, shall have no further right, title or interest in or to the Trust Fund, or any part thereof, excepting, only, that the balance of any authorized regular benefits payable to individual Participants and their Beneficiaries under bona fide claims accruing prior to the effective date of such withdrawal may continue to be paid after such withdrawal.

IN WITNESS WHEREOF, the Trustees have caused this Restated Agreement and Declaration of Trust to be executed this 28th day of October, 1998.

EMPLOYEE TRUSTEES:                                    EMPLOYER TRUSTEES:

_____                       _____

_____                       _____

                                          Signatures
_____           redacted-pjc_____

October 27, 1998

42