# OPERATING ENGINEERS LOCAL NO. 965

# HEALTH BENEFIT PLAN



# SUMMARY PLAN DESCRIPTION

**Benefits and Eligibility Rules**

**August 1995**



EXHIBIT B

## IF YOU MOVE, NOTIFY THE FUND OFFICE IMMEDIATELY!

Most information about your Plan is sent to you by mail. For you to receive this information, we must have a correct address on file at the Fund Office at all times.

If you move, it's **up to you** to let us know your new address. Failure to do so may jeopardize your eligibility for benefits because we have no way to contact you about any changes to the eligibility rules or benefit improvements.

So don't lose out! **Remember:** the responsibility for letting the Fund Office know your new address IS YOURS.

For your convenience, you will find cards included with this booklet which you may use to notify the Fund Office and the Local Union about an address change. You may also use these cards to designate a new or additional beneficiary.

If the cards are missing, just drop a post card in the mail showing your new address and/or a change in your designated beneficiary. Send to:

**Board of Trustees**
**OPERATING ENGINEERS LOCAL NO. 965**
**HEALTH BENEFIT PLAN**
**8205 South Cass Avenue, Suite 101**
**Darien, Illinois 60561**
**(708) 960-3322**

The Fund Office is open Monday through Friday

8:00 a.m. to 4:00 p.m.

**Operating Engineers Local No. 965**
**Summary Plan Description**

## Table of Contents

**INTRODUCTION**
   About Your Plan ................................................................. 1
   Your Responsibilities as a Participant ........................................ 2
   How To Collect Benefits ...................................................... 3

**SCHEDULE OF BENEFITS**
   CLASS A
      Active Employees and Their Dependents ................................ A
   CLASS B
   Retired Employees and Their
   Dependents Who Are Not Eligible for Medicare ............................ C
   CLASS C
   Retired Employees and Their
   Dependents Who Are Eligible for Medicare ............................... D

**ELIGIBILITY RULES**
   Initial Eligibility ............................................................. 5
   Continuation of Eligibility For Active Employees .......................... 5
   Self-Payment of Contributions .............................................. 6
   Continuation of Eligibility During Disability ................................ 6
   Family Medical Leave Act .................................................. 8
   Continuation of Eligibility
   For Dependents In The Event of An Employee's Death ..................... 8
   Coverage Limitations ....................................................... 9
   Termination of Eligibility For Employees
     and their Dependents When Entering Military Service ................... 10
   Reinstatement Of Eligibility ............................................... 10
   Retiree Program ........................................................... 11
      General Eligibility Requirements ..................................... 11
   Change of Eligibility Rules ................................................ 13
   Cobra Continuation Coverage ............................................. 14
     Employee ............................................................. 14
     Spouse ............................................................... 14
     Dependent Children .................................................. 14
   Notice is Required ........................................................ 14
   The Application ........................................................... 15
   Effective Date of Coverage ................................................ 15
   Termination Date of Coverage ............................................. 15

**GENERAL DEFINITIONS**