3:04-cv-03271-JES-CHE # 9-12 Page 1 of 15
E-FILED
Thursday, 25 May, 2006 02:43:14 PM
Clerk, U.S. District Court, ILCD



General Definitions . . . . 17

## Table of Contents

**SECTION I**
**BASIC OUT-PATIENT TREATMENT BENEFITS**
Emergency Illness Benefit . . . . 23
Diagnostic X-ray and Lab Benefit . . . . 24
Comprehensive Major Medical Expense Benefit . . . . 25
Preferred Provider Organization (PPO) . . . . 26
Prescription Drug Program . . . . 26
Covered Expenses . . . . 26

**SECTION II**
**TREATMENTS WITH SPECIAL LIMITATIONS**
Weekly Accident and Sickness Benefit (loss Of Time) . . . . 29
Routine Physical Examination Benefit . . . . 30
Chiropractic Expense Benefit . . . . 31
Treatment of Mental And Nervous Disorders . . . . 32
Treatment of Alcoholism While Hospital Confined . . . . 34
Organ Transplant Benefit . . . . 35
Death and Dismemberment Benefits . . . . 36
Death Benefit . . . . 36
Accidental Death and Dismemberment Benefit . . . . 37

**SECTION III**
**GENERAL INFORMATION**
Exclusions and General Limitations . . . . 39
Routine Care and Elective Procedures . . . . 39
Medical Necessity . . . . 39
Work Related Disabilities . . . . 39
Self-Inflicted Injury or Substance Abuse . . . . 39
Reasonable and Customary Charges . . . . 40
Treatment Sponsored by Governmental Units . . . . 40
Treatment Without Charge . . . . 40
Illegal Occupation or Commission of Felony . . . . 40
Experimental Treatment or Procedures . . . . 40
Liability for Accidental Injuries . . . . 41
General Limitations . . . . 41

**SECTION IV**
**OTHER GENERAL PLAN PROVISIONS**
Other General Plan Provisions . . . . 43
Physical or Dental Examination and Autopsy . . . . 43
Free Choice of Physician . . . . 43
Workers' Compensation Not Affected . . . . 43





## Table of Contents

**OTHER GENERAL PLAN PROVISIONS Continued**
Circumstances That May Result In Loss of Eligibility or Benefits . . . . 43
Claims Review And Appeal Procedures . . . . 44
Claim Review . . . . 44
Claim Appeal . . . . 44

**SECTION V**
**HOW BENEFITS MAY BE REDUCED**
Coordination of Benefits With Other Group Plans . . . . 47
Benefit Determination . . . . 47
When Claim is for a Covered Employee . . . . 47
When Claim is on the Dependent Spouse . . . . 48
When Claim is for a Dependent Child . . . . 48
Coordination of Benefits With Medicare . . . . 49
Effect on Benefits . . . . 49
Limitations . . . . 49
Subrogation . . . . 50

**INFORMATION REQUIRED BY**
**THE EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA)**
Statement of Participant's Rights . . . . 51
Your Rights as a Participant . . . . 51
Other Important Information . . . . 54
The Trustees Interpret The Plan . . . . 54
The Plan Can Be Changed . . . . 54
Your Plan Is Tax Exempt . . . . 54
Right To Receive And Release Necessary Information . . . . 55
Facility Of Payment . . . . 55
Right Of Recovery . . . . 55
Payment Of Claims . . . . 55
Other Erisa Information . . . . 56
Name of the Plan . . . . 56
Type of Plan . . . . 56
Type of Plan Administration . . . . 56
Name and Address of Administrative Manager . . . . 56
Name and Address of the Fund Consultant . . . . 56
Name, Title and Address of Each Trustee . . . . 57
Parties to the Collective Bargaining Agreement . . . . 57
Internal Revenue Service Employer and Plan Identification Numbers . . . . 58
Agent for Service of Legal Process . . . . 58
Eligibility Requirements . . . . 58
Sources of Trust Fund Income . . . . 58
Method of Funding Benefits . . . . 58

# OPERATING ENGINEERS LOCAL NO. 965 HEALTH BENEFIT PLAN

To All Participants:

We are pleased to distribute this new Summary Plan Description (SPD) which explains the benefits available under The Health Benefit Plan, summarizes the eligibility rules for participation in the Fund, and presents participant's rights. You should take time to read this new SPD so that you are up to date on the protection provided.

Many changes have been made to the Plan of Benefits since the Summary Plan Description (SPD) was last revised in 1989. You should take time to read this new SPD so that you are familiar with the benefits the Fund provides. A few of the changes since the 1989 edition are:

1. Most of your coverage is now provided under the Comprehensive Major Medical Expense Benefit. This means the Plan generally pays 80% of eligible expenses once you or your Eligible Dependent has satisfied the Deductible Amount.
2. The Deductible Amount under the Comprehensive Major Medical Expense Benefit increased to $100.00 per person per calendar year.
3. The Lifetime Maximum under the Comprehensive Major Medical Expense Benefit first increased to $175,000.00 per person and then to $250,000.00.
4. The introduction of a Preferred Provider Organization (PPO) for Hospital services and a prescription drug program under the Comprehensive Major Medical Expense Benefit. You will be eligible for discounts if you obtain services from a Hospital in the PPO network or from a pharmacy participating in the prescription drug program.
5. Charges incurred for a healthy newborn child will be covered under the Plan.

From time to time, changes and/or improvements in the Plan are made. We will keep you fully informed about any changes as they occur.

After you have read this SPD, keep it in a convenient place. If you have questions about your benefits, please call or write to the Fund Office with your questions. The Fund Office staff will be glad to assist you. When you call, have your SPD available for reference.

We encourage each Eligible Person to use medical care wisely. Plan benefits are paid directly from money you contribute. Therefore, unnecessary use of benefits is a waste of your money. Such waste increases the Plan's costs and may cause a reduction in benefits sometime in the future.

Sincerely,
THE BOARD OF TRUSTEES

| Management Trustees | Union Trustees |
| --- | --- |
| David A. Mifflin, Secretary/Treasurer | John B. Hudson, Chairman |
| Eric Fields | Roger Pauley |
| Thomas Oetgen | Hugo Zahn |

# INTRODUCTION

## ABOUT YOUR PLAN

Your Employer and the Union have created a Welfare Fund which provides a specific, dependable Plan of Benefits for you and your fellow workers. This Plan has been improved in an effort to provide the best benefits possible consistent with sound financial management of the Plan.

The Operating Engineers Local No. 965 Health Benefit Plan is maintained as a result of a collective bargaining agreement, sometimes referred to as a labor contract, between your Employer and the Union.

Your Welfare Fund receives its money from Employer contributions, on dates and in amounts called for by the labor contract negotiated with the Employer by your Union. **No money is every withheld from your paycheck in order to support the Fund.**

Decisions on Plan operations and benefits are made by a Board of Trustees on which labor and management are equally represented.

Working together, the Board of Trustees strive to provide the best possible benefits within the financial limits established by the collective bargaining agreement, establishes rules of eligibility, supervises the investment of the Fund's money, and sees that the Fund is in compliance with all applicable Federal and State laws.

In carrying out these responsibilities, the Trustees are assisted by a team of professionals including:

**The Administrative Manager** who handles the day-to-day business activities of the Fund such as collecting Employer contributions, keeping records of money received, crediting each participant's account with the correct number of hours worked, paying claims, and answering inquiries form participants about their eligibility and benefits. The **Fund Attorney** advises the Trustees about what must be done to assure that all operations of the Fund comply with Federal and State laws.

**The Fund Consultant** assists the Trustees in determining the level of benefits which can be provided from Fund resources and advises the Trustees on many other matters important to the Fund's operations.

The largest part of the money which the Fund receives is returned directly to participants in the form of benefits. However, after expenses, a certain portion of each contribution is set aside for reserves. The Fund's reserves can be drawn on in emergencies when, due to unforeseen circumstances, the Fund's claims expenses temporarily exceed its income.

As required by law, an independent auditor examines the financial records each year and certifies them as to their accuracy, completeness and fairness. In addition, the Trustees are required to submit annual financial statements and other reports to the U.S. Department of Labor and the Internal Revenue Service. These reports are available for inspection at the Fund Office during normal business hours.

This is a brief description of how your Fund was established, what its purpose is, and how it operates.

3:04-cv-03271-JES-CHE # 9-12 Page 4 of 15



## YOUR RESPONSIBILITIES AS A PARTICIPANT

There are certain responsibilities which you, as a participant must assume. Failure to carry out the following responsibilities could affect your eligibility or the benefits payable:

1. Take time to read this Summary Plan Description.
2. File an Employee Data (Enrollment) Card.
3. Notify the Fund Office promptly in writing if you have a change in any of the following:
   a. address
   b. marital status
   c. beneficiary
   d. dependents
4. Fully complete a claim form each time you submit charges for any medical expense.
5. Make self-payments on time and in the correct amounts.
6. Check your statement of hours and notify the Fund Office if your records disagree. Every Contribution Quarter you will receive a statement showing the total number of hours you have worked for various Employers who contribute to this Fund. This statement is extremely important because your eligibility under the Plan is based on the number of hours you work. You should maintain your own personal record of the number of hours you work each month. Then, when you receive the Quarterly Statement from the Fund Office, your record should be checked against the Fund's record. ***If there is any difference, contact the Fund Office immediately.*** Only by doing this, when a possible error is discovered, can the Fund Office take appropriate action to verify your hours and to make sure that you are credited with the correct number of hours.

A detailed explanation of your responsibilities can be found in the appropriate section of this Summary Plan Description. Please refer to the Table of Contents for the page numbers.





## HOW TO COLLECT BENEFITS

Once you become eligible, this Fund has the responsibility for seeing that you receive all the benefits for which you are entitled. To receive these benefits, you must also assume some responsibility. Benefits are not paid automatically - - you must file a claim form.

Please follow the steps listed below for all claims.

1. Obtain a claim form from Fund Office.
2. Fill out **your** portion of the claim form COMPLETELY.
3. Have your Physician fill out his portion of the claim form.
   a. Be sure your Physician shows the Diagnosis on the form.
   b. If your Physician provides his own claim form, you may attach that form to the Fund claim form.
   c. If you are applying for the Weekly Accident and Sickness (Loss of Time) Benefit, be sure that both you and your Physician complete the appropriate areas on the claim form. If your eligibility for this benefit continues for an extended period, you will be asked to complete additional claim forms. Your Physician must also certify, on his portion of the claim form, that you are still disabled.
   d. If the claim you are submitting is for an Accident, be sure to complete the Accident portion of the claim form.
4. Attach all itemized bills relating to the claim. Be sure all bills show:
   a. the name of patient
   b. the date of service;
   c. the exact charge for each service provided and a description of the service(s); and
   d. the provider's name, address and phone number.
5. If eligible for Medicare or other group insurance, submit the other plan's "Explanation of Benefit Payments" along with the claim form and itemized charges if the other plan is primary according to the rules on page 49.
6. Forward completed claim forms and related bills to the Claims Office at:

   8205 South Cass Avenue - Suite 101
   Darien, Illinois 60561

To receive benefits provided by the Fund, all members must comply with every applicable claim rule, and the Trustees reserve the right to deny benefits to any member who is, in their opinion, attempting to subvert the purposes of the Fund, or who does not, in their opinion, present a bona fide claim.

The Fund Office will furnish to the claimant the forms for filing proof of loss. If forms are not furnished within fifteen (15) days after giving notice, the claimant will be deemed to have complied with the requirements of the Plan as to proof of loss upon submitting, within the time fixed in the Plan for filing proofs of loss, written proof covering the occurrence, character, and extent of the loss for which the claim is made.

You must furnish written proof for the Weekly Accident and Sickness (Loss of Time) benefit to the Fund Office within ninety (90) days after the termination of the period for which the claim is made. Written proof of any other loss must be furnished to the Fund Office not later than ninety (90) days after the date of the loss. Failure to furnish notice or proof of claim within the time provided in the Plan will not invalidate or reduce any claim if it was not reasonably possible to give proof within that time and proof is furnished as soon as reasonably possible and in no event in the absence of legal capacity of the Employee, later than one year from the time proof is otherwise required.

Benefits payable under the Plan for any loss other than Weekly Accident and Sickness (Loss of Time) will be paid as they accrue immediately upon receipt of due written proof of loss. Subject to due written proof of loss, all accrued benefits for loss of time will be paid at any times set forth in the applicable benefit provision and any balance remaining unpaid upon the termination of liability will be paid immediately upon receipt of due written proof.

Death Benefits will be payable in accordance with the beneficiary designation in effect at the time and the rules respecting such payment explained in this Summary Plan Description. If no such designation or rule is in effective then, the benefit will be payable to the Employee's estate. Any other accrued benefits unpaid at the Employee's death, may, at the option of the Trustees, be paid either to the beneficiary or to the estate.

All other benefits will be payable to the Employee, subject to any written direction by such Employee that all or a portion of any benefits provided by the Plan be paid directly to the Hospital or person rendering the service. The Trustees also have the option of paying providers directly unless the Employee requests otherwise in writing no later than the time for filing proof of the loss.

This Plan does not require that services be rendered by particular Hospitals or providers. However, the Fund has negotiated discounts with certain Hospitals and pharmacies. If you obtain services from these providers, you will be charged less than other people receiving the same services from the same Hospital or the same prescription from the same pharmacy. Contact the Fund Office for a list of Hospitals in the Preferred Provider Organization (PPO) and/or for a list of pharmacies participating in the prescription drug program.



# SCHEDULE OF BENEFITS

## SCHEDULE OF BENEFITS

### CLASS A
### Active Employees and Their Dependents

**Death Benefit**

| | |
|---|---|
| Employee | $5,000.00 |
| Spouse | $1,000.00 |
| Dependent Children | |
| 14 Days but less than 6 months | $100.00 |
| 6 months but less than 19 years | $500.00 |
| Full time student | |
| 19 years but less than 23 years | $500.00 |

**Accidental Death And Dismemberment Benefit (Employees Only)**

| | |
|---|---|
| Full Benefit Amount | $5,000.00 |

**Basic Out-Patient Treatment**

| | |
|---|---|
| Deductible Amount | None |
| Aggregate Maximum Amount Payable for Eligible Expenses up to $300.00 | 100% of Reasonable Charges Per Person per Calendar Year |

**Eligible Expenses Include:**

| | |
|---|---|
| Diagnostic Laboratory and X-Ray Benefits Hospital Out-Patient Department, Clinic or Doctor's Office | Full Reasonable and Customary Charges |
| Emergency Treatment of Illness Hospital Emergency Room, Clinic or Doctor's Office | Full Reasonable and Customary Charges |

**Comprehensive Major Medical Expense Benefit**

| | |
|---|---|
| Deductible Amount | $100.00 Per person per calendar year |

## CLASS A
## Active Employees and Their Dependents

**Co-payment Rates**

Treatment of Mental or Nervous Disorders:

| | |
|---|---|
| In-Patient | 80% |
| Out-Patient | 50% |

All Other Conditions:

| | |
|---|---|
| First $5,000 per Calendar Year | 80% |
| After $5,000 during Calendar Year | 100% |

**Lifetime Maximum Amounts Payable:**

Mental or Nervous Disorders and/or Alcoholism ........ $10,000.00 Per person

**Aggregate Total, All Conditions** ........ $250,000.00 Per person

**TREATMENTS WITH SPECIAL LIMITATIONS**

**Weekly Accident And Sickness Benefit (Employees Only)**

Non-Occupational Benefits, Payment begins:

| | |
|---|---|
| Accidents | 1st day |
| Illness | 8th day |

| | |
|---|---|
| Weekly Payment Rate | $150.00 |
| Maximum Payment Period | 13 Weeks |

**Routine Physical Examination Benefit (Employee and Spouse Only)**

Maximum Amount Payable ........ $150.00 Per Person Per Calendar Year

**Chiropractic Expense Benefit** ........ see Page 31

**Mental And Nervous Disorders** ........ see Page 32

**Treatment Of Alcoholism In Hospital** ........ see Page 34

**Organ Transplant Benefit** ........ see Page 35



Operating Engineers Local No. 965
Summary Plan Description

## CLASS B
## Retired Employees and Their Dependents Who Are Not Eligible for Medicare

**Death Benefit**

| | |
|---|---|
| Employee | $5,000.00 |
| Spouse | $1,000.00 |
| Dependent Children | |
| 14 days but less than 6 months | $100.00 |
| 6 months but less than 19 years | $500.00 |
| If full time students, 19 years but less than 23 years | $500.00 |

**Accidental Death And Dismemberment Benefit (Employees Only)**

Full Benefit Amount ........ $5,000.00

**Weekly Loss of Time Benefit** ........ None

**Health Care Benefits**

In general ........ same as benefits for Active Employees (Class A)

**Specific Limitation**

Pregnancy or Pregnancy-related Expenses ........ *Not Covered*

## CLASS C
## Retired Employees and Their Dependents Who Are Eligible for Medicare

**Death Benefit**

| | |
|---|---|
| Employee | $5,000.00 |
| Spouse | $1,000.00 |
| Dependent Children | |
| 14 days but less than 6 months | $100.00 |
| 6 months but less than 19 years | $500.00 |
| If full time students, 19 years but less than 23 years | $500.00 |

**Accidental Death And Dismemberment Benefit (Employees Only)**

| | |
|---|---|
| Full Benefit Amount | $5,000.00 |

| | |
|---|---|
| **Weekly Loss of Time Benefit** | None |

**Health Care Benefits**

| | |
|---|---|
| Deductible Amounts under Medicare Part A and B | Full Cost |
| Co-Payments and other Charges in Excess of Expenses Recognized by Medicare (including prescription drugs) | Coordinated with Normal Plan Benefits |



## ELIGIBILITY RULES

## ELIGIBILITY RULES

All Employees working for a contributing Employer or Employers within the jurisdiction of the Fund will be eligible to receive benefits after meeting the following eligibility requirements.

Eligibility is based on Contribution Quarters and Benefit Quarters as follows:

| Contribution Quarters | Benefit Quarters |
|---|---|
| Work performed during: | Determines eligibility for: |
| December, January, February | May, June, July |
| March, April, May | August, September, October |
| June, July, August | November, December, January |
| September, October, November | February, March April |

### Initial Eligibility

You will become initially eligible on the first day of the next following Benefit Quarter if you have been employed by a contributing Employer or Employers and those Employers have made contributions to the Fund on your behalf for at least 700 hours worked during a period of no more than twelve (12) consecutive calendar months.

If you are not actively at work due to disability on the day you would otherwise become initially eligible, you will not become eligible for Benefits until you return to active employment as described in that section. Unless they themselves are disabled, your Eligible Dependents, if any, become eligible for Plan benefits immediately on your normal eligibility date, even if you are disabled.

### Continuation Of Eligibility For Active Employees

#### *Employer Contributions*

After becoming initially eligible, you continue to be eligible as long as you are working for a contributing Employer or Employers and those Employers made contributions to the Fund on your behalf for at least:

250 hours in the one Contribution Quarter before the next Benefit Quarter;
-or-
1,000 hours in the four Contribution Quarters before the next Benefit Quarter.

## Self-Payment of Contributions

After becoming initially eligible, you may be allowed to make self-payments of contributions if you are in danger of losing eligibility due to a period of unemployment. To be eligible to make self-payments, you must be available for work at covered employment in the industry with an Employer who participates in this Fund.

Your self-payment is equal to 250 hours times the hourly rate then in effect for contributing Employers. The self-payment hours requirement is reduced by hours worked in the most recent Contribution Quarter, if any.

Self-payments must be received at the Fund Office within twenty-one (21) days of the date the Termination Notice is received by you. All Notices are sent to the last known address on file at the Fund Office so it is important that any address changes are reported immediately. Eligibility for means of self-payments can be continued for a maximum of four (4) successive Benefit Quarters. However, if the industry is suffering from an extended period of widespread unemployment, the Trustees may temporarily allow self payments of contributions for more than four (4) Benefit Quarters.

## Continuation Of Eligibility During Disability

If you become disabled as described below **while you are eligible in this Plan,** your eligibility may be continued without the use of self-contributions.

### *Disability Hours Credits - Short Term Disability*

To qualify for Disability Hours, you must be unable to perform covered employment and must:

1. Be eligible for payment of Weekly Accident and Sickness (Loss of Time) Benefits under this Plan; or
2. Submit evidence satisfactory to the Trustees that you are eligible for Weekly Workers' Compensation Benefits as a result of disability incurred within the jurisdiction of any Local Union participating in this Plan.

Nineteen (19) Disability Hours will be credited for each full week of such disability, up to a maximum of 500 credited hours:

1. For any single period of disability; or
2. For all disability hours credited in any continuous twelve (12) month period.





All disability absences will be considered as a single disability unless you return to active covered employment for at least:

1. One (1) day and you submit evidence satisfactory to the Trustees that the causes of the latest disability absence cannot be connected with the causes of any prior disability absences; or
2. Two (2) weeks even though a connection can be established between the causes of two (2) successive disability absences.

The Trustees reserve the right to have you medically examined by a Physician of their own choice at the Plan's expense to determine whether a disability qualifies under this Rule.

### *Self-Contributions During Total Disability*

You will be allowed to continue your coverage during total disability by making self-contribution if you:

1. Are totally and permanently disabled and so unable to perform **any** work for remuneration or profit on the date you would otherwise lose eligibility under these Rules; and
2. Have a minimum of five (5) years of eligibility in this Plan prior to your disability; and
3. Submit verification of your Social Security Administration Disability Award to the Trustees within twelve (12) months of the date self- contributions are required under this section.

Coverage under this section applies to both your Employee and to Dependent coverage, until the earlier or:

1. The date you are eligible in any other group health care plan;
2. The date you are no longer Totally Disabled;
3. The date you become eligible for Medicare; or
4. The end of thirty (30) months continuation coverage under this section.

When you are covered by Automatic Continuation due to disability, you are **NOT covered** by Weekly Accident and Sickness (Loss of Time) Benefits.

### *Return to Work from Disability - Reinstatement*

When you return to work from a disability, your eligibility will continue under the disability section of these Rules for a limited time while you work the 250 hours necessary for reinstatement as an active Employee. Your eligibility will continue for the:

1. Remainder of the Contribution Quarter in which you return to work; plus
2. The next following Contribution Quarter

while you work the necessary hours. If you fail to work the necessary hours in the specified time, your reinstatement to eligibility as an active Employee is determined as described elsewhere in these Rules.

## Family Medical Leave Act

Under the Family Medical Leave Act of 1993 (FMLA), eligibility for benefits must be extended to you and your Eligible Dependents if:

1. You are an active participant;
2. You have been granted leave by your Employer under the FMLA; and
3. Your Employer makes the required contributions to the Fund.

The FMLA requires your Employer to inform you of your rights and obligations under this new law. You should ask your Employer or contact the Fund Office if you have any questions.

If you have been granted FMLA leave, your Employer must notify the Fund Office to prevent you from losing eligibility. You may wish to notify the Fund Office yourself when you are granted FMLA leave, but you are not required to do so. Your Employer will be asked to complete some forms to verify your eligibility for benefits while on leave. Your Employer must pay for your extended eligibility before the Fund will provide benefits.

Your eligibility for a FMLA leave is between you and your Employer. The Trustees will not get involved in resolving any disputes.

## Continuation Of Eligibility For Dependents In The Event Of An Employee's Death

If you die while you are eligible under these Rules, your Eligible Dependents may continue to be covered according to the following requirements.

### *Automatic Continuation*

Eligibility for your surviving Dependents will continue automatically, without self-contribution, so long as they continue to meet the definition of Dependent until the later of:

1. The normal eligibility termination date based on your employment records as if death had not occurred; or
2. The last day of the Benefit Quarter in which death occurs.

### *Self-Payment of Contributions*

Eligibility for your surviving Dependents may be continued by self-payment of contributions according to the provisions of this section after the automatic continuation is exhausted. Your surviving Dependents will be eligible to make self-payments under this section only if you were:

1. Eligible at the time of death; and
2. Continuously eligible in this Plan during the twenty (20) Coverage Quarters immediately before death.



Operating Engineers Local No. 965
Summary Plan Description

Your Dependent children will be allowed to make self-payments to the Fund to continue coverage

1. After you die, if your legal spouse does not survive you; or
2. After your legal spouse dies,

provided the other requirements of this Rule are met **and** such Dependent children's coverage had continued uninterrupted.

Self-payment are calculated as follows:

| Coverage For | Requires |
|---|---|
| Spouse Only: | 200 hours per Contribution Quarter times the current Employer rate of Contribution |
| Child Only: | 200 hours per Contribution Quarter times the current Employer rate of Contribution |
| Spouse with Child or Children; more than one orphaned child: | 375 hours per Contribution quarter times the current Employer rate of Contribution |

Self-payment for the surviving spouse of a retired Employee are calculated as described in the Retirement Self-Pay Provision of these Rules.

Payments are to be paid quarterly and must be received at the Fund Office before the first day of the Coverage Quarter for which payment is made.

## Coverage Limitations

Surviving Dependents must elect and continue coverage under this Rule when first eligible to do so. Coverage for surviving Dependents who fail to maintain continuous coverage under this Rule cannot be reinstated.

Self-payments will be accepted to continue your surviving Dependents' eligible for coverage under the Schedule of Benefits normally available to Eligible Dependents of active Employees until the earliest of the following:

1. The date your spouse remarries; or
2. The date your child no longer meets the definition of Dependent; or
3. The date your Dependent becomes eligible under any other group health care program; or
4. The date your Dependent relocates outside of the United States.

3:04-cv-03271-JES-CHE # 9-12 Page 12 of 15



Coverage under the Rule does not include any expense related to Pregnancy conceived after the Employee's death.

Covered persons who become eligible for Medicare may continue coverage under the Retiree Supplemental Medicare Schedule of Benefits.

## Termination Of Eligibility For Employees And Their Dependents When Entering Military Service

An Employee's or Dependent's eligibility ends the day he is inducted into the Armed Forces of the United States. When you are inducted, your Dependents' eligibility terminates on the last day of the Benefit Quarter in which your induction occurs.

Your accumulated eligibility, if any, will be kept on the records of the Fund, provided you notify the Fund in writing that you are entering the Armed Forces of the United States. Such accumulated eligibility will be made available to you upon your discharge and you return to work for a contributing Employer. You must return to work for a contributing Employer within ninety (90) days after discharge to retain your right to your accumulated eligibility if covered employment is available and you are physically fit. Your eligibility and that of your Dependents, if any, is then reinstated on the first day of the month after your return to work for a contributing Employer, provided you were eligible when inducted.

If you fail to return to work for a contributing Employer within ninety (90) days from the date you are discharged, you must again satisfy the Initial Eligibility requirements of these Rules.

## Reinstatement Of Eligibility

### *Employees*

If you once establish eligibility under this Plan and lose that eligibility at a later date, you may be reinstated by meeting the requirements under "Continuation of Eligibility" in these Rules, if you have been ineligible no more that twelve (12) consecutive months. If you remain ineligible more than twelve (12) consecutive months, then you must again meet, the requirements under "Initial Eligibility" in these Rules.

If you are not actively at work due to disability on the day you would otherwise reinstated your eligibility, you will not become eligible for Benefits under you return to active employment as described under "Initial Eligibility."

### *Dependents*

A Dependent child who loses eligibility for reasons other than age (such as change of employment, school status or residence) may have eligibility reinstated on the first day of the month after which the child again meets all the requirements of the Dependent definition, provided the child has remained ineligible less than six (6) consecutive months. If a Dependent child remains ineligible six (6) consecutive months or more, eligibility as a Dependent cannot be reinstated.





# RETIREE PROGRAM

## General Eligibility Requirements

Each normal or early retired Employee may continue coverage for himself and his Eligible Dependents through this Plan under the Retiree Program provided he meets all of the following requirements:

1. He is at least fifty-five (55) years old; and
2. He has been continuously eligible in this Plan during the ten (10) calendar years immediately prior to his retirement; and
3. He is eligible in this Plan at the time of his retirement.

If you are eligible to participate in the Retiree Program, you must exercise that option when you first become eligible to do so. If you do not exercise your option to participate in the Retiree Program immediately upon retirement, you will not be allowed to participate at a later date.

### *Coverage Classification Defined*

Employees eligible to participate in the Retiree Program and their Eligible Dependents, if any, are covered under one of two benefits classes, depending on whether the covered person is also eligible for Medicare:

**Class B -**
coverage for Retired Employees and/or their Eligible Dependents who are NOT eligible for Medicare.

**Class C -**
coverage for Retired Employees and/or their Eligible Dependents who ARE eligible for Medicate.

For example, you and your spouse would both be covered under Class B if neither of you are eligible for Medicare. If you are eligible for Medicare and your spouse is not, you would be eligible in Class C and your spouse would be eligible in Class B.

### *Self-Payment of Contribution*

If eligible under these provisions but NOT eligible for Medicare, self-payments are calculated as follows:

| Coverage For | Requires |
|---|---|
| Employee Only: | 225 hours per Contribution Quarter times the current Employer rate of Contribution |
| Spouse Only: | 200 hours per Contribution Quarter times the current Employer rate of Contribution |
| Employee and Spouse: | 375 hours per Contribution quarter times the current Employer rate of Contribution |

If eligible under these provisions, you may elect to continue your benefit coverage under this section whether or not you are initially eligible for Medicare at the time you retire. However, eligibility must be continuous to qualify for any Retiree Program under these Rules.

Once you and/or your Spouse are eligible for Medicare, self-payments are calculated as follows:

| Coverage For | Requires |
|---|---|
| Employee Only: | 100 hours per Contribution Quarter times the current Employer rate of Contribution |
| Spouse Only: | 75 hours per Contribution Quarter times the current Employer rate of Contribution |
| Employee and Spouse: | 175 hours per Contribution quarter times the current Employer rate of Contribution |

Self-payments are required on a quarterly basis in accordance with the Benefit Quartets defined by these Rules. A change in coverage circumstances (such as eligibility for Medicare) will re-determine the covered person's benefits Class effective the first day of the Benefit Quarter coincident with or next following the date the change in circumstance occurs.

Retiree Program self-contributions are not reduced by any Employer contribution for a Retiree who temporarily returns to covered Employment. Retirees eligible in the Retiree Program must satisfy the "Initial Eligibility" requirements to be reinstated as an Active Employee.





### *Benefit Limitations*

All normal Plan provisions apply to Retiree Program coverages. Employees and their Dependents eligible in Classes B and C are NOT covered by:

1. Weekly Accident and Sickness Benefits (Loss of Time); or
2. Expenses incurred for a Pregnancy or Pregnancy-related conditions.

## Change of Eligibility Rules

The Trustees, in their discretion, are empowered to change or to amend these Eligibility Rules at any time, (by a majority vote at a regularly scheduled meeting).

### A Note of Explanation

The Eligibility Rules represent the requirements which must be satisfied for you and your Dependents to become and to remain eligible for benefits from this Plan. In the event the requirements are not satisfied, eligibility will be lost and benefits will not be payable. The Trustees reserve the right to deny benefits to any claimant who is, in their opinion, attempting to subvert the purpose of the Plan or who does not present a bona fide claim.

Remember: changes in employment may have an effect on Employer contributions paid on your behalf. For example, Employer contributions end in the event you:

1. Change job classifications from covered to non-covered employment, ***even if that employment is with the same employer; or***
2. Change employment from a contributing to a non-contributing Employer.

You and your Eligible Dependents may obtain, upon written request to the Union Office, information as to the address of a particular Employer and whether that Employer is required to pay contributions to this Plan.

3:04-cv-03271-JES-CHE # 9-12 Page 14 of 15



## COBRA CONTINUATION COVERAGE

This Plan is subject to a Federal Law known as "COBRA" which requires the Trustees to offer you and your Eligible Dependents the opportunity for a temporary extension of health coverage (called "continuation coverage") at group rates in certain instances where coverage under the Plan would otherwise end. The COBRA Law establishes minimum time periods and conditions for the right to continuation coverage; it does not change the Eligibility Rules approved by the Trustees in cases where the Rules are equal to or better than the COBRA requirements.

### Employee

If you are an eligible Employee, you and your Eligible Dependents can choose continuation coverage for up to eighteen (18) months if eligibility is lost because:

1. Your hours of covered employments are reduced; or
2. Your covered employment is terminated.

### Spouse

If you are the spouse of an eligible Employee, you can choose continuation coverage for up to thirty-six (36) months if you lose eligibility because of:

1. The death of your spouse;
2. A divorce or legal separation from your spouse; or
3. Termination of your eligibility because your spouse becomes eligible for Medicare.

### Dependent Children

If you are the Eligible Dependent child of an eligible Employee, you can chose continuation coverage for up to thirty-six (36) months if you lose eligibility because of:

1. The death of a parent;
2. A parent's divorce or legal separation; or
3. Termination of your eligibility because a parent becomes eligible for Medicare;
4. Your failure to meet the Plan's definition of "Dependent child."

### Notice is Required

The Employee or an eligible family member is responsible for informing the Fund Office within sixty (60) days of a divorce, legal separation or child losing dependent status. Even though the Employer should notify the Plan if an Employee dies, is terminated, has reduced hours or becomes eligible for Medicare, the Employee or a family member is encouraged to notify the Fund Office. Such notice will prevent a delay in your receiving a COBRA application and/or coverage.





### The Application

If you qualify under COBRA, the Fund Office will provide you with specific instructions, self-payment rates and benefit descriptions once your notice is received. Your eligibility for COBRA continuation coverage depends on your making the required self-payments in a timely manner. If you fail to make timely payments coverage will terminate and cannot be reinstated.

### Effective Date of Coverage

#### *Employees*

Your effective date of coverage as an Employee will normally be the date you satisfy the requirements of the Eligibility Rules. However, if you are Totally Disabled or confined in a Hospital on the date your coverage would otherwise become effective, your coverage does not become effective and you are not eligible for benefits for that period of disability.

#### *Dependents*

Your effective date of coverage as a Dependent will be the date the Employee who sponsors you becomes eligible or the date you first satisfy the definition of Dependent, whichever is later. Your coverage is not delayed if the Employee who sponsors you is disabled on that date. However, if you are Totally Disabled or confined in a Hospital on the date your coverage would otherwise become effective, your coverage does not become effective and you are not eligible for benefits for that period of disability.

This provision does not apply to a newborn child. A newborn child becomes eligible on the date of birth whether or not the child is Hospital confined due to an Accidental bodily Injury or Sickness.

### Termination Date of Coverage

#### *Employees*

Your coverages as an Employee under all benefit provisions of the Plan terminates when the earliest of the following events occurs:

1. Failure to meet the requirements for continuing eligibility as shown in the Eligibility rules, including failure to make any self-payment in a timely manner;
2. Termination of the coverage classification under which you were continuing your eligibility;
3. Induction into the Armed Forces, except for temporary duty of thirty (30) days or less; or
4. Termination of the Plan itself.

### *Dependents*

Your coverage as a Dependent under all benefit provisions of the Plan terminates when the earliest of the following events occurs:

1. Termination of eligibility for the Employee who sponsors you (for reasons other than the receipt of a Maximum Amount Payable);
2. On the first of the month next following the date you fail to meet the definition of Dependent;
3. Failure to meet the requirements for continuing eligibility as shown in the Eligibility Rules, including failure to make timely self-payments;
4. Termination of the coverage classification under which you were continuing your eligibility;
5. Induction into the Armed Forces; or
6. Termination of the Plan itself.



## GENERAL DEFINITIONS