Operating Engineers Local No. 965
Summary Plan Description

## GENERAL DEFINITIONS

The following definitions have special meaning in this Summary Plan Description. They are capitalized to make them stand out.

**Accident**
An Accident must contain some degree of unexpected violence, such as a fall, blow, laceration, contusion, or abrasion.

**Accidental Bodily Injury and Sickness**
Accidental Bodily Injury and Sickness, with respect to a covered person, does not include Accidental Bodily Injury or Sickness which arises out of or in the course of employment, except that this provision will not apply to Death and Accidental Death and Dismemberment Benefits.

**Base Plan**
Base Plan are benefits payable under the Weekly Loss of Time and Basic Out-Patient Treatment Benefits.

**Dentist**
Dentist means a person who is currently licensed to practice dentistry by the governmental authority having jurisdiction over the licensure and practice of dentistry.

**Diagnosis**
The statement of the medical condition requiring the care of a Physician.

**Elective or Voluntary Sterilization.**
Elective Sterilization is sterilization not medically required but requested by the patient and will include among others, vas ligation, vasectomy, salpingectomy, and tubal ligation.

**Eligibility Rules**
The Eligibility rules apply to Active Employees and their Dependents, Totally and Permanently Disabled Employees and their Dependents, and Self-Pay Employees and their Dependents and Retirees and their Dependents.

**Educational Institution**
"Educational institution" means a trade school, college or university or other organization whose primary purpose is training and which regularly charges tuition for such training. "Educational institution" does not include work-study or other training programs during which the trainee receives compensation.

**Eligible Dependents**
Eligible Dependents are as follows:

1. Your legal spouse; or

2. You or your legal spouse's natural, step or adopted (from the time of placement) unmarried child if legal documentation is presented, upon request, supporting the Dependent's status and:

   a. the child is less than nineteen (19) years old and;

Operating Engineers Local No. 965
Summary Plan Description

(1) living with you in a regular parent-child relationship, except in the case of a divorce;

(2) you contribute more than 50% toward the maintenance and support of the child; and

b. the child is less than twenty-three (23) years of age provided that such child is enrolled in an accredited educational institution and is considered to be a full-time student at that institution and is dependent on you for the major portion of financial support. Written proof of full-time enrollment must be submitted.

"Educational institution" means a trade school, college or university or other organization whose primary purpose is training and which regularly charges tuition for such training.

"Educational institution" does not include work-study or other training programs during which the trainee receives compensation.

c. the child, over age nineteen (19), is totally and permanently disabled because of a qualifying physical handicap or mentally retardation and:

(1) the disability occurred before the child reached age nineteen (19);

(2) the disability is certified by a Physician;

(3) the child is incapable of self-sustaining employment so as to make the child dependent upon the parents for financial support and maintenance.

Initial proof of such disability and financial dependency must be furnished to the Trustees within sixty (60) days of the child's reaching nineteen (19) years of age. Subsequent proof may be required as determined by the Trustees from time to time.

3. Your or your legal spouse's child who is named as an alternate recipient in a Qualified Medical Child Support Order (QMCSO) entered by an appropriate court and defined under applicable federal law. This order must be received by the Fund Office and approved by the Trustees. (Information required to be in a QMCSO can be obtained from the Fund Office).

If your Dependent child is also an Employee under this Plan, that child may not be covered as your Dependent.

If both you and your spouse are covered under this Plan as Employees, your children may be covered as the Dependents of you or your spouse, but not both.

If both you and your spouse are covered under this Plan as Employees, neither you or your spouse may also be covered as the Dependent of the other. If one of you loses eligibility, you may be covered as the Dependent of your spouse.

---

Operating Engineers Local No. 965
Summary Plan Description

**Eligible Member**
An Eligible Member means any person who:

1. Is working within the jurisdiction of and is covered under the terms of the Collective Bargaining or non-bargaining Participation Agreement entered into between the Union and the Employer; and

2. Is eligible for benefits as stated in the Eligibility Rules adopted by the Trustees from time to time.

**Eligible Person**
An Eligible Person or Covered Person means either the eligible Employee or the eligible Employee's Dependents.

**Employee**
An Employee means a person, actively employed by an Employer, on whose behalf Employer contributions are required to be made.

**Employer**
Employer or Contributing Employer means any association or individual Employer who has duly executed a collective bargaining agreement with the Union and is thereby required to make contributions to this Fund on behalf of its Employees. Any Employer not presently party to such collective bargaining agreement who satisfies the requirements for participation as established by the Trustees and agrees to be bound by the Trust Agreement is also included in this definition.

**Expense Incurred**
Expense Incurred includes only those charges made for services and supplies which are reasonably priced and reasonably necessary in treating the Accidental Bodily Injury or Sickness.

**Hospital**
A Hospital is any legally constituted institution which meets all these requirements:

1. Maintains permanent and full time facilities for bed care of five (5) or more resident In-Patients;

2. Has a Doctor in regular attendance;

3. Continually provides a twenty-four (24)-hour-a-day nursing service by registered nurses;

4. Is primarily engaged in providing diagnostic and therapeutic facilities for medical and surgical care of injured and sick persons on a basis other than as a rest home, nursing home, convalescent home, a place for the aged, or a place for substance or alcohol abusers; and

5. Is operating lawfully in the jurisdiction where it is located.

### In-patient

In-patient means a person who is a resident patient using and being charged for the room and board facilities of the Hospital.

### Intensive Care Unit

Intensive Care Unit means a special area of a Hospital, exclusively reserved for critically ill patients requiring constant observation, which in its normal course of operation provides:

1. Personal care by specialized registered professional nurses and other nursing care on a twenty-four (24) hour a day basis;

2. Special equipment and supplies which are immediately available on a stand-by basis; and

3. Care required but not rendered in the general surgical or medical nursing units of the Hospital. The term "Intensive Care Unit" also includes an area of the Hospital designated and operating exclusively as a Coronary Care Unit or as a Cardiac Care Unit.

### Out-Patient

Out-Patient means a person who receives Hospital services and treatments but not an In-Patient.

### Physician, Doctor or Surgeon (M.D.)

Physician, Doctor, or Surgeon (M.D.) includes Osteopaths, Dentists, and Podiatrists or Chiropodists when practicing within the scope of their respective licenses. A Chiropractor is not considered to be a Physician for most benefits under the Plan.

### Pregnancy

Pregnancy includes resulting childbirth, miscarriage and any complications of Pregnancy.

### Reasonable and Customary

Reasonable and Customary Charge is determined by uniform reference standards as adopted by the Board of Trustees. To be considered reasonable and customary, the charge by any provider for a service must be similar to the charges generally incurred for cases of comparable nature and severity by a physician of similar training and experience in that geographical area. Area means a metropolitan area, county or such greater area as is necessary to obtain a representative cross-section of providers rendering such service or furnishing such supplies.

With respect to medical equipment, a charge will be considered "reasonable" only if the following requirements are met:

1. The expense of the equipment must be clearly proportionate to the therapeutic benefits ordinarily derived from its use; and

2. The equipment may not be substantially more costly than a medically appropriate and realistically feasible alternative pattern of care; and

3. The equipment may not serve essentially the same purpose as equipment already available to the patient.

---

### Routine Physical Examination

A Routine Physical Examination is an examination done by a Physician for screening purposes. If no Diagnosis or symptoms are presented on a claim form or itemized bill by the Physician, the care sill be considered routine.

### Sickness

Sickness or illness means a deviation from a healthy or normal condition which:

1. Alters the state of the body,

2. Interrupts or disturbs the performance of its vital functions, and

3. Tends or undermine or weaken the constitution.

Sickness or illness does not include a limitation on or a loss of body function or a temporary indisposition which does not progressively undermine or weaken the constitution. Sickness or illness caused or contributed to by self abuse, such as alcoholism or intentional overdose of drugs, are generally subject to special limitations and may be excluded from coverage entirely.

### Skilled Nursing Care Facility

Skilled Nursing Care Facility means an institution or that part of any institution which operates to provide convalescent or nursing care and:

1. Is primarily engaged in providing In-Patients with:
   a. skilled nursing care and related services for patients who require medical or nursing care, or
   b. rehabilitation services for the rehabilitation of injured, disabled or sick persons;

2. Has a requirement that the health care of every patient be under the supervision of a Physician;

3. Has a Physician available to furnish necessary medical care in case of emergency;

4. Has policies, which are developed with the advise of (and with provision for review of such policies from time to time by) a group of professional personnel, including one or more Physicians and one or more registered professional nurses, to govern the skilled nursing care and related medical or other services it provides;

5. Has a Physician, a registered professional nurse or a medical staff responsible for the execution of such policies;

6. Maintains clinical records on all patients;

7. Provides twenty-four (24) hour-a-day nursing service which is sufficient to meet nursing needs in accordance with the policies developed as provided in paragraph 2., and has at least one (1) registered professional nurse employed full time;

8. Provides appropriate methods and procedures for the dispensing and administering of drugs and biologicals;

9. In the case of an institution in any state in which state or applicable local law provides for the licensing of institutions of this nature:
   a. is licensed pursuant to such law, or

Operating Engineers Local No. 965
Summary Plan Description

  b is approved by the agency of the state or locality responsible for licensing institutions of this nature as meeting the standards established for such licensing;

10. Meets all other conditions relating to the health and safety of individuals who are furnished services in such institution or relating to the physical facilities thereof.

**Totally Disabled**
Totally Disabled and Total Disability, unless otherwise specifically defined, refer to disability resulting solely from a Accidental Bodily Injury or Sickness which prevents an Employee from engaging in any occupation or employment for compensation or profit or prevents a Dependent from engaging in substantially all the normal activities of a person of like age and sex in good health.

**Trust Agreement**
Trust Agreement means the Agreement and Declaration of Trust establishing the Operating Engineers Local No. 965 Health Benefit Plan and that instrument as may be amended from time to time.

**Trust Fund**
Trust Fund or Fund mean the Operating Engineers Local No. 965 Health Benefit Plan.

**Trustees**
Trustees means the Employer Trustees and the Union Trustees, collectively, as selected under the Trust Agreement, and as constituted from time to time in accordance with the provisions of the Trust Agreement.

**Union**
Union means those Unions which have executed an Agreement of Collective Bargaining with an Employer who, in accordance with such Agreement of Collective Bargaining participates in and contributes to the Operating Engineers Local No. 965 Health Benefit Plan.

# SECTION I
# BASIC OUT-PATIENT
# TREATMENT BENEFITS

Operating Engineers Local No. 965
Summary Plan Description

## BASIC OUT-PATIENT TREATMENT BENEFITS

### Emergency Illness Benefit

When you or your Eligible Dependent receives emergency Out-Patient treatment at a Hospital specialty clinic or Doctor's office for non-occupational illness, the Plan will pay the Emergency Illness Benefit up to the maximum amount shown in the Schedule of Benefits and as described in this Section.

Treatment of an illness is considered an "emergency" and eligible for benefits under this section only if:

1. Treatment begins on the day of the onset of the illness or the next following day; and
2. The onset of symptoms are sudden, unexpected and acute; and
3. In the opinion of the attending Physician, the symptoms require immediate medical care and represent a potential hazard to the patient's life.

Conditions such as severe chest pain, breathing difficulties or prolonged loss of consciousness generally would be considered "emergency" illness.

Covered services and supplies include:

1. Hospital emergency room charge, including medically necessary Out-Patient supplies and services such as X-ray or laboratory examinations; and
2. Medical treatment or services performed by a legally qualified Physician; and
3. Emergency treatment or transportation rendered by a licensed paramedic under a community approved program.

### Limitations

Emergency Illness Benefit is not payable for:

1. Non-emergency follow-up care, whether or not the initial treatment for the same illness is considered eligible under this section; and
2. Services or supplies not rendered by or under the supervision of a Physician, except as specifically provided.

The Emergency Illness Benefit is not payable for any expense related to drug abuse or overdose and alcohol abuse or overdose.

The Emergency Illness Benefit is also subject to all General Plan Exclusions and Limitations.

Operating Engineers Local No. 965
Summary Plan Description

## Diagnostic X-ray and Lab Benefit

When you or your Eligible Dependent incurs Out-Patient expense for examination by X-ray or laboratory testing to aid in Diagnosis of non-occupational Accidental Bodily Injury or Sickness, the Plan will pay those expenses up to the maximum amount shown in the Schedule of Benefits and as described in this section.

Diagnostic Benefits are payable for examination and testing in a Physician's office, clinic or Hospital Out-Patient department.

### Limitations

The Diagnostic X-ray and Lab Benefit is not payable for:

1. Testing or examination not recognized as medically necessary to diagnose Sickness or injury (e.g., pre-marital or employment examinations, research studies, camp or school admission);
2. X-ray or testing related to dental care or treatment;
3. Eye examination for prescribing corrective lenses, including contact lenses, or examination for fitting or hearing aids;
4. Testing or examination performed while the Eligible Person is Hospital confined;
5. Tests related to Diagnosis, evaluation or treatment of allergy.

The Diagnostic X-ray and Lab Benefit is also subject to all General Plan Exclusions and Limitations.

---

Operating Engineers Local No. 965
Summary Plan Description

## Comprehensive Major Medical Expense Benefit

The Comprehensive Major Medical coverage is designed to give you and your Eligible Dependents protection for:

1. Covered expenses that exceed the amounts payable under the Basic Out-Patient Treatment Benefits;
2. Hospital confinement;
3. Surgical expenses;
4. In-Hospital and emergency treatment; and
5. Other medical treatment.

### The Deductible Amount

The "deductible" is an amount that you have to pay from your own pocket before the Comprehensive Major Medical Expense Benefit is payable. That amount, as shown in the Schedule of Benefits, generally applies to each individual person each calendar year.

### Co-Payment

The Comprehensive Major Medical Expense Benefit does not pay covered expenses in full; the amount you or your Eligible Dependent has to pay depends on the type of treatment. Generally, the Plan pays 80% of covered expenses, and your co-payment is 20%.

### CO-PAYMENT LIMIT ("Circuit Breaker")

If an individual Eligible Person incurs $5,000.00 of eligible Comprehensive Major Medical expenses in excess of the Deductible Amount during a single calendar year, no further co-payment will be required for eligible expenses in excess of the first $5,000.00. The Plan will pay 100% of eligible expenses for the remainder of the calendar year in which the limiting expense is incurred. The normal Plan co-payment rate will again be required on January 1, unless the eligible person is still hospital confined. Once the Eligible Person is discharged, the normal Plan co-payment and deductible will be required.

This co-payment limit is called the "circuit breaker" provision.

Expenses Incurred for Treatment with Special Limitations (such as Chiropractic Expense, Mental and Nervous Disorders, Alcoholism, or Organ Transplants) are not considered eligible and will not be paid at 100% under the "circuit breaker" provision.

Operating Engineers Local No. 965
Summary Plan Description

### The Maximum Amount

All payments under the Comprehensive Major Medical Expense Benefit are limited to the maximum amount shown in the Schedule of Benefits. The maximum amount applies to you and each of your Eligible Dependents separately on the Lifetime basis, unless the Trustees grant a reinstatement of the maximum.

### Preferred Provider Organization (PPO)

The Fund has negotiated contracts with certain Hospitals to provide members of the Operating Engineers Local No. 965 Health Benefit Plan discounts on services they receive from Hospitals in the PPO network. You will still pay 80% of covered expenses incurred, but the total charge from the Hospital should be lower because of the discount. Therefore the 20% you will pay should be less than it would be if you received the same services in a Hospital that was not in the PPO network. Contact the Fund Office for an up-to-date list of Hospitals included in the PPO network.

### Prescription Drug Program

The Fund has negotiated contracts with certain pharmacies to provide members of the Operating Engineers Local No. 965 Health Benefit Plan discounts on prescriptions they receive from pharmacies that participate in the prescription drug program. You will still pay 80% of covered expenses incurred for your medications, but the total charge from the pharmacy should be lower because of the discount. Therefore the 20% you will pay should be less than it would be if you received the same prescription from a pharmacy that was not in the prescription drug program. Contact the Fund Office for an up-to-date list of pharmacies included in the prescription drug program.

### Covered Expenses

The following Hospital, medical and other expenses are covered under the Comprehensive Major Medical Expense Benefit:

1. Daily Hospital charges for ward or semi-private room and general nursing services;
2. Daily Hospital charges for treatment in their intensive or coronary care unit;
3. Other medically necessary services and supplies furnished by a Hospital;
4. The services of a legally qualified Physician or Surgeon, including the services of a Physician for a second surgical opinion and the fees for assistant Surgeons;
5. The services of a graduate registered nurse (R.N.) or legally licensed physiotherapist, provided those services are not rendered by someone who ordinarily resides in your home or by a member of you or your spouse's family;
6. Diagnostic laboratory and X-ray examinations, X-ray or radium therapy treatment;
7. Casts, splints, trusses, braces, crutches and artificial limbs and eyes replacing limbs or eyes which are lost while a person is eligible for these benefits;
8. Whole blood or blood plasma, including the cost of their administration;
9. Anesthetics and oxygen, including their administration, or rental of equipment;

---

Operating Engineers Local No. 965
Summary Plan Description

10. Rental, up to the purchase price, of durable medical equipment such as wheel chairs, Hospital bed, braces or crutches;
11. Purchase of durable medical equipment prescribed by a Physician if pre-authorized by the Trustees on the basis of at least two estimates;
12. Medically necessary professional local ambulance service to a Hospital or between Hospitals if necessary for more highly specialized care;
13. Drugs and medicines which require a Physician's prescription and are legally obtained only from a licensed pharmacist or Physician;
14. Initial contact lenses or lens implant(s) when required in conjunction with surgical removal of cataracts; or
15. Elective or Voluntary Sterilization for you or your spouse.
16. Pregnancy expense for Employee of Employee's legal; spouse *only*; or
17. Newborn hospital care.

Some dental work and oral surgery procedures may be considered Covered Expense under the Comprehensive Major Medical Expense Benefit. Dental services rendered by a Physician, Dentist or dental Surgeon for treatment of a fractured jaw and repair or replacement of natural teeth due to Accidental Injury is considered a Covered Expense if you or your Eligible Dependent was eligible when the Accident occurred and if the services are provided within six (6) months of the Accident. The following specific oral surgical procedures are also considered Covered Expenses:

1. The surgical excision of partially or completely unerupted impacted teeth;
2. The excision of a tooth root without the extraction of the entire tooth, but not root canal therapy;
3. Other incision or excision procedures on the gums and tissues of the mouth when not performed in connection with the extraction or repair of teeth, such as:
   a. alveolar abscesses;
   b. alveolectomies;
   c. apicoectomies (resection of root of tooth);
   d. cysts of jaws;
   e. epulis (fibrous tumor of the gum);
   f. impacted teeth; or
   g. periodontal treatment (disease of gums).

The Comprehensive Major Medical Expense Benefit recognize only medically necessary Hospital charges related to these and other dental procedures as Covered Expense.

## Limitations

The Comprehensive Major Medical Expense Benefit is not payable for:

1. Eyeglasses of hearing aids, including related examinations or fitting;
2. Maintenance or replacement of prosthetic medical devices or durable medical equipment relating to loss which occurred or to purchase made before becoming an Eligible Person, and maintenance or replacement of such devices or equipment more frequently than once in each sixty (60) months if related to loss which occurred or to purchase made after becoming an Eligible Person;
3. Cosmetic or reconstructive surgery which is not necessary for the prompt repair of an Accidental Bodily Injury which occurs while the patient is eligible;
4. Dental care or treatment, except as specifically provided;
5. Rest cures or custodial care;
6. Ambulance service or transportation between cities, such as by air ambulance, railroad or bus;
7. Shoes or shoe inserts for treatment of the feet, unless prescribed by a Physician and custom-fitted for the patient;
8. Drugs or medicines for birth control, regulation or maintenance of diet and for vitamin therapy; or
9. Newborn Dependent Child Benefits *are not* payable for expense incurred by the newborn child or children of an Eligible Person's Dependent Child.

The Comprehensive Major Medical Expense Benefit is subject to additional exclusions and limitations for some conditions; see the Treatment with Special Limitations section for additional information when treatment is related to:

1. Drug abuse or overdose;
2. Alcohol abuse;
3. Evaluation or treatment of mental or nervous disorders; or
4. Chiropractic services, supplies or procedures.

The Comprehensive Major Medical Expense Benefit is also subject to all General Plan Exclusions and Limitations.

# SECTION II
# TREATMENTS WITH
# SPECIAL LIMITATIONS

Operating Engineers Local No. 965
Summary Plan Description

# TREATMENTS WITH SPECIAL LIMITATIONS

## Weekly Accident and Sickness Benefit (loss Of Time)

### Active Employees Only

If you become Totally Disabled from non-occupational Accidental Bodily Injury or Sickness, the Plan will pay the Weekly Benefit shown in the Schedule of Benefits. Benefits begin with the day of disability specified in the Schedule of Benefits and continue while you remain Totally Disabled, subject to the maximum period of benefits during one (1) period of disability shown in the Schedule of Benefits.

### Application for Loss of Time Benefits

For the Fund to consider Loss of Time, you must submit a fully completed claim form:

1. Both you and the Physician must complete the form.
2. If possible, have your present Employer complete his portion of the claim form. If you were laid-off at the time of the disability, indicate this on your claim form.
3. The Fund must receive a "Return to Work Notice" completed by your Physician.

Benefits accrue weekly based on a week of seven (7) days. Benefits for any partial week of disability are paid when the period of disability ends.

### Period of Disability

All disability absences will be considered as having occurred during a single period of disability unless evidence acceptable to the Trustees is furnished that:

1. The cause of the latest disability absence cannot be connected with the cause of any prior disability absences, and the latest disability absence occurs after return to active work for at least one (1) day; or
2. The causes of the latest disability absence can be connected with the cause of a prior disability but the two (2) were separated by a return to active work for at least two weeks.

Operating Engineers Local No. 965
Summary Plan Description

### Limitations

No benefits are payable under this benefit provision for any period or day of disability for which the Employee is not under the regular care and attendance of a Physician. A Chiropractor is not considered a Physician for the purposes of disability benefits.

No benefits are payable under this benefit provision for any period or day of disability on and after the date the Employee retires, even if such Employee would normally be considered eligible based on Employer contributions for hours worked before retirement.

The benefits provided under this provision are not assignable.

The Weekly Accident and Sickness (Loss of Time) Benefit is subject to additional exclusions and limitations for some conditions; see the Treatment with Special Limitations section for additional information when treatment is related to alcohol or drug abuse.

The Weekly Accident and Sickness (Loss of Time) Benefit is also subject to all General Plan Exclusions and Limitations.

### Routine Physical Examination Benefit

#### Employee and Spouse Only

When you or your Dependent spouse incurs eligible expense for a Routine Physical Examination performed by a Physician, the Plan will pay those reasonable expenses up to the amounts shown in the Schedule of Benefits and as described in this section.

Eligible expenses include the Physician's professional fees and diagnostic X-ray or laboratory charges. The examination may be performed in a Physician's office, clinic or Hospital Out-Patient department.

### Limitations

The Routine Physical Examination Benefit is not payable for:

1. Testing or examination related to Accidental Bodily Injury, Sickness or Pregnancy (including resulting child birth or complications);
2. Testing or examination related to or as a condition of employment or to the issuance of any insurance policy;
3. More than one such examination in any twelve (12) consecutive calendar month period; or
4. Expense Incurred by a Dependent other than the Employee's spouse.

---

Operating Engineers Local No. 965
Summary Plan Description

### Chiropractic Expense Benefit

When you or your Eligible Dependent is treated by a Chiropractor, benefits for all related services, supplies and procedures will be paid as described in this section.

#### Chiropractic Services

Treatment charges for chiropractic office visits are limited to a maximum of $20.00 per visit. Benefits are calculated (paid) under the Comprehensive Major Medical Expense Benefit only, and are subject to the normal Comprehensive Major Medical deductible amount. The first twenty-six (26) eligible visits per calendar year are subject to the normal Comprehensive Major Medical co-payment of 80%. The next twenty-six (26) eligible visits in that calendar year are subject to a 50% co-payment rate. No more than fifty-two (52) visits are considered eligible per person per calendar year. Treatment charges and frequency must be considered reasonable to be covered.

#### Diagnostic X-Ray and Lab Services

The Plan considers charges for diagnostic X-ray services related to covered chiropractic treatment as eligible expense under the Diagnostic X-Ray and Lab Benefits of the Base Plan benefits only.

### Limitations

This Plan does not provide benefits for:

1. Diet or hair analysis;
2. Nutritional or food supplements and/or vitamins which may be legally obtained without a Physician's prescription;
3. Pillows, supports or similar devices;
4. More than one treatment per day; or
5. Booklets.

Expenses related to chiropractic treatment, other than the Chiropractic Services specified above, are not eligible under the Comprehensive Major Medical Expense Benefits.

Benefits paid under this section are not eligible for and do not contribute to the Co-Payment Limit (circuit breaker provision) which allows for 100% payment under the Comprehensive Major Medical Expense Benefit.

Benefits for or related to treatment by a Chiropractor are subject to the same terms, conditions and limitations governing individual benefits for any other illness or injury under this Plan.

## Treatment of Mental And Nervous Disorders

When you or your Eligible Dependent requires treatment for a mental or nervous disorder, benefit payments by the Plan are subject to the rules described in this section in addition to the conditions governing individual benefits.

### In-Patient Treatment

When treatment is rendered as an In-Patient, Expenses Incurred include:

1. The Hospital's daily room and miscellaneous charges; and
2. The attending Physician's fees.

Eligible expenses are calculated (paid) under the Comprehensive Major Medical Expense Benefit only at a co-payment rate of 80%, and are subject to the normal Comprehensive Major Medical deductible amount.

### Out-Patient Treatment

When treatment is rendered to a patient who is not Hospital confined, eligible expenses include:

1. The Hospital's charges for Out-Patient facilities;
2. The attending Physician's fees;
3. Diagnostic X-ray or lab charges; and
4. Prescription drugs.

Services rendered by a certified, registered psychologist (PhD) on the referral of a Physician (MD) will be considered eligible expense on the same basis as a Physician only if such treatment is recommended and the patient is referred to that specific counselor by a Physician (MD).

Eligible expenses are calculated (paid) under the Comprehensive Major Medical Expense Benefit only at a co-payment rate of 50%, and are subject to the normal Comprehensive Major Medical deductible amount.

### Maximum Amounts Payable

The maximum charge considered eligible expense under this section is $30.00 per Out-Patient visit. No more than $750.00 per Eligible Person will be paid under this section for all Out-Patient treatment each calendar year.

Aggregate benefits for treatment of mental and nervous disorders will not exceed $10,000.00 per Eligible Person's Lifetime. Benefits paid under this section reduce the Lifetime Maximum Amount Payable under the Comprehensive Major Medical Expense Benefit for all conditions.

---

### Limitations

Benefit for treatment of mental and nervous disorders are not payable for:

1. Services rendered by a therapist other than a Physician, except as specifically provided;
2. Behavior disorders; or
3. Any charges related to a period of confinement or frequency of treatment which is considered custodial or not reasonable for the diagnosed condition.

Benefits paid under this section are not eligible for and do not contribute to the Co-Payment Limit (circuit breaker provision) which allows for 100% payment under the Comprehensive Major Medical Expense Benefit.

Benefits for treatment of mental and nervous disorders are subject to the same terms, conditions and limitations governing individual benefits for any other illness or injury under this Plan.

## Treatment of Alcoholism While Hospital Confined

When you or your spouse requires treatment for alcoholism, benefit payments by the Plan are subject to the rules described in this section in addition to the conditions governing individual benefits.

### In-Patient Treatment

Benefits are payable **only** for In-Patient treatment at facilities recognized and approved by the Plan. Recognized facilities may include non-hospital facilities specializing in substance abuse treatment and operating within the scope of their license. If possible, contact the Claims Office before undergoing treatment to verify approval of a particular program.

Expense Incurred for the first confinement eligible under this Plan are paid on the same basis as charges for any Sickness or injury. Expense Incurred for the **second** confinement eligible under this Plan are paid at 50% of the individual benefit levels for any other Sickness or injury. Expense Incurred for after the second confinement in an Eligible Person's lifetime are not eligible for benefits under this Plan. Refer to the Schedule of Benefits for maximum amount payable.

### Limitations

Benefits for Treatment of alcoholism are not payable for:

1. Services or supplies not eligible for treatment of other illnesses under the Plan unless specifically provided in this section;
2. More than one confinement per Eligible Person per calendar year;
3. More than two confinements per Eligible Person's lifetime;
4. More than one Hospital visit or therapy session per day; or
5. Services or supplies rendered to a patient who is not Hospital confined; or
6. Expense Incurred by Dependent children.

Benefits are not payable under this section for abuse of substances other than alcohol, unless such abuse is coincident with and incidental to alcohol abuse.

Benefits paid under this section are not eligible for and do not contribute to the Co-Payment Limit (circuit breaker provision) which allows for 100% payment under the Comprehensive Major Medical Expense Benefit.

Benefits for treatment of alcoholism are subject to the same terms, conditions and limitations governing individual benefits for any other illness or injury under this Plan.

---

## Organ Transplant Benefit

When you or your Eligible Dependent require an organ transplant procedure (as approved by Medicare), benefit payments by the Plan are subject to the rules described in this section in addition to those governing individual benefits.

### Eligibility

To be considered eligible for benefits under this section, the patient must have been continuously eligible in the Plan for at least twelve (12) calendar months immediately before covered expense is incurred.

### Co-Payment

The Plan pays 80% of covered expenses in lieu of benefit amounts or payment formulas applicable to any other Accidental Bodily Injury or Sickness.

### The Maximum Amount

The maximum amount is $20,000.00 per lifetime per Eligible Person. Payments made by the Plan shall be applied to the Organ Transplant Benefit as the expense is incurred on and after the date a transplant is determined to be medically necessary.

### Limitations

Organ Transplant Benefit are not payable for:

1. Expense incurred by any person other than an Eligible Person as determined by the Eligibility rules, including but not limited to a living tissue or organ donor;
2. Organ transplants other than those approved by Medicare; and
3. Treatment employing experimental or investigational medical or surgical procedures.

"Experimental or Investigative means the use of any treatment, procedure, facility, equipment, drugs, devices or supplies or if performed under controlled conditions in order to discover an unknown effect and not yet recognized as acceptable general medical practice and any such items requiring federal or governmental agency approval for which such approval has not been granted at the time the service was provided. The Trustees have the sole authority to determine whether the treatment shall be considered "experimental or investigational" for the purposes of this Plan

Organ Transplant Benefits are also subject to all General Plan Exclusions and Limitations.

# DEATH AND DISMEMBERMENT BENEFITS

## Death Benefit

If you or your Eligible Dependent die from any cause, a Death Benefit is payable in the amount specified in the Schedule of Benefits. The Fund Office must be provided with acceptable proof of death on forms provided by the Trustees.

## Beneficiary Designation

You must file a written designation of Beneficiary with the Fund Office on a properly completed form. If you have not made an irrevocable designation of Beneficiary, you may name a new Beneficiary, without your prior Beneficiary's consent, by filing a new form with the Fund Office. The change of Beneficiary will be effective retroactively to the date you signed the form, whether or not you are living when the Fund Office receives it. The Plan is not responsible for any payments made before the change of Beneficiary form is received.

If you do not designate a Beneficiary or if your Beneficiary does not outlive you, the Death Benefit will be paid to the equally to the members of the first category still living at the time of your death:

1. Spouse;
2. Children, including legally adopted children;
3. Parents;
4. Brothers and sisters; or
5. Executor or administrator of the Employee's estate.

## How Benefits are Paid

Benefits are payable in a lump sum immediately after the required proofs of claim are submitted. Death Benefits for a Eligible Dependent are automatically paid to the Employee, or to the Employee's legal spouse if the Employee and Dependent child die in a common Accident.

If two (2) or more persons are entitled to the Death Benefit, they will share equally unless you specify differently.

## Accidental Death And Dismemberment Benefit

### Employees Only

If you lose a limb or an eye or if you die from a bodily injury, the Plan will pay benefits up to the Full Benefit Amount in the Schedule of Benefits, provided:

1. The injury was caused solely by an Accident occurring while covered; and
2. The loss is directly related to the Accident and is independent of all other causes; and
3. The loss occurs within ninety (90) days after the Accident.

The amount of the Benefit payable is based on the following:

| | |
|---|---|
| Life | The Full Benefit Amount |
| Both hands | The Full Benefit Amount |
| Both feet | The Full Benefit Amount |
| Both Eyes | The Full Benefit Amount |
| One hand and one foot | The Full Benefit Amount |
| One hand and one eye | The Full Benefit Amount |
| One foot and one eye | The Full Benefit Amount |
| One hand | One-half the Full Benefit Amount |
| One foot | One-half the Full Benefit Amount |
| One eye | One-half the Full Benefit Amount |

The payments will be made directly to you if living, otherwise to your Beneficiary.

"Loss", with reference to hand or foot means complete severance through or above the wrist or ankle joint and with reference to eye means the irrecoverable loss of entire sight.

Operating Engineers Local No. 965
Summary Plan Description

*Limitations*

Not more than the Full Benefit Amount will be paid if more than one of the losses listed results from any one Accident.

Benefits are not payable for loss resulting directly or indirectly, wholly or partly from:

1. Bodily disease, or mental infirmity, including medical or surgical treatment thereof;
2. Ptomaines, bacterial infections or disease, except only septic infection through a visible wound which is Accidentally sustained;
3. Alcohol, drug or substance abuse;
4. War, act of war, riot or duty in the armed forces;
5. Medical or surgical treatment not made necessary by injury covered under the Plan;
6. Committing an assault or felony;
7. Self-destruction or injury and/or attempted self-destruction or injury while sane or insane;
8. Travel or flight in or descent from any species of aircraft if you are a student pilot or member of the crew, or if you are a passenger on:
   a. any civilian aircraft not having a current and valid air worthiness certificate, or piloted by a person who does not then hold a valid and current certificate of competency of a rating authorizing him to pilot such aircraft; or
   b. any type of aircraft operated by any military authority of the United States, or by any duly constituted governmental authority of any other country recognized by the United States Government while in the course of any training or maneuvers of any armed forces; or
9. Riding, driving or testing of a vehicle used in a speed contest, or participation in the sport of parachute jumping.

# SECTION III
# GENERAL INFORMATION

Operating Engineers Local No. 965
Summary Plan Description

# EXCLUSIONS AND GENERAL LIMITATIONS

The following exclusions and general limitations apply to all benefits provided by the Operating Engineers Local No. 965 Health Benefit Plan unless specifically waived or modified by a particular benefit section.

## Routine Care and Elective Procedures

Benefits under this Plan are for the treatment of an Accidental Bodily Injury or Sickness when rendered by Hospitals and Physicians. Routine care, cosmetic surgery, diet medication or supplements which are not medically necessary to correct a condition which threatens the health of an Eligible Person are not eligible for Benefits from this Plan. However, expense incurred for In-patient care and services of a qualified Physician for treating a newborn child of an Eligible Employee or the spouse of an Eligible Employee are eligible for Benefits under the Plan while both the mother and baby are Hospital confined immediately following the child's birth. The Trustees reserve the right to have an Eligible Person examined by a Physician of their own choice and at their own expense to make their determination regarding any benefit payable or eligibility rules of this Plan.

Treatment designed to merely improve bodily function is not considered medically necessary or eligible expense for benefits. Examples of treatment considered NOT covered (by way of illustration and not limitation) include: radial keratotomy (to improve sight), treatment or artificial insemination (to improve fertility) or penile prosthesis (to treat impotence).

## Medical Necessity

Benefits under this Plan are payable only for services and supplies which are considered by the Trustees to be medically necessary in view of the patient's condition and Diagnosis. For example, non-emergency Hospital admission and confinement over a weekend will be presumed not medically necessary and not eligible Expense Incurred. Hospital admission for surgery which is generally performed on an Out-Patient basis will not be considered eligible for benefits unless such admission is medically necessary due, for example, to a co-existent medical condition.

## Work Related Disabilities

Payment will not be made by the Plan for Expense Incurred because of disease, defect or Accidental Bodily Injury which occurs during or arises out of any occupation for wage or profit. If the Eligible Person's claim under Workers' Compensation or any Occupational Disease Law is rejected, the illness or injury will not be considered work related and payment will be made.

## Self-Inflicted Injury or Substance Abuse

Payment will not be made for self-inflicted injury such as attempted suicide (whether sane or insane).