3:04-cv-03271-JES-CHE    # 9-14    Page 1 of 15

E-FILED
Thursday, 25 May, 2006 02:44:56 PM
Clerk, U.S. District Court, ILCD

### Reasonable and Customary Charges

Payment will not be made by this Plan for any Expense Incurred or charge made which the Trustees determine is not Reasonable or Customary as defined in this Summary Plan Description.

### Treatment Sponsored by Governmental Units

Payment will not be made by the Plan for Expense Incurred:

1. While confined in a Hospital owned or operated by the Federal Government or other government unit;

2. For treatment by a Physician employed by the Federal Government or other government unit; or

3. For services or supplies furnished by or at the request or direction of the Federal Government, any of its agencies, or other governmental unit, unless the Eligible Person is legally required to pay; this exclusion will not prevent co-ordination of benefits with a plan specifically established by a governmental unit for its own civilian employees and their dependents.

### Treatment Without Charge

Payment will not be made for confinement in any Hospital or treatment by a Physician when the Hospital or Physician makes no charge that the Eligible Person is legally required to pay or would not be charged in the absence of these benefits.

### Illegal Occupation or Commission of Felony

The Trustees will not be liable for loss to which a contributing cause was the commission of or attempt to commit a felony by the person whose Accidental Bodily Injury or Sickness is the basis of claim, or to which a contributing cause was such person's being engaged in an illegal occupation.

### Experimental Treatment or Procedures

Benefits under this Plan are for the treatment of Accidental Bodily Injury or Sickness by generally recognized medicines, surgery and other techniques or devices. Medicines, treatment techniques and devices which are not generally recognized by professional peer groups (such as the American Medical Association) or by regulatory governmental authorities (such as the Food and Drug Administration) will be considered experimental and will not be considered eligible expense under this Plan. For the purposes of this provision, recognized treatment or medicines used in a non-routine manner (frequency or dosage) will be considered experimental.

### Liability for Accidental Injuries

Benefits under this Plan are considered secondary and excess coverage to any automobile accident insurance, homeowner's insurance or common carrier's liability (such as bus, train or commercial airline). The Trustees of the Welfare Fund will use their right of subrogation if you and/or your Eligible Dependent receive Plan benefits because of a Accidental Bodily Injury or Sickness for which someone else may be liable. Subrogation means that the Trustees can regain, by legal action, if necessary, Plan benefits paid on your behalf from the person (or that person's insurance company) who caused the injury or illness. The Trustees may, at their own discretion, pursue a claim against any third party.

Your claims and benefit payments will normally continue to be paid in the same way as they were previously. However, you or your Eligible Dependent will have certain responsibilities to the Welfare Fund as a claimant. If you or your Eligible Dependent receive benefits from the Plan for an injury or illness that may be subrogated, you and/or your Eligible Dependent must deliver all related papers or forms to the Fund. You and/or your Eligible Dependent must do whatever else is necessary to help the Fund administer this subrogation clause. You and/or your Eligible Dependent must not do anything or sign anything that would impair the Fund's right to recover the benefits the Fund has paid.

If you and/or your Eligible Dependent accept a settlement or receive an award, future medical expenses for the Accidental Bodily Injury or Sickness caused by the responsible third party will not be covered under the Plan.

### General Limitations

Benefits of this Plan do not cover any loss caused by, incurred for or resulting from:

1. Declared or undeclared war, or any act thereof, or military or naval service of any country;

2. Services, treatment or supplies received from a dental or medical department maintained by a mutual benefit association of this or another employee benefit plan or labor union;

3. Services, treatment or supplies which are payable or furnished under any policy of insurance or other medical benefit plan or service plan for which the Trustees, directly or indirectly, have paid for all or a portion of the cost;

4. Services or treatment rendered or supplies furnished primarily for cosmetic purposes;

5. Expenses incurred for services performed or supplies furnished by other than a Physician;

6. Services, treatment or supplies rendered or furnished;
   a. before the individual concerned became an Eligible Person, or
   b. without the recommendation and approval of a legally qualified Physician;

7. Birth control, artificial insemination, in vitro fertilization, or embryo transfer process;

Operating Engineers Local No. 965
Summary Plan Description

8. Diet or weight control, including but not limited to, exercise programs, special diet or diet supplements, amphetamines or any other form of diet medication whether or not recommended or supervised by a Physician;

9. Mental counseling, physical therapy, supplies or prosthesis for sexual dysfunctions or inadequacies;

10. Implantation within the human body of artificial or mechanical devices designed to replace human organs, other than "pacemakers" or similar such devices which merely assist rather than replace the function of the organ;

11. Air ambulance or ambulance to convey from one state to another, unless judged by the Trustees as essential for treatment of life threatening disease or injury;

12. Hearing aids, except as specifically provided.

13. Services, treatment or supplies incurred by a Dependent Child or an Eligible Person covered under the Retiree Program for a Pregnancy or a Pregnancy-related condition.

14. Elective, cosmetic or plastic surgery procedure such as rhinoplasty or breast augmentation. Breast reduction (reduction mamoplasty) may be considered an eligible expense in certain cases which are determined to be "medically necessary". Examples of medical necessity include: severe skin disorder (such as rash or ulceration under the breast) and or severe musculoskeletal symptoms (such as back pain or shoulder disfiguration) which generally requires that no less than 550 grams of tissue be removed form each breast.

# SECTION IV
# OTHER GENERAL PLAN PROVISIONS

# OTHER GENERAL PLAN PROVISIONS

## Physical or Dental Examination and Autopsy

The Trustees at their own expense have the right and opportunity to examine the person of any individual whose Accidental Bodily Injury or Sickness is the basis of a claim when and as often as may be reasonably required during pendency of claim under the Plan, and to make an autopsy in case of death, where it is not forbidden by law.

## Free Choice of Physician

The Eligible Person has free choice of any Physician and the Physician-patient relationship will be maintained. However the Fund has negotiated discounts with certain Hospitals. If services are obtained at the Hospitals in the PPO network, the Eligible Person will receive the advantages of these discounts.

## Workers' Compensation Not Affected

The Plan is not in lieu of and does not affect any requirement for coverage of Workers' Compensation insurance.

## CIRCUMSTANCES THAT MAY RESULT IN LOSS OF ELIGIBILITY OR BENEFITS

Throughout this booklet the Trustees have tried to bring to your attention those circumstances which might lead to a loss of eligibility and to describe any limitations, exclusions, or restrictions applicable to specified benefits.

The Trustees urge you to familiarize yourself with this information, especially as it relates to the requirements which must be met in order to maintain your eligibility for benefits.

**REMEMBER:** You must work the required number of hours or make timely self-payments in order to maintain your eligibility.

If at any time you are uncertain about how a specific circumstance might affect your eligibility or benefit coverage, please contact the Fund Office. If possible, try to contact the Fund Office before any such circumstance arises.

Operating Engineers Local No. 965
Summary Plan Description

# CLAIMS REVIEW AND APPEAL PROCEDURES

## Claim Review

If, after reading the explanation, you feel that the action taken on your claim may be incorrect, you should immediately ask the Fund Office to review your claim with you. At that time, the Fund Office will let you know if there is any additional information which might enable your claim to be reconsidered.

## Claim Appeal

If you are still not satisfied with the action taken on your claim, you have the right to appeal. The procedures for appeal are explained below. These procedures have been established in accordance with Section 503 of the Employee Retirement Income Security Act and final ERISA regulations issued on May 27, 1977 under Section 2560.503-1.

## Here is What To Do:

1. Notify the Fund Office in **writing** that you wish to have your claim reviewed by the Appeals Committee. If you wish, you may request a hearing before the Committee.

2. Your written request for a review (or a hearing if applicable) must be submitted **within sixty (60) days** after you receive this denial notice.

3. Include in your written request all the facts regarding your claim as well as the reason or reasons you feel the original decision was incorrect.

   Upon your request, the Fund Office will assist you in gathering pertinent data from Fund records to complete the information you need for review of your claim.

4. In the event you request a hearing, you can appear in person or choose a representative to appear for you before the Appeal Committee.

   The Fund Office will notify you of the date, time and place to appear. In scheduling a hearing, every effort will be made to arrange a time that is convenient for you.

5. If you do not wish to make a personal appearance before the Appeals Committee, the Administrative Manager will present your written statement and other pertinent information on your behalf.

6. You will receive the Committee's decision in writing. The written notice will contain:

   a. the decision;

   b. the reason or reasons for the decision; and

   c. specific references to pertinent Plan provisions on which the decision was based.

---

Operating Engineers Local No. 965
Summary Plan Description

7. The written decision will be sent to you:

   a. within sixty (60) days after receipt of your written request for review, or

   b. within one hundred-twenty (120) days if you requested a hearing.

8. If you are not satisfied with the Committee's decision, you may appeal to the full Board of Trustees by following the same procedures outlined above for the original review.

9. You may, at your own expense, have legal representation at any stage of these review procedures. You must completely exhaust these Claims Review and Appeal Procedures before undertaking any legal action.

In reviewing your claim, every effort will be made by the Trustees to handle interpretations of the Plan and claims disputes in a consistent and equitable manner. In addition, the Trustees will make every effort to assure that you receive a full and fair review if your claim is denied.

**IF YOU HAVE ANY QUESTIONS ABOUT THESE REVIEW PROCEDURES, PLEASE CONTACT THE FUND OFFICE.**

If your claim is denied in whole or in part, you will receive a written explanation of the reason or reasons for that decision.

This Page Intentionally Left Blank

# SECTION V
# HOW BENEFITS MAY BE REDUCED

Operating Engineers Local No. 965
Summary Plan Description

## COORDINATION OF BENEFITS WITH OTHER GROUP PLANS

To alleviate the problem of excess coverage which needlessly increases the costs of protection, all the Plan benefits will be coordinated with the following coverages:

1. Group, blanket, or franchise insurance coverage;
2. Hospital or medical service organizations, group practice, and other prepayment coverage;
3. Any coverage under any labor-management trusteed plans, union welfare plans, employer organization plans, or Employee benefit organization plans; and
4. Any coverage under governmental programs or any coverage required or provided by any statute.

Benefits will be reduced under certain circumstances when an individual is covered under this Plan and under one or more other plans, but it is intended that the individual will be fully reimbursed for **allowable expenses** under the various plans to the extent combined benefits equal 100% of the total **allowable expenses**.

### Benefit Determination

As stated above, the Plan will coordinate benefits with all group programs coverage to the Employee or his Eligible Dependent for all claims.

1. When the other group plan does not have a Coordination of Benefits Provision, they will be considered the primary carrier and must make benefit payment first before this Fund will consider payment.
2. When the other group plan does have a Coordination of Benefits Provision, the order of benefit payments will be determined as follows.

The Eligible Person must claim benefits due from the "primary" plan determined by these rules for its share of eligible expenses, including benefits or services available from prepayment coverage programs such as Health Maintenance Organizations. When this Plan is "secondary" according to the established order of benefit determination, the term "benefits payable under another Plan" will include the benefits that would have been paid if the Eligible Person made a proper claim on that Plan or used its services. This Plan's liability and its benefit payments will not increase simply because the Eligible Person elects not to use the "primary" coverage.

### When Claim is for a Covered Employee

The covered Employee must first submit all charges to the Group with the earliest effective date. After the charges have been considered, copies of all charges and payment statements should then be submitted to the secondary plan for consideration.

### When Claim is on the Dependent Spouse

1. The other plan - the plan covering the spouse as an Employee - will, without exception, pay benefits first when the claim is on the spouse.
2. This Plan - which covers the spouse as a dependent - will pay second and will coordinate with the other plan.

### When Claim is for a Dependent Child

In claims involving children, the order of benefit payments will be as follows.

The Trustees have adopted, in principle, the coordination rule known as the "birthday rule." The "birthday rule" provides that:

1. The plan covering the parent whose birthday occurs earlier in the calendar year will pay first.
2. The plan covering the parent whose birthday occurs later in the calendar year, and having Coordination of Benefits rules, will pay second.

Until the "birthday rule" is mandatory in all states, the Trustees have agreed to extend their prior practice to coordinate benefits with Other Plans which have not adopted the "birthday rule." The prior practice provides that:

1. The plan covering the natural father as an Employee will pay first.
2. The plan covering the natural mother as an Employee, and having Coordination of Benefits rules, will pay second.

If there is a divorce and/or re-marriage, the financial and medical responsibility is generally stipulated by a court decree. If the decree does not stipulate the responsibility, or if one of the parents has remarried, special rules apply. Contact the Claims Office for further information.

**Special Note:** If an Employee covered under this Plan and is also covered by one or more other group plans as the "Employee", the plan with the earliest effective date must pay first. The plan covering the Employee for the shortest period of time will consider the balance due upon receipt of copies of the itemized bills and the payment statement or Explanation of Benefits (EOB) from the other coverage.

---

## COORDINATION OF BENEFITS WITH MEDICARE

When you or your Dependent becomes eligible for Medicare (officially known as Title XVIII of the Social Security Amendments of 1965, amended effective July 1, 1973, and as thereafter may be amended) in addition to this Plan, the Trustees require that you enroll in Medicare. This applies whether you are eligible due to attained age or to a qualifying disability.

### Effect on Benefits

When a person is eligible in this Plan and in Medicare, Medicare generally is required to pay first. Benefits payable by this Plan may be reduced by the amount Medicare pays, but only if the total of this Plan's normal benefits and Medicare's payment will be more than 100% of eligible expenses.

You or your Dependent will be considered to be currently eligible and covered by Medicare as soon as you would be eligible to enroll **whether or not you actually enroll as you should**.

### Limitations

To comply with Federal regulations, this provision will not apply to an Employee who is still eligible in this Plan due to Employer contributions or to the spouse of such an Employee. Medicare will always be required to pay first when eligible expenses are incurred by:

1. Persons eligible due to self-payments of contributions to this Plan; or
2. Retired Employees and their Dependents; or
3. Employees eligible for Medicare on the basis of permanent kidney failure, after the first eighteen (18) months of treatment.

## SUBROGATION

The Trustees of the Welfare Fund will use their right of Subrogation if you or an eligible Dependent are paid benefits by the Plan due to accidental injuries or sickness for which someone else may be liable. Subrogation means that the Trustees can regain, by legal action if necessary, benefits paid in your behalf by the Fund from the person who caused the injury or sickness or that person's insurance company. The Trustees believe that subrogation will result in savings for the Fund for the benefit of all Eligible Persons because the cost of treatment for such accidental injuries or sickness will be the responsibility of the insurance company of the person who caused or contributed to the accident.

Your claims and benefit payments will normally continued to be paid in the same way as they were previously. However, your or your Dependent will have certain responsibilities to the Welfare Fund as claimant. An Eligible Person who receives benefits from the Fund under these circumstances must sign and deliver all related papers and forms to the Fund and must do whatever else is necessary to help the Fund administer this subrogation clause. An Eligible Person must not do anything or sign any document which may impair the Fund's right to recover the benefits paid relative to the loss.

If you or an eligible dependent becomes ill or is injured and a third party is responsible, you may be able to recover expenses from a responsible third party, Worker's Compensation, the insurer, or a group plan. If it happens, the Trustees have the right to require you to repay any applicable benefits you received from this Plan. The Trustees may, at their own discretion pursue a claim against any third party, including the filing of a claim in court.

If you or an eligible dependent accept a settlement or receive an award, future medical expenses for any injury or illness caused by the responsible third party are not eligible expenses under this Plan.

## INFORMATION REQUIRED BY THE EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA)

# STATEMENT OF PARTICIPANT'S RIGHTS

## Introduction

You have probably heard about ERISA. ERISA stands for the Employee Retirement Income Security Act, which was signed into law in 1974.

This federal law establishes certain minimum standards for the operation of employee benefit plans including the Operating Engineers Local No. 965 Health Benefit Plan. The Trustees of your Fund, in consultation with their professional advisors, have reviewed these standards carefully and have taken the steps necessary to assure full compliance with ERISA.

ERISA requires that Plan participants and beneficiaries be provided with certain information about their benefits, how they may qualify for benefits, and the procedures to follow when filing a claim for benefits. This information has already been presented in the preceding pages of this Summary Plan Description.

ERISA also requires that participants and beneficiaries be furnished with certain information about the operation of the Plan and about their rights under the Plan. This information follows.

**READ THIS SECTION CAREFULLY.** Only by doing so can you be sure that you have the information you need to protect your rights and your best interests under this Plan.

## Your Rights as a Participant

As a participant in the Operating Engineers Local No. 965 Health Benefit Plan:

1. You will automatically receive a Summary Plan Description (this booklet). The purpose of this booklet is to describe all pertinent information about the Plan.

2. If any substantial changes are made in the Plan, you will be notified within the time limits required by ERISA.

3. Each year you will automatically receive a summary of the Plan's latest annual financial report. A copy of the full report is also available upon written request.

4. You may examine, without charge, all documents relating to this Plan. These documents include: the legal Plan document, collective bargaining agreements, and copies of all documents filed by the Plan with the Department of Labor or the Internal Revenue Service, such as annual reports and Plan descriptions.

Such documents may be examined at the Fund Office (or at other required locations such as work sites or union halls) during normal business hours.

To assure that your request is handled promptly and that you are given the information you want, the Trustees have adopted certain procedures which you should follow:

a. Your request should be in writing.

b. Your request should specify what materials you wish to look at; and

Operating Engineers Local No. 965
Summary Plan Description

   c  Your request should be received at the Fund Office at least three (3) days before you want to review the materials at the Fund Office.

Although all pertinent Plan documents are on file at the Fund Office, arrangements can be made upon written request to make the documents you want available at any work site or union location at which fifty (50) or more participants report to work. Allow ten (10) days for delivery.

5. You may obtain copies of any Plan document upon written request to the Trustees, addressed to the Fund Office. ERISA provides that the Trustees may make a reasonable charge for the actual cost of reproducing any documents you request.

You are entitled to know, however, what the charge will be in advance. Just ask the Fund Office.

6. No one may take any action which would prevent you from obtaining a benefit to which you may be entitled or from exercising any of your rights under ERISA.

7. In accordance with Section 503 of ERISA and related regulations, the Trustees have adopted certain procedures to protect your rights if you are not satisfied with the action taken on your claim.

8. These procedures appear in the Appeals section of this booklet. Basically they provide that:

   a. If your claim for a welfare benefit is denied in whole or in part, you will receive a written explanation of the reason or reasons for the denial.

   b. Then, if you are still not satisfied with the action on your claim, you have the right to have the Plan review and reconsider your claim in accordance with the Plan's claims review procedures.

   c. These procedures are designed to give you a full and fair review and to provide maximum opportunity for all the pertinent facts to be presented on your behalf.

9. In addition to creating rights for Plan participants, ERISA also defines the obligations of people involved in operating employee benefit plans.

These persons are known as "fiduciaries". They have the duty to operating your Plan with reasonable care and with your best interests in mind as a participant under the Plan.

Be assured that the Trustees of this Plan will do their best to know what is required of them as "fiduciaries" and to take whatever actions are necessary to assure full compliance with all state and federal laws applicable to the Plan.

10. Under ERISA, you may take certain actions to enforce the rights listed above.

    a. For instance, if you request materials from the Plan and do not receive them within thirty (30) days, you may file suit in federal court.

Of course, before taking such action, you will no doubt want to check again with the Fund Office to make sure that:

Operating Engineers Local No. 965
Summary Plan Description

   (1) the request was actually received,
   (2) the material was mailed to the right address, or
   (3) the failure to send the material was not due to circumstances beyond the Trustees' control.

If you are still not able to get the information you want, you may wish to take legal action. The court may require the Trustees to provide the materials promptly or pay you a fine until you actually receive the materials (unless the delay was caused by reasons beyond the Trustees' control).

   b  Although the Trustees will make every effort to settle any disputed claims with participants fairly and promptly, in accordance with the Fund's rules, there is always the possibility that differences cannot be resolved to everyone's satisfaction.

For this reason, you may file suit in a state or federal court if you feel that you have been improperly denied a benefit.

Before exercising this right, however, you will normally find it advisable to exhaust all the claim review procedures available under your Plan and then proceed only upon the advice of your attorney.

   c  If it should happen that Plan fiduciaries misuse the Plan's money or discriminate against you for asserting your rights, you may seek assistance form the U.S. Department of Labor or you may file suit in a federal court.

The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees.

If you lose, the court may order you to pay these costs and fees. For example, if the court finds your claim is frivolous, you may be required to pay court costs and legal fees.

We hope this Summary Plan Description has provided you with most important information about your Plan and your rights under ERISA.

If you have any questions about your Plan, you should contact the Trustees by writing to: Operating Engineers Local No. 965 Health Benefit Plan, 8205 South Cass Avenue, Suite 101, Darien, Illinois 60561 or telephone the Fund Office: (708) 960-3322.

Or if you have any questions about this Summary Plan Description or about your rights under ERISA which have not been answered in this Summary Plan Description or by the Fund Office, you should contact the nearest Area Office of the Pension and Benefits Administration, U.S. Department of Labor. The Fund Office will be glad to furnish the address.

Nothing in this statement is meant to interpret or extend or change in any way the provisions expressed in the Plan. The Trustees reserve the right to amend, modify or discontinue all or part of this Plan whenever, in their judgment, conditions so warrant by a majority vote at a regularly scheduled meeting. Participants will be notified of any Plan changes.

## OTHER IMPORTANT INFORMATION

### The Trustees Interpret The Plan

Any interpretation of the Plan's provisions rests with the Board of Trustees. **No Employer or Union**, nor any representative of any Employer or Union, is authorized to interpret this Plan on behalf of the Board nor can an Employer or Union act as an agent of the Board of Trustees.

However, the Board of Trustees has authorized the Administrative Manager and the Fund Office staff to handle routine requests from participants regarding eligibility rules, benefits, and claims procedures. But, if there are questions involving interpretation of any Plan provisions, the Administrative Manager will ask the Board of Trustees for a final determination.

### The Plan Can Be Changed

The Trustees have the legal right to change the Plan, subject to any collective bargaining agreement that applies to it.

Although the Trustees hope to maintain the present level of benefits and to improve upon them if possible, a primary concern of the Trustees is to protect the financial soundness of the Plan at all times. To do so may require Plan changes from time to time by a majority vote at a regularly scheduled meeting.

Changes in the Plan may also be required in order to preserve the Fund's tax exempt status under Internal Revenue Service rules and regulations. The rules and regulations may change and as a result, Trustees may find it necessary to change Plan provisions so that the Trust does not lose its tax exempt status, by a majority vote at a regularly scheduled meeting.

### Your Plan is Tax Exempt

Your Welfare Plan is classified by the Internal Revenue Service as a 501(c)(9) Trust. This means that the employers contributions to the Trust are tax deductible and are not included as part of your income. Also, in most cases, the benefits paid on your behalf are not taxable as personal income.

Also, investment earnings on Plan assets are excluded as taxable income of the Trust since they are specifically set aside for the purpose of providing benefits to participants.

Obviously, such a tax exemption works to the benefit of both Employers and Employees. In effect, it means that money which otherwise might be payable as taxes can be used to purchase benefits and to cover administrative expenses.

The Trustees are well aware of these advantages and will take whatever steps are necessary to keep your Plan "Qualified" as a tax exempt Trust under Internal Revenue Service Rules.

---

### Right To Receive And Release Necessary Information

To determine the applicability of and to implement the terms of this Plan or the similar terms of any other plan, the Fund may, without consent or notice to any covered person, release to or obtain from any insurance company or other organization or individual, any information, with respect to any covered person, which the Fund deems to be necessary for such purposes. Any covered person claiming benefits under this Plan must furnish to the Fund such information as may be necessary to implement this provision.

### Facility Of Payment

Whenever payments which should have been made under this Plan in accordance with its provisions have been made under any other plans, the Fund has the right, exerciseably alone and at its sole discretion, to pay any organization making such other payments any amounts it shall determine to be warranted.

If any Plan benefits become payable to the estate of an Eligible Person or to an Eligible Person or Beneficiary who is a minor or otherwise not competent to give a valid release, the Plan may pay up to $1,000.00 in benefits to that person's relative by blood or connection by marriage who the Trustees find is equitably entitled thereto.

Any payment made by the Plan in good faith under this provision fully discharges the Plan to the extent of such payment.

### Right Of Recovery

Whenever payments have been made by the Fund with respect to allowable expenses in excess of the maximum amount of payment necessary at the time to satisfy its provisions, the Fund has the right to recover such payments, to the extent of such excess, from among one or more of the following as the Fund shall determine:

1. Any individual to whom or for whom such payments were made; or
2. Any insurance company, Hospital, Physician or any other organization.

The Fund may also recover such excess payments by reducing future benefit payments, if any, which become due a Eligible Person or Beneficiary.

### Payment Of Claims

Indemnity for loss of life will be payable in accordance with the beneficiary designation and the provisions respecting such payment which are prescribed herein effective at the time of payment. If no such designation or provision is then effective, the indemnity will be payable as described under the Death Benefit. Any other accrued indemnities unpaid at the Employee's death may, at the option of the Trustees, be paid either to the beneficiary or to the estate.

Subject to any written direction of the Employee, all or a portion of any indemnities provided by the Fund for services rendered by a Hospital, nursing, medical, surgical, dental or vision service may at the Trustees' option, and unless the Employee requests otherwise in writing no longer than the time for filing proof of loss, be paid directly to the Hospital or provider of services.

Operating Engineers Local No. 965
Summary Plan Description

# OTHER ERISA INFORMATION

### Name of the Plan

The Plan is the Operating Engineers Local No. 965 Health Benefit Plan

### Type of Plan

This Plan provides Health Care Benefits for expense due to Hospital confinement, surgery and medical treatment. This Plan also provides benefits for Death, Accidental Dismemberment and Weekly Accident and Sickness (Loss of Time).

### Type of Plan Administration

The Plan is administered and maintained by the Board of Trustees. The Trustees maintain an administrative staff and have selected a professional Employee benefits administrative firm as the Administrative Manager of the Plan to provide certain services. The Administrative Manager is responsible for carrying out the Trustees' policy decisions, record keeping, accounting and paying most benefits subject to the Plan Document.

### Name and Address of Administrative Manager

The Administrative Manager selected by the Trustees is:

OBA Midwest Ltd.
8205 South Cass Avenue - Suite 101
Darien, Illinois 60561
Telephone: (708) 960-3322

### Name and Address of the Fund Consultant

The name and address of the Consultant selected by the Trustees is:

The Segal Company
101 North Wacker Drive, Suite 500
Chicago, Illinois 60606
Telephone: (312) 984-8500

---

Operating Engineers Local No. 965
Summary Plan Description

### Name, Title and Address of Each Trustee

The Trustees of this fund are:

| Management Trustees | Union Trustees |
|---|---|
| **David A. Mifflin**, Secretary/Treasurer<br>Caldwell Engineering Company<br>500 Allen Avenue<br>Post Office Box 280<br>Jacksonville, Illinois 62650 | **John B. Hudson**, Chairman<br>Operating Engineers Local No. 965<br>Post Office Box 3025<br>Springfield, Illinois 62708 |
| **Eric Fields**<br>A.G.C. of Illinois<br>Post Office Box 2579<br>Springfield, Illinois 62708 | **Roger Pauley**<br>Operating Engineers Local No. 965<br>Post Office Box 3025<br>Springfield, Illinois 62708 |
| **Thomas Oetgen**<br>Freesen, Inc.<br>316 South Pearl<br>Bluffs, Illinois 62621 | **Hugo Zahn**<br>Operating Engineers Local No. 965<br>Post Office Box 3025<br>Springfield, Illinois 62708 |

### Parties to the Collective Bargaining Agreement

The Fund is established and maintained under the terms of a collective bargaining agreement. This agreement sets forth the conditions under which participating Employers are required to contribute to your Fund.

The parties to the collective bargaining agreement are:

Local Union No. 965
International Union of Operating Engineers, AFL-CIO

* * *

Associated General Contractors of Illinois

* * *

Central Illinois Builders Association

and those Employers which execute an individual collective bargaining or non-bargaining participation agreement with the Local Union. Upon written request to the Administrative Manager, Participants and Beneficiaries may obtain information as to the address of a particular Employer and whether that Employer is required to pay contributions to this Plan.

Operating Engineers Local No. 965
Summary Plan Description

### Internal Revenue Service Employer and Plan Identification Numbers

The Employer Identification Number (EIN) issued to the Board of Trustees is 36-612 1856, the Plan Number is 501.

### Agent for Service of Legal Process

Service of legal process may be made upon any Plan Trustee

### Eligibility Requirements

The Plan's requirements with respect to eligibility for benefits are shown in the Eligibility Rules on pages 5 through 9. Circumstances which may cause you to lose eligibility are explained in the Eligibility Rules and on page 10.

### Sources of Trust Fund Income

Sources of Trust Fund income include Employer contributions, Employee self payment of contributions and investment earnings. All Employer contributions are paid to the Trust Fund subject to provisions in the collective bargaining or non-bargaining participation agreements between the Union and an Employer Association or those Employers who are not members of or represented by an Association but who execute an individual collective bargaining agreement with the Local Union.

The agreements specify the amount of contribution, due date of Employer contributions type of work for which contributions are payable and the geographic area covered by the labor contract.

### Method of Funding Benefits

All benefits payable under this Plan are self-funded and paid directly from the accumulated assets of the Trust Fund. A portion of Fund assets are also allocated for reserves to meet future liabilities and to carry out the objectives of the Plan.

### Fiscal Year of the Plan

The financial records of this Plan are based on a fiscal year which begins November 1 and ends October 31.

### The Plan May be Terminated

Although the Trustees do not foresee that the Plan will be terminated, the Trust Agreement provides that termination may occur when:

1. The Trustees determine that the Trust Fund assets are not adequate to carry out the purposes for which the Welfare Fund is intended, or
2. There is no longer a collective bargaining agreement or other written agreement in effect that requires Employer contributions be made to the Trust Fund and negotiations for extension thereof have ceased.

---

Operating Engineers Local No. 965
Summary Plan Description

The Trustees are obligated to use the Trust Assets for payment of expenses incurred up to the date of termination and expenses related to the termination as their first priority. Remaining assets, if any, must be used to continue Plan benefits after the Plan termination date for those persons eligible when the Plan was terminated.

The Trustees are obligated to use the Trust Assets for payment of expenses incurred up to the date of termination and expenses related to the termination as their first priority. Remaining assets, if any, must be used to continue Plan benefits after the Plan termination date for those persons eligible when the Plan was terminated.

Upon written request, you may examine the agreement at the Administration Office or other specified locations or you may request a copy of the agreement which will be provided for a reasonable charge.

AMENDMENT NO. 1

TO THE

OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN

SUMMARY PLAN DESCRIPTION

WHEREAS, the Board of Trustees has, consistent with its powers, duties and obligations as Trustees to oversee and implement a schedule of benefits consistent with the provisions of the trust, to provide for the health and welfare of the participants and beneficiaries of the OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN; and

WHEREAS, the Trustees have recognized their fiduciary duties and obligations, primarily among them to preserve and protect the corpus of the Trust so as to insure continuation of the plan and coverage to its participants; and

WHEREAS, the Summary Plan Description, specifically **Initial Eligibility**, Page 5, currently states as follows:

> You will become initially eligible on the first day of the next following Benefit Quarter if you have been employed by a contributing Employer or Employers and those Employers have made contributions to the Fund on your behalf for at least 700 hours worked during a period of no more than twelve (12) consecutive calendar months.
>
> If you are not actively at work due to disability on the day you would otherwise become initially eligible, you will not become eligible for Benefits until you return to active employment as described in that section. Unless they themselves are disabled, your Eligible Dependents, if any, become eligible for Plan benefits immediately on your normal eligibility date, even if you are disabled.

WHEREAS, the Summary Plan Description, specifically **Initial Eligibility**, Page 5, is hereby amended to state as follows:

> You will become initially eligible on the first day of the next following Benefit Quarter if you have been employed by a contributing Employer or Employers and those Employers have made contributions to the Fund on your behalf for at least 700 hours worked during a period of no more than twelve (12) consecutive calendar months.
>
> Where, however, circumstances warrant, for a newly organized bargaining unit, initial eligibility requirements described herein above may be waived by the Board of Trustees in their discretion.

NOW THEREFORE, this Amendment to the Summary Plan Description is hereby adopted this 16th day of August, 1997 to be effective July 1, 1997.

_____
Chairman

_____
Secretary