Macon County Search Results
3:04-cv-03271-JES-CHE    # 9-15    Page 1 of 2

Page 2 of 3
E-FILED
Thursday, 25 May, 2006  02:45:13 PM
Clerk, U.S. District Court, ILCD

| Date | Entry |
|---|---|
| 02/05/02 | Affidavit of Prior Record on file. |
| 02/05/02 | In_01-DT-0281 (Citation #211457): |
| 02/05/02 | Finding there is a plea of guilty. Finding there is a factual basis |
| 02/05/02 | for the plea. No judgment entered on the plea. |
| 02/05/02 | Defendant placed on court supervision for a period of (eighteen) |
| 02/05/02 | 18_months with a condition that the defendant pay a fine in the sum of |
| 02/05/02 | $500.00 plus court costs, attend the Victim Impact Panel, complete all |
| 02/05/02 | treatment and education as recommended in the Alcohol Evaluation in |
| 02/05/02 | the first 6 months of supervision. Defendant to comply with all other |
| 02/05/02 | conditions set forth in the Certificate of Conditions. |
| 02/05/02 | Defendant to pay $100.00 mandatory assessment fee. |
| 02/05/02 | Defendant to pay monthly probation services fee in the sum of $5.00. |
| 02/05/02 | Defendant to pay fine and costs in the first 12 months of |
| 02/05/02 | supervision. |
| 02/05/02 | Defendant admonished as to right to appeal. On People's motion, |
| 02/05/02 | 01-TR-15752 dismissed and stricken. |
| 02/05/02 | Cause allotted for DUI Compliance Review. |
| 02/05/02 | Review set for 08/06/2002 at 10:00 in courtroom 2A. |
| 02/05/02 | ------------------------------------------------------------------------ |
| 02/06/02 | Alcohol and Drug Evaluation on file as of 2/6/02 (cc) |
| 02/06/02 | ------------------------------------------------------------------------ |



EXHIBIT
C

Macon County Search Results

New Search    Go Back    Close Window

**Specific Case Information**

You may select additional case information for this specific case by selecting from one of the 5 tabs shown below.

RECORD SHEET | CIVIL DISPOSITION | CRIMINAL DISPOSITION

## Criminal Disposition

**CASE #:** 2001 DT 000281
**LITIGANT NAME:** WOOLUMS, ADAM T
**CLOSED DATE:** 02/05/2002

COURT DATES    PAYMENT SUMMARY

| DATE | CHARGE | DISPOSITION | SENTENCE | STATUS |
|---|---|---|---|---|
| 02/05/2002 | DRVG UNDER INFLUENCE OF DRUG | Withhold Judgment/Supervision **Sentence:** 00 Yrs. 18 Mns. 000 Days 000 Hrs. | Supervision | In force |
| 05/22/2003 | DRVG UNDER INFLUENCE OF DRUG | Dismiss/Court | | |

Copyright © 2004 Macon County, Illinois. All Rights Reserved.    Disclaimer    Contact Us