E-FILED
Thursday, 25 May, 2006 02:45:54 PM
Clerk, U.S. District Court, ILCD

October 15, 2001

OCT 17 2001

Operating Engineers Local No. 965
Health Benefit Plan
8160 S. Cass Ave.
Darien, IL 60561-5013

Gentlemen:

    I enclose on behalf of my son, Adam Woolums, an employee statement regarding medical benefits. Adam also has a private insurance policy with Mutual of Omaha which is noted on the claim form. The Mutual of Omaha policy has a $3,500 deductible. I would like to discuss with you who will be the primary provider. If possible my son would rather have Mutual of Omaha bear the coverage over $3,500 in order to not negatively effect the Union's plan.

Yours truly,

Darrell Woolums

Maroa, IL 61756



If Policy RpT states,
DUI This will be
Denied. #168

Expense Incurred As the Result
of an Injury Sustained while
under Influence of
Alcohol. NOT Covered

RETURN COMPLETED FORM TO:

**OPERATING ENGINEERS LOCAL NO. 965
HEALTH BENEFIT PLAN**
8160 S. Cass Avenue · Darien, IL 60561-5013
(630) 960-3322

MED. 2.0

## EMPLOYEE STATEMENT

OCT 17 2001

PROCESSING OF CLAIMS REQUIRES THAT YOU FULLY COMPLETE THIS FORM. Have your physician or provider complete the reverse side of this form or attach itemized bills AND (if applicable) corresponding "Explanation of Payment" statements from Medicare or primary insurance. DO NOT SUBMIT BALANCE DUE STATEMENTS.

### EMPLOYEE INFORMATION

Name of Employee: Adam T. Woolums
Home Local Union No. 965
Home Address: _____
Date of Birth: July 5, 1978
City: Maroa    State: IL    Zip Code: 61756    Telephone No. (217) ___
Social Security No.: ___ 6279
Occupation: Operator
Marital Status: Single ✓  Married ___ Divorced ___ Separated ___ Widowed ___
Active ☑  Retire Date ___
*NOTE: If recently married or divorced, indicate date(s) _____

### OTHER INSURANCE INFORMATION — NOTE: Attach copy of payment worksheet from other insurance or Medicare

Do you or your dependents have ANY other health insurance? ☑ YES ☐ NO  If YES please supply:
1) Name of the person insured: Adam T. Woolums    Relationship to Employee: ___
2) Insured person's Social Security No.: ___ 6279    Date of Birth: 1978    Policy No.: GGMYAAD-259122-98
3) Insurance company name: Mutual of Omaha    Telephone No. (800) 775-1000
4) Address, City, State, Zip: Mutual of Omaha Plaza, Omaha, Nebraska 68175

### DEPENDENT INFORMATION · If claim is for a Dependent

Name of Dependent: _____
Is Dependent attending school? ☐ YES ☐ NO    Relationship to Employee ___ Date of Birth ___
Name: _____    Is Dependent employed? ☐ YES ☐ NO    If YES, where? ___
Address, City, State, Zip: _____
*NOTE: Attach letter from registrar of college/university indicating hours enrolled per semester.

### SICKNESS/INJURY INFORMATION *Required for all claims*

Nature of sickness or injury: Broken left ankle, broken left leg and broken right leg
Date accident occurred or sickness first began: September 1, 2001    Date first treated ___
If injured, detailed description of HOW and WHERE accident occurred: automobile accident on September 1, 2001 in Decatur, Illinois    DUI
If patient required treatment in a hospital, indicate date treated next to type of treatment:
1) Emergency Room: St. Mary's Hospital, Decatur, IL   2) Outpatient Surgery ___   3) Admission-Discharge 9-1-01 to 9-8-01
Name of Hospital: Barnes-Jewish Hospital, St. Louis    City: St. Louis    State: MO
Name of physician(s) consulted 1) Dr. Joseph Borrelli    2) ___
Did injury or sickness occur in the course of ANY employment? ☐ YES ☑ NO
Have you or do you intend to file this claim under Workers' Compensation? ☐ YES ☑ NO

### EMPLOYEE MUST COMPLETE IF APPLYING FOR DISABILITY BENEFITS

| EMPLOYEE'S DISABILITY STATEMENT | Date Last Worked 8-31-01 | Date Work Resumed n/a | Might claim be covered by Workers' Compensation Law? ☐ YES ☑ NO |

*(Reverse side of this form MUST be completed by Employee's Physician)

### EMPLOYEE'S SIGNATURE

I hereby certify the above statements are true and complete to the best of my knowledge and belief. I authorize the release, when requested by the Trustees or their representative of any facts and or related records concerning the injury, illness, or treatment (including mental/nervous and substance abuse) of myself or my dependents. A photocopy of this authorization shall be considered as effective and valid as the original.

Signed X _____   Dated _____

Rtn to Lisa


Midwest, Ltd.


Telephone (630) 960-3322
Fax (630) 960-3596

NAME Adam T. Woolums
ADDRESS
CITY & STATE Maroa, Illinois 61756

DATE October 22, 2001
FUND
DATE OF DISABILITY September 1, 2001
INJURED PERSON Adam T. Woolums

1. Did the accident/illness occur while at work OR Arise out of any occupation for wage or profit?    Yes ___   No _X_

2. Did someone other than yourself cause or substantially contribute to the cause of your accident?    Yes ___   No _X_

   If yes, indicate the name and address of the other person.
   _____

   OCT 25 2001

   _____

   Identify the following insurance company(s):
   Yours: State Farm Insurance (automobile)  5,000 Med Pay
   Other Persons: _____

3. Have you engaged an attorney?    Yes ___   No _X_
   If yes, please indicate your attorney's name and address.
   _____
   _____

   If no, did you intend to engage an attorney?   Yes ___   No _X_
   If yes, please advise us immediately when you do engage an attorney and advise your attorney to contact us.

Consultants & Administrators to Employee Benefit Plans     (Continued -- Over)

4. Where did the accident happen?
   Decatur, Illinois

5. Date and time of accident.
   September 1, 2001    6:00 AM

6. If a law enforcement official was called to the scene, give name and local jurisdiction.
   Decatur Police Department, Decatur, Illinois

7. If traffic accident, was anyone charged with a traffic violation?    Yes  X    No ____

8. Please briefly describe the events leading up to and/or circumstances under which the injury occurred.
   I was proceeding north on Jasper Street veered to the right and struck a utility pole. Because of the trauma of the accident, I have no recollection of why the accident occurred

I hereby certify the above statements are true and complete to the best of my knowledge and belief. I also understand that it is my responsibility to notify the Claims Office IMMEDIATELY in the event that I retain an attorney.

MEMBER'S Signature: _____    Date: October 22, 2001

OCT 25 2001

## SUBROGATION ACKNOWLEDGEMENT

I/We, _Adam T. Woolums_ residing at _Maroa, Illinois 61756_, a Plan Participant, under the Agreement and Declaration of Trust of the _____ Welfare Fund, acknowledge that payments have been and/or are being made as benefits for covered medical expenses and/or entitled accident and sickness weekly benefits incurred as a result of injuries suffered on _September 1, 2001_ by _Adam T. Woolums_, whose relationship to the Participant is _same person_, are subject to subrogation.

I/We agree to reimburse the Trustees of the aforementioned Welfare Fund in accordance with the Plan provisions requiring prior reimbursement to the extent of benefits paid out of any recovery as the result of the making of any claim, against any person or persons, party or parties, insurance company, firm or corporation, or the entry into any settlement with or institution of legal action against any person or persons, party or parties, insurance company, firm or corporation.

I/We understand and agree that directly or indirectly the Welfare Fund shall not be required to participate in any attorney fees or the costs of the making of such claim.

The undersigned covenants and agrees that he/she/they have not and shall not hereafter, release or discharge any such claim or demand, effect any settlement, nor dismiss any legal action, against any person or persons, party or parties, insurance company, firm or corporation, claimed to be liable therefor, nor effect satisfaction of any judgment resulting from legal action, without first notifying the Trustees of the aforementioned Welfare Fund and upon demand furnish the said Welfare Fund Trustees with all papers, documents,

OCT 25 2001

and other information in the possession of the undersigned, necessary for the proper recovery upon any such claim or demand against any party, person or persons, firm or corporation.

I/We understand and agree that failure to notify, cooperate, and reimburse the Trustees as required by this Subrogation Acknowledgement and Plan provisions may result in legal action against me by the Trustees and may cause the Trustees to offset future benefits, if any, to reimburse the Plan for amounts which should have been recovered under this Subrogation provision and Acknowledgement.

This agreement shall be binding upon the undersigned and his/her/their heirs, executors and administrator.

DATED this 22nd day of October, 2001.

By Plan Participant(s): _____

RECEIVED AND APPROVED this _____ day of _____, 20___.

FOR TRUSTEES OF THE _____

BY: OBA MIDWEST, LTD.
    CONTRACT ADMINISTRATIVE MANAGER

_____
PLAN ADMINISTRATOR

OCT 25 2001

March 6, 2002

IUOE 965 Health Benefit Plan
8160 S. Cass Avenue
Darien, IL 60561

Attn: Lisa

Dear Lisa:

    I received your message on our answer machine. Enclosed is a copy of the accident report you requested.
    As you mentioned, I also have health insurance with Mutual of Omaha but they have advised me that they are the secondary carrier and have not paid any medical bills.

                Yours truly,

                Adam Woolums

                Maroa, IL 61756

MAR 08 2002

March 14, 2002

IUOE 965 Health Benefit Plan
8160 S. Cass Ave.
Darien, IL 60561

Attn: Lisa

MAR 19 2002

Dear Lisa:

    We have no document relating to the accident entitled "traffic report." The closest thing was the Traffic Crash Report which my son sent to you. I have also secured copies of what are entitled Preliminary Offense Report and enclose a copy with this letter.

    The Summary Plan Description provides that the Trustees are not liable for loss to which a contributing cause was the commission of or attempt to commit a felony or where the claimant is engaged in an illegal occupation (see attached page 40). Neither of these conditions are applicable. Is there some other applicable limitation in the Plan? I have read it over and can find none.

    Please treat this letter as an appeal of the denial of benefits for any claim so denied to date. Would please forward this appeal to the Fund Administrator.

                       Yours truly,

                       Darrell A. Woolums

# ILLINOIS TRAFFIC CRASH REPORT

Sheet 1 of 1 Sheets

| YR | MO | DAY | TIME | WKD | VEH | DRVR | INJ | TOW | LIGHT | RDC | WEA | TYPA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | MA | 124 | | 99 | MA | 1 | MA | 2 | 6 | 99 | MA MA | MA |

INVESTIGATED BY: DECATUR POLICE

TYPE OF REPORT: ☒ ON-SCENE  ☐ NOT ON-SCENE  ☐ SUPPLEMENTARY
☐ A No Injury / Drive Away
☒ B Injury and / or Tow Due To Crash

AGENCY CRASH REPORT NO. 01/45259

HIGHWAY or STREET NAME: JASPER
(CTY/RTE)
AT INTERSECTION WITH: FT / MI NESW SEDGWICK
INTERSECTION RELATED ☒ Yes ☐ No
PRIVATE PROPERTY ☐ Yes ☒ No
HIT & RUN ☐ Yes ☒ No

DATE OF CRASH: 09/04/01
TIME: 06:08 AM
ANY SINGLE VEHICLE/PROPERTY DAMAGED OVER $1500 ☒ Yes ☐ No
NO. MOTOR VEHICLES INVLD: 2

LARS CODE: *5647709*

CITY/TOWNSHIP (VEHICLE): DECATUR
COUNTY: MACON

## Vehicle 1
NAME (LAST, FIRST, M.I.): WOOLUMS, ADAM T.
STREET ADDRESS: [illegible]
CITY/STATE/ZIP: ACRON IL 62548
DRIVER LICENSE NO.: [illegible]
STATE: IL
DOB: [illegible]
SEX: M  SAFT: 2  AIR: 1  INJURY: A  EJECT: A  CLASS: D
MAKE: CHEVROLET  MODEL: C1500  YEAR: 97
PLATE NO: ABA02  STATE: IL  YEAR: 01
VIN: 1GCEK14R6VZ220437
VEHICLE OWNER: WOOLUMS, DANIEL A.
OWNER ADDRESS: MACON, IL 61759

TOWED DUE TO DAMAGE: Y
OTHER: Y
FIRE: N
HAZ MAT: N
COM VEH: N

INSURANCE CO: STATE FARM
POLICY NO: U549425-A01-13B

## Vehicle 2
EMS AGENCY: ST MARYS
TAKEN TO: ST MARYS
DRIVER LICENSE NO.: [illegible]
STATE: [illegible]

TOWED: N
COM VEH: N

INSURANCE CO: [illegible]
POLICY NO: U549425-A01-13B
TELEPHONE: N/A

DAMAGED PROPERTY OWNER NAME: RICHARDS POWER
PROPERTY OWNER ADDRESS: 505 S. 27TH
CITY: DECATUR  STATE: IL  ZIP: 62521

DAMAGED PROPERTY: WALL/Aluminum SIDING

ARREST NAME: ADAM T. WOOLUMS
CITATION NO: 211412 / 211417

SECTION(S): 11-501(a)(2)

OFFICER ID: 249
BEAT / DIST: 842
SIGNATURE: [signature]
SUPERVISOR ID: [illegible]
DATE: 10/01/01
COURT DATE: 10/01/01 06:30

MAR 08 2002

| RMCD | COS | MAG-TY | SWNT | LOC-C |
|---|---|---|---|---|
| 1 | C | 1 | 3 | |
| 2 | X | 131 | 3 | |
| 3 | C | 423 | | |

*PL099*

**COMMERCIAL VEHICLE** UNIT NO.____

CARRIER NAME____
ADDRESS____
CITY____ STATE____ ZIP____ GVWR____
ID NUMBER____
US DOT or State No.____ ICCMC____ State Name____
HAZARDOUS MATERIALS:____ PLACARDED?  Y  N
If Yes: 4-Digit____  1-Digit____  or Name____
- Hazardous cargo released from truck? (do not count fuel from vehicle fuel tank)  Y  N  Unk
- Violation of HAZMAT regs. contribute to crash?  Y  N  Unk
- Violation of MCS regs. contribute to crash?  Y  N  Unk
- Inspection form completed?  Y  N  Unk
- HAZMAT  Out of Service?
- MCS   Out of Service?
IDOT PERMIT #____  WIDE LOAD  Y  N
TRAILER WIDTH(s): B     VEHICLE LENGTH (TOTAL) - R
Trailer 1: 0-96  97-102  Ovr 102
Trailer 2: 0-96  97-102  Ovr 102
Trailer 1 length____  Trailer 2 length____
 ON CITY OF / ☐ NEAREST CITY____ Miles  N  E  S  W  of: (Circle)
INSERT APPLICABLE NUMBERS FROM CHOICES ON BACK OF TEMPLATE TWO
VEHICLE CONFIGURATION____ CARGO BODY TYPE____ LOAD TYPE____

**COMMERCIAL VEHICLE** UNIT NO.____

CARRIER NAME____
ADDRESS____
CITY____ STATE____ ZIP____ GVWR____
ID NUMBER____
US DOT or State No.____ ICCMC____ State Name____
HAZARDOUS MATERIALS:____ PLACARDED?  Y  N
If Yes: 4-Digit____  1-Digit____  or Name____
- Hazardous cargo released from truck?  Y  N  Unk
- Violation of HAZMAT regs. contribute to crash?  Y  N  Unk
- Violation of MCS regs. contribute to crash?  Y  N  Unk
- Inspection form completed?  Y  N  Unk
- HAZMAT  Out of Service?
- MCS   Out of Service?
IDOT PERMIT #____  WIDE LOAD  Y  N
TRAILER WIDTH(s): B     VEHICLE LENGTH (TOTAL) - R
Trailer 1: 0-96  97-102  Ovr 102
Trailer 2: 0-96  97-102  Ovr 102
 ON CITY OF / ☐ NEAREST CITY____ Miles  N  E  S  W  of: (Circle)
INSERT APPLICABLE NUMBERS FROM CHOICES ON BACK OF TEMPLATE TWO
VEHICLE CONFIGURATION____ CARGO BODY TYPE____ LOAD TYPE____

---

**DIAGRAM** — 5164709 — NOT TO SCALE — INDICATE NORTH BY ARROW (↑)

Labels on diagram: 460 S. JASPER, SEDGWICK, JASPER

---

**NARRATIVE** (Refer to vehicle by Unit No.)

UNIT 1 DRIVER STATED THAT HE WAS N/B ON JASPER APPROACHING SEDGWICK TRAVELLING AT APPROX. 30 MPH. UNIT 1 DRIVER STATED THAT HE DID NOT REMEMBER ANYTHING ELSE UNTIL AFTER THE ACCIDENT. WITNESS LOADING STATED THAT HE WAS TRAVELLING BEHIND UNIT 1/2/B ON 500 S. JASPER. WARWICK STATED THAT HE WAS KEEPING PACE WITH UNIT 1 AT APPROX 30 MPH. WARWICK STATED THAT AS UNIT 1 APPROACHED JASPER/SEDGWICK, UNIT 1 SUDDENLY ACCELERATED AND VEERED TO THE RIGHT, STRIKING A UTILITY POLE. THIS OFCR. OBSERVED DAMAGE TO THE FRONT AND SIDES OF UNIT 1 AND TO ALUMINUM SIDING ON 460 S. JASPER. UNIT 1 DRIVER SUSTAINED INJURIES TO HIS BASKET AND HEAD AS A RESULT OF THE ACCIDENT. UNIT 1 DRIVER WAS POSITIVE CHARGED/ACCIDENT FAILED TO REDUCE SPEED/ACCIDENT STOP AND LEAVE TESTS PREPARED AT HOSPITAL FOR GAYLON.

LOCAL USE ONLY
UNIT 1 DRIVER ROB T. WATKINS #218456 F.R. 11-6x6 FAILED SPEED/ACCIDENT #211857 F.R. 11-5x6(-)(3)(a)(5)
UT COLOR: BLACK    U1 COLOR: N/A    U2 Towed By / to: N/A
U1 Towed By / to: MARKLAND

# Decatur Police Department
## Traffic Accident / Incident Statement

| Date: 09/01/01 | Time: 0615 | Report Number: 02-01-45259 |
|---|---|---|

Location: JASPER/SEDGWICK

| Name: Robert K. Warnick | | Age: 49 | Home Phone: |
|---|---|---|---|
| Address: MACON, IL 62544 | | | Business Phone: 429-5262 |

| Status: | Witness: X | Location if Witness: 500 S. JASPER | | | | Passenger: | Driver: |
|---|---|---|---|---|---|---|---|

| Relationship to Driver or Others Involved: | Relative: | Acquaintance: | Friend: | None: X |
|---|---|---|---|---|

Describe the incident in your own words. Identify the vehicles by make / model, type or color.

I was Driving Down Jasper Street I was following a Black Truck when all of the sudden he sped up and hit a phone poll

MAR 08 2002

Signature of Person Making Statement: X [signature]

Officer: J. Atkinson #299

Date: 09/01/01  Time: 0618

REPORT NO. DR01-15259

DECATUR POLICE DEPARTMENT
DECATUR, ILLINOIS

OFFENSE

# FOLLOW UP INVESTIGATION REPORT

Case Heading IMVPI DUI

Date of this Report 09/01/01

Arrested Adam T. Woolums (W/M; 07/05/78)

On 09/01/01 at 0609 hrs. this Officer was detailed to the intersection of Jasper and Sedgwick in reference to a motor vehicle accident which involved personal injury.

Upon arrival on scene I observed a black Chevrolet full size pickup truck (IL Lic. ABADZ) resting on the east shoulder of Jasper just north of the Sedgwick/Jasper intersection. I observed that that the Chevrolet had severe front end damage. Approx. 20 feet to the south of the Chevrolet, I observed a utility pole on the northeast corner of Jasper/Sedgwick which was broken off near it's base. The pole was still standing, being supported by power lines.

I approached the Chevrolet and observed a W/M, later identified as Adam T. Woolums (W/M; 07/05/78; 444 N. Gail Macon, IL; Hm. Ph.# 217-433-7856), sitting in the driver's seat. I observed no other occupants in the truck. I asked Woolums if he was injured. Woolums advised that he was experiencing pain in his ankles. I advised Woolums to sit still until the arrival of DAS and DFD.

DFD arrived on scene and removed Woolums from the truck. DAS then transported Woolums to St. Mary's E.R.

While on scene I spoke to Robert K. Warnick (W/M; 49 y.o.; 409 W. Cole Macon, IL; Hm. Ph.# 217-764-5423; Wk. Ph.# 217-429-5262). Warnick stated that he had witnessed the accident occur. Warnick stated that he had been traveling N/B on Jasper behind the Chevrolet in the 500 block south. Warnick stated that he was keeping pace with the Chevrolet at approx. 30 mph. Warnick stated that as the Chevrolet approached the Jasper/Sedgwick intersection, it suddenly accelerated and veered to the right (east). Warnick stated that the Chevrolet struck the utility pole head on and came to rest on the east shoulder of 400 S. Jasper. Warnick stated that he then stopped his vehicle and waited for emergency personnel to arrive on scene.

I inspected the scene further and found that the Chevrolet also had damage in the form of dents and white paint transfer to the rear passenger side quarter panel. I discovered that this damage was consistent with damage to the exterior of the south wall of the residence located at 460 S. Jasper. I observed that the wall had dented and torn aluminum siding. I was unable to contact anyone at the residence at that time.

The Chevrolet was towed from the scene. Illinois Power Company personnel were notified of the damage to the utility pole and responded to the scene.

I then went to St. Mary's E.R. Upon arrival at the hospital, E.R. staff advised me that Woolums was being treated by Dr. Reyes (Admission # 004035441005) for two broken ankles. E.R. staff further advised that blood and urine samples taken from Woolums as part of his medical treatment had tested positive for the presence of cocaine.

I then spoke to Woolums. I asked Woolums how the accident had occurred. Woolums stated that he did not remember the accident itself. Woolums stated that he remembered driving N/B on Jasper, but stated that he blacked out and did not remember any part of the accident.

I asked Woolums if he had taken any cocaine earlier that day. Woolums stated that had taken some cocaine at approx. 0400 hrs. the morning of 09/01/01.

I read/issued Woolums the DUI Warning to Motorist and issued him citation # 211456 for Failure to Reduce Speed to Avoid and Accident and # 211457 for Driving Under the Influence of Intoxicating

Signed J. Atkinson #249

Investigating Officer

Page 1 of 2
<COPY> Prosecution

MAR 19 2002

