E-FILED
Thursday, 25 May, 2006  02:46:10 PM
Clerk, U.S. District Court, ILCD

# OPERATING ENGINEERS LOCAL #965
# HEALTH BENEFIT PLAN

8160 SOUTH CASS AVENUE  •  DARIEN, ILLINOIS 60561-5013  •  630-960-3322

June 28, 2002

Mr. Adam Wollums

Maroa, IL 61756

    Re:    Denial of Claims

Dear Mr. Wollums:

    After a careful review of the information that you provided to this office, the claims related to the traffic accident on September 1, 2001 have been denied. The Summary Plan Description (SPD) states in pertinent part that benefits will not be paid for the following injuries:

1. Self inflicted injuries ( See SPD dated August 1995, page 39); or

2. Injuries for which a contributing cause was such person's being engaged in an illegal occupation ( See SPD dated August 1995, page 40). Occupation is an activity in which one engages.

    The information submitted by you indicates that a contributing cause of the accident was that you voluntarily drove a motor vehicle while under the influence of alcohol and illegal substances. Any injuries sustained as a result of such voluntary acts are considered self inflicted.

    If you have additional information which you wish to provide, we would be happy to consider it. In addition, if you are not satisfied with this action, you may appeal this benefit denial to the Board of Trustees who are scheduled to meet in August. If you wish to appeal this action, please notify the Fund Office in writing within sixty (60) days. The claims appeal procedures and SPD references cited above are enclosed for your reference.

                      Very truly yours,

                      Lisa Frasco

Enclosures



EXHIBIT
E