E-FILED
Thursday, 25 May, 2006 02:47:04 PM
Clerk, U.S. District Court, ILCD

UPDATED ANNUALLY



# Merriam-Webster's Collegiate® Dictionary

**TENTH EDITION**

**THE WORDS YOU NEED TODAY**

- Clear and precise
- Best guidance on word choice
- Most definitions—over 215,000

AN ENCYCLOPÆDIA BRITANNICA COMPANY

EXHIBIT G

**occipital bone** *n* (1679) : a compound bone that forms the posterior part of the skull and bears a condyle by which the skull articulates with the atlas

**occipital condyle** *n* (ca. 1860) : an articular surface on the occipital bone by which the skull articulates with the atlas

**occipital lobe** *n* (ca. 1890) : the posterior lobe of each cerebral hemisphere that bears the visual areas and has the form of a 3-sided pyramid

**oc·ci·put** \'äk-sə-(ˌ)pət\ *n, pl* **occiputs** *or* **oc·cip·i·ta** \äk-'si-pə-tə\ [ME, fr. L *occipit-, occiput*, fr. *ob-* against + *capit-, caput* head — more at OB-, HEAD] (14c) : the back part of the head or skull

**Oc·ci·tan** \'äk-sə-ˌtan\ *n* [F, fr. ML *occitanus*, fr. OProv *oc* yes (contrasted with OF *oïl* yes) + ML *-itanus* (perh. as in *aquitanus* of Aquitaine)] (1958) : PROVENÇAL 2 — **Occitan** *adj*

**oc·clude** \ə-'klüd, ä-\ *vb* **oc·clud·ed; oc·clud·ing** [L *occludere*, fr. *ob-* in the way + *claudere* to shut, close — more at CLOSE] *vt* (1597)  1 : to close up or block off : OBSTRUCT ⟨a thrombus *occluding* a coronary artery⟩; *also* : CONCEAL  2 : SORB ∼ *vi*  1 : to come into contact with cusps of the opposing teeth fitting together ⟨his teeth do not ∼ properly⟩  2 : to become occluded

**occluded front** *n* (ca. 1938) : OCCLUSION 2

**oc·clu·sal** \ə-'klü-səl, ä-, -zəl\ *adj* (1897) : of or relating to the grinding or biting surface of a tooth or to occlusion of the teeth

**oc·clu·sion** \ə-'klü-zhən\ *n* [L *occludere*] (ca. 1645)  1 : the act of occluding : the state of being occluded: as  **a** : the complete obstruction of the breath passage in the articulation of a speech sound  **b** : the bringing of the opposing surfaces of the teeth of the two jaws into contact; *also* : the relation between the surfaces when in contact  **c** : the inclusion or sorption of gas trapped during solidification of a material  **2** : the front formed by a cold front overtaking a warm front and lifting the warm air above the earth's surface

**oc·clu·sive** \-siv, -ziv\ *adj* [L *occlusus*, pp. of *occludere*] (1888)  1 : serving to occlude  2 : characterized by occlusion

¹**oc·cult** \ə-'kəlt, ä-\ *vt* [L *occultare*, freq. of *occulere*] (1500) : to shut off from view or exposure : COVER, ECLIPSE — **oc·cult·er** *n*

²**oc·cult** \ə-'kəlt, ä-; 'ä-ˌkəlt\ *adj* [L *occultus*, fr. pp. of *occulere* to cover up, fr. *ob-* in the way + *-culere* (akin to *celare* to conceal) — more at OB-, HELL] (1567)  1 : not revealed : SECRET  2 : not easily apprehended or understood : ABSTRUSE, MYSTERIOUS  3 : hidden from view : CONCEALED  4 : of or relating to the occult  5 : not manifest or detectable by clinical methods alone ⟨∼ carcinoma⟩; *also* : not present in macroscopic amounts ⟨∼ blood in a stool⟩ — **oc·cult·ly** *adv*

³**occult** \*same as* ²\ *n* (1923) : matters regarded as involving the action or influence of supernatural or supernormal powers or some secret knowledge of them — used with *the*

**oc·cul·ta·tion** \ˌä-(ˌ)kəl-'tā-shən\ *n* (15c)  1 : the state of being hidden from view or lost to notice  2 : the interruption of the light from a celestial body or of the signals from a spacecraft by the intervention of a celestial body; *esp* : an eclipse of a star or planet by the moon

**oc·cult·ism** \ə-'kəl-ˌti-zəm, ä-; 'ä-ˌkəl-\ *n* (1881) : occult theory or practice : belief in or study of the action or influence of supernatural or supernormal powers — **oc·cult·ist** \-tist\ *n*

**oc·cu·pan·cy** \'ä-kyə-pən(t)-sē\ *n, pl* **-cies** (1596)  1 : the fact or condition of holding, possessing, or residing in or on something ⟨∼ of the estate⟩  2 : the act or fact of taking or having possession (as of unowned land) to acquire ownership  3 : the fact or condition of being occupied ⟨∼ by more than 400 persons is unlawful⟩  4 : the use to which a property is put ⟨industrial ∼⟩  5 : a building or part of a building intended to be occupied (as by a tenant)

**oc·cu·pant** \-pənt\ *n* (1596)  1 : one who occupies a particular place; *esp* : RESIDENT  2 : one who acquires title by occupancy

**oc·cu·pa·tion** \ˌä-kyə-'pā-shən\ *n* [ME *occupacioun*, fr. MF *occupation*, fr. L *occupation-, occupatio*, fr. *occupare*] (14c)  **1 a** : an activity in which one engages ⟨in the first three grades learning to read is perhaps the major ∼ of the pupil —J. B. Conant⟩  **b** : the principal business of one's life : VOCATION  **2 a** : the possession, use, or settlement of land : OCCUPANCY  **b** : the holding of an office or position  **3 a** : the act or process of taking possession of a place or area : SEIZURE  **b** : the holding and control of an area by a foreign military force  **c** : the military force occupying a country or the policies carried out by it  **syn** see WORK — **oc·cu·pa·tion·al** \-shnəl, -shə-n²l\ *adj* — **oc·cu·pa·tion·al·ly** *adv*

**occupational therapy** *n* (1915) : therapy by means of activity; *esp* : cre-

---

²**occurre**
somethin

**ocean** \'ō
*Ōkeanos*
: the wh
surface o
tic Ocean
limited s

**ocean·ar**
: a large

**ocean·fr**

**ocean·go**
on the o

**oce·an·ic**
: occurri
guished

**Oce·anic**
: any of
Greek n

**ocean·og**
with the
the phy
ploitatio
**graph·i**
**o·graph**

**ocean·ol**
: the sc
\-'nä-lə-

**ocean pe**
nus *Seb*
: one (*S*
Bering

**ocean sw**
raodon
oval in
in exce

**Oce·anu**
great ri

**ocel·lus**
eye —
vertebr
wings o

**oce·lot**
mediu
to nor
and str

**ocher** *a*
*ōchra*,
and of
: the c
k(ə-)r

**och·loc**
*ochlok*
(1584)
**och·lo**
\ˌä-klə
*adj*

**-ock** *n*
*ock*⟩

**Ock·h**
RAZOI

**o'·cloc**
(ca. 1
is thre
or dir
ed ve
proac

**oco·ti·**
(1856
(*Fouq*
aceae