essary to support life  **b** : a source or means of obtaining the necessities of life — **sub·sis·tent** \-tənt\ *adj*
**subsistence farming** *n* (1939)  **1** : farming or a system of farming that provides all or almost all the goods required by the farm family usu. without any significant surplus for sale  **2** : farming or a system of farming that produces a minimum and often inadequate return to the farmer — called also *subsistence agriculture* — **subsistence farmer** *n*
**sub·so·cial** \ˌsəb-ˈsō-shəl\ *adj* (ca. 1909) : incompletely social; *esp* : tending to associate gregariously but lacking fixed or complex social organization ⟨~ insects⟩
¹**sub·soil** \ˈsəb-ˌsȯil\ *n* (1799) : the stratum of weathered material that underlies the surface soil
²**subsoil** *vt* (1840) : to turn, break, or stir the subsoil of — **sub·soil·er** *n*
**sub·so·lar point** \ˌsəb-ˈsō-lər-\ *n* (ca. 1908) : the point on the surface of the earth or a planet at which the sun is at the zenith
**sub·son·ic** \ˌsəb-ˈsä-nik\ *adj* [ISV] (1937)  **1** : of, relating to, or being a speed less than that of sound in air  **2** : moving, capable of moving, or utilizing air currents moving at a subsonic speed  **3** : INFRASONIC 1 — **sub·son·i·cal·ly** \-ni-k(ə-)lē\ *adv*
**sub·space** \ˈsəb-ˌspās\ *n* (1927) : a subset of a space; *esp* : one that has the essential properties (as those of a vector space or topological space) of the including space
**sub spe·cie ae·ter·ni·ta·tis** \sub-ˈspe-kē-ˌā-ˌī-ˌter-nə-ˈtä-təs\ *adv* [NL, lit., under the aspect of eternity] (1895) : in its essential or universal form or nature
**sub·spe·cies** \ˈsəb-ˌspē-shēz, -sēz\ *n* [NL] (1699) : a subdivision of a species: as  **a** : a category in biological classification that ranks immediately below a species and designates a population of a particular geographical region genetically distinguishable from other such populations of the same species and capable of interbreeding successfully with them where its range overlaps theirs  **b** : a named subdivision (as a race or variety) of a taxonomic species  **c** : SUBGROUP 1 ⟨~ of economy fares —Michael DiPaola⟩ — **sub·spe·cif·ic** \ˌsəb-spi-ˈsi-fik\ *adj*
**sub·stage** \ˈsəb-ˌstāj\ *n* (1888) : an attachment to a microscope by means of which accessories (as mirrors, diaphragms, or condensers) are held in place beneath the stage of the instrument
**sub·stance** \ˈsəb-stən(t)s\ *n* [ME, fr. MF, fr. L *substantia*, fr. *substans, substans*, prp. of *substare* to stand under, fr. *sub-* + *stare* to stand — more at STAND] (14c)  **1 a** : essential nature : ESSENCE  **b** : a fundamental or characteristic part or quality  **c** *Christian Science* : GOD 1b  **2 a** : ultimate reality that underlies all outward manifestations and change  **b** : practical importance : MEANING, USEFULNESS ⟨the … bill—which will be without ~ in the sense that it will authorize nothing more than a set of ideas —Richard Reeves⟩  **3 a** : physical material from which something is made or which has discrete existence  **b** : matter of particular or definite chemical constitution  **c** : something (as drugs or alcoholic beverages) deemed harmful and usu. subject to legal restriction ⟨possession of a controlled ~⟩ ⟨has a ~ problem⟩  **4** : material possessions : PROPERTY ⟨a family of ~⟩ — **sub·stance·less** \-ləs\ *adj* — **in substance** : in respect to essentials : FUNDAMENTALLY
**substance abuse** *n* (1982) : excessive use of a drug (as alcohol, narcotics, or cocaine) : use of a drug without medical justification — **substance abuser** *n*
**substance P** *n* (1934) : a neuropeptide that consists of 11 amino acid residues, that is widely distributed in the brain, spinal cord, and peripheral nervous system, and that acts across nerve synapses to produce prolonged postsynaptic excitation
**sub·stan·dard** \ˌsəb-ˈstan-dərd\ *adj* (1897) : deviating from or falling short of a standard or norm: as  **a** : of a quality lower than that prescribed by law  **b** : conforming to a pattern of linguistic usage existing within a speech community but not that of the prestige group in that community  **c** : constituting a greater than normal risk to an insurer
**sub·stan·tial** \səb-ˈstan(t)-shəl\ *adj* (14c)  **1 a** : consisting of or relating to substance  **b** : not imaginary or illusory : REAL, TRUE  **c** : IMPORTANT,

**...tantive right** *n* (1939) : a right (as of life...
...tation) held to exist for its own sake and to...
...al legal order of society
**...sta·tion** \ˈsəb-ˌstā-shən\ *n* (1881) : a sub...
...ion: as  **a** : a branch post office  **b** : a subsid...
...ric current is transformed  **c** : a police st...
area
**...sti·tu·ent** \səb-ˈsti-chə-wənt, -ˈstich-wənt\...
...s, prp. of *substituere*] (ca. 1896) : an atom...
other atom or group in a molecule — **substi**...
**...sti·tut·able** \ˈsəb-stə-ˌtü-tə-bəl, -ˌtyü-\ *adj*...
...stituted — **sub·sti·tut·abil·i·ty** \ˌsəb-stə-...
**...sti·tute** \ˈsəb-stə-ˌtüt, -ˌtyüt\ *n* [ME, fr...
...ituere* to put in place of, fr. *sub-* + *statuere* t...
...TATUTE] (15c) : a person or thing that take...
...other — **substitute** *adj*
**substitute** *vb* **-tut·ed; -tut·ing** *vt* (1588)  **1 a**...
...another  **b** : to introduce (an atom or gro...
...to alter (as a compound) by introduction of...
benzene ring⟩  **2** : to take the place of : RE...
substitute
**...sti·tu·tion** \ˌsəb-stə-ˈtü-shən, -ˈtyü-\ *n* [M...
...ution, fr. LL *substitution-, substitutio*, fr. *s...
...process, or result of substituting one t...
...cement of one mathematical entity by a...
...one that is substituted for another — **sub**...
...\ *adj* — **sub·sti·tu·tion·al·ly** *adv* — **sub**...
*adj*
**...titution cipher** *n* (1936) : a cipher in whi...
...t are systematically replaced by substi...
RANSPOSITION CIPHER
**...sti·tu·tive** \ˈsəb-stə-ˌtü-tiv, -ˌtyü-\ *adj* (16...
substitute — **sub·sti·tu·tive·ly** *adv*
**...strate** \ˈsəb-ˌstrāt\ *n* [ML *substratum*] (1...
the base on which an organism lives ⟨the s...
ants⟩  **3** : a substance acted upon (as by an...
**...stra·tum** \ˈsəb-ˌstrā-təm, -ˌstra-, ˌsəb-ˈ\ *n*...
neut. of *substratus*, pp. of *substernere* to sp...
...re to spread — more at STREW] (1631)...
OUNDATION: as  **a** : substance that is a pa...
...s or phenomena  **b** : the material of whic...
...om which it derives its special qualities  **c**...
...e soil; *specif* : SUBSOIL  **d** : SUBSTRATE 2
**...struc·ture** \ˈsəb-ˌstrək-chər\ *n* (1726) : an...
...rt of a structure — **sub·struc·tur·al** \-chə...
**...sume** \səb-ˈsüm\ *vt* **sub·sumed; sub·sum**...
*+ sumere* to take up — more at CONSU...
...ce within something larger or more compre...
...ordinate or component element ⟨red, g...
...ed under the term "color"⟩ — **sub·sum**...
**...ump·tion** \səb-ˈsəm(p)-shən\ *n* [NL *sub*...
...sumere*] (1651) : the act or process of sub...
**...ur·face** \ˈsəb-ˌsər-fəs\ *n* (1778) : earth m...
exposed at the surface of the ground
**...ur·face** \ˌsəb-ˈsər-fəs\ *adj* (1875) : of, r...
g located beneath a surface and esp. und...
**...een** \ˈsəb-ˈtēn\ *n* (1951) : a preadolescent
...em·per·ate** \ˌsəb-ˈtem-p(ə-)rət\ *adj* (185...
...der parts of the temperate zones
**...en·an·cy** \... (ca. 1861) : ...
...ant
**...en·ant** \-ˈt...
**...tend** \səb-ˈ...
...e to stretch...
...d from one...
...fix the ang...
...s the vertex

EXHIBIT
H