# OPERATING ENGINEERS LOCAL NO. 965 HEALTH BENEFIT PLAN

## BOARD OF TRUSTEES MEETING

### FEBRUARY 4, 2003

## CALL TO ORDER

The Meeting was called to order by the Chairman, John Hudson, in the Conference Room of the Operating Engineers Local #965 Office in Springfield, Illinois.

## NOTICE OF MEETING

The Chairman noted that written notification had been sent to all Trustees.

## ROLL CALL

Trustees present were:

| UNION TRUSTEES | MANAGEMENT TRUSTEES |
| --- | --- |
| John Hudson, Chairman | Dave Mifflin, Secretary |
| Mike Zahn | Ray Hawkins |
| Joe Klein | Bob Bruner |

Also Present:

Edward T. Otstott, representing OBA Midwest, Ltd.
Dan Dondanville, Merrill Lynch
Jack Diem, Blomquist & Co.
Jim Moody, Cavanagh & O'Hara
Patricia Saenz, representing OBA Midwest, Ltd.

## QUORUM

The Chairman ruled that a Quorum was present to act upon all business to come before the Board.

## REVIEW MINUTES OF PREVIOUS MEETING

November 13, 2002

Minutes of the Meeting held November 13, 2002, printed and distributed previously, were reviewed in detail. After discussion Motion was made and seconded to approve the Minutes as presented.

1


EXHIBIT I

Motion carried.

## ADMINISTRATIVE MANAGER'S REPORT

### Monthly Financial Statement

The Financial Statement for the month of December 2002 was reviewed in detail. At the conclusion of this review motion was made and seconded to approve the Financial Statement subject to audit. Motion carried.

### Disbursements

The Trustees reviewed in detail a listing of all administrative disbursements for the period November 13, 2002 through February 4, 2003. After an additional discussion, a motion was made and seconded to approve the disbursements as presented. Motion carried. (A copy of this listing is hereby made a permanent part of these Minutes.)

### Adam Woolum

Adam Woolum was driving his vehicle when he went off the road and hit a telephone poll. Mr. Woolum was later found to be under the influence when he had the accident. The Fund office originally denied the claim under the self-inflicted/under the influence clause in the SPD. Mr. Woolum is appealing asking that the Fund pay for his charges. After a discussion a motion was made and seconded to deny his request to pay benefits as he was under the influence at the time of his accident. The Trustees asked that Fund Counsel draft the denial to go Mr. Woolum. Motion carried.

## INVESTMENT CONSULTANTS REPORT

Mr. Dondanville reviewed with the Board of Trustees the Operating Engineers Local 965 Health Benefit Plan portfolio dated February 4, 2003. Asset allocation as reflected in the Report was 54.4% Fixed Income, 33.1% Equity, and 12.5% Money Markets/Accrued Interest. The rate-of-return for the total portfolio as of December 31, 2002 was .90% for the fiscal year-to-date.

Mr. Dondanville stated that the last fiscal year reflected good performance versus the Taft-Hartley universe and that he believed that the current stock allocation as reviewed in this report, should remain as is for the time being.

## CONSULTANT'S REPORT

Mr. Diem reviewed with the Trustees various concerns that the Trustees have had regarding the decline in the asset value of the Fund. Mr. Diem indicated that there are many options available to the Fund to attempt to conserve their assets. Mr. Diem indicated that the Fund could raise

2

contributions rates, lower co-pays, or eliminate some benefits from the Plan. Mr. Diem discussed some ideas with the Trustees. Some of the ideas were to raise the deductible, raise the out-of-pocket maximum, drug program changes, eligibility changes to require more hours, increasing the self-payment rate and various other ideas.

Mr. Diem distributed language regarding new claim processing and appeal procedures. The Trustees reviewed the language, Fund Counsel and the Administrator had previously reviewed this language and thought it appropriate to add to the Plan. After a discussion a motion was made and seconded to approve the new claims and appeal processing language for the Plan as presented. Motion carried.

Mr. Diem presented new COBRA rates to be effective 5/1/2003. The new regular payment would be $630.80 and the eleven month disability extension would be $927.65. After a discussion a motion was made and seconded to approve the rates as presented. Motion carried.

ATTORNEY'S REPORT

Fund Counsel then reviewed in detail the February 2003 Delinquency Status Report. After reviewing this Report it was the consensus of the Trustees that no direct intervention was required by the Board relative to this Report at this time. (A copy of this Report is hereby made a permanent part if these Minutes.)

Mr. Moody indicated that the contract with Expresscripts was nearly complete and with some final corrections it will be fit for signature.

NEXT MEETING DATE

The next scheduled Meeting of the Board of Trustees was not set at this time although a special meeting to discuss possible changes to the Fund was set for March 11, 2003 at 10:00 AM in the Conference Room of the Operating Engineers Local #965 Office in Springfield, Illinois.

ADJOURNMENT

Upon motion duly made and seconded, it was unanimously carried to adjourn the Meeting.

Respectfully submitted,


_____        _____
John Hudson, Chairman                  David Mifflin, Secr/Treas.