## AFFIDAVIT OF MIKE ZAHN

STATE OF ILLINOIS    )
                     )
COUNTY OF SANGAMON )

1. I am over eighteen and have personal knowledge of all of the facts to which I attest in this Affidavit.

2. I am a Trustee and Chairman of the Board of Trustees of the Fund. I was present at the Board of Trustees meeting on February 3, 2003 when the Trustees considered Adam Woolums' appeal.

3. The Trustees reviewed the administrative record of Adam Woolums and found that Adam Woolums ingested cocaine at 4:00 a.m. on September 1, 2001. At or around 6:00 a.m. that morning, Adam Woolums was driving his vehicle in Decatur, Illinois when he veered off the road and hit a utility pole. The Decatur Police Department issued Adam Woolums a citation for failing to reduce speed to avoid an accident and driving under the influence of intoxicating compounds. The medical report confirmed the presence of cocaine in Adam Woolums' blood and urine. On February 5, 2002, Adam Woolums pled guilty to driving under the influence of drugs.

4. The Trustees reviewed the language of the SPD which was the basis for the denial of benefits.

5. The Trustees reviewed the Merriam Webster's Collegiate Dictionary for the ordinary meaning of the word "occupation." Occupation was defined as 1) "an activity in which one engages" and 2) the "principal business of one's life."

6. The Trustees reasoned that the word "occupation" and the word "activity" were synonyms.

7. The Trustees in good faith construed the SPD term "illegal occupation" to include the illegally activity of driving under the influence of drugs.

8. After discussion regarding this exclusion, the Trustees passed a motion to deny the claim.

9. As a part of the appeal process, the Trustees consulted with its third party administrator, OBA Midwest, who was responsible for paying claims at the time of the accident.

10 Also as a part of the appeal process, the Trustees consulted legal counsel concerning the argument raised by Adam Woolums' attorney.

Further affiant sayeth naught.

Mike Zahn

On this 25th day of May, 2006, before me, a Notary Public in and for said State, Mike Zahn personally appeared, known to me to be the person described in and who executed the forgoing Affidavit of Mike Zahn and acknowledged to me that he executed the same as his free act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal on this day and year first above written in the County and State aforesaid.

Notary Public

Signatures Redacted-p.