**E-FILED**
Thursday, 22 June, 2006  02:44:51 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ADAM T. WOOLUMS, | * | CASE NO. 04-3271 |
| Plaintiff, | * | |
| vs. | * | |
| Ray Hawkins, David A. Mifflin | * | |
| Robert Brunner, Joe Klein and | | |
| Mike Zahn, as | * | |
| TRUSTEES OF OPERATING | * | |
| ENGINEERS LOCAL 965 | | |
| | * | |
| Defendants. | | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND FOR
EXTENSION OF TIME TO FILE CROSS-MOTION FOR SUMMARY JUDGEMENT**

NOW COMES the plaintiff, ADAM WOOLUMS, and requests an extension of time to file a response to defendants' Motion for Summary Judgment and extension to file plaintiff's Cross-Motion for Summary Judgment. As grounds therefore plaintiff states that defendants electronically filed their Motion for Summary Judgment on May 25, 2006. The electronic notice of the filing states: "3:04-CV-3271 Notice will be delivered by other means to: Michael R. Mundt, Mundt, Frank & Schumacher, 1231 Broadway, Suite 300, Denison, IA 51442." Defendants' counsel assumed this entry meant that the Clerk of the Court would send the Notice and copy of the Motion for Summary Judgment by other means and, therefore, did not provide notice of the filing or serve a copy of the Motion for Summary Judgment on the said Michael R. Mundt.

-2-

Michael R. Mundt did not learn of the filing of the Motion for Summary Judgment until June 19, 2006 and as of June 21, 2006 had not received a copy of the Motion for Summary Judgment. Michael R. Mundt will be out of his office for a period of one week until June 27, 2006.

On June 21, 2006 this Court entered the following order: "Defendants filed a Motion for Summary Judgment (d/e 9) on May 25, 2006. The Plaintiff has not yet responded to the Motion. The Plaintiff is given until June 30, 2006, to file a response to the Motion or else the Court will presume that he has no opposition, and the Court will rule on the Motion without further notice to the parties. Local Rule 7.1(D)(2). Entered by Judge Jeanne E. Scott on 6/21/06. (MR, ilcd)"

It is the intent of plaintiff to file a Cross Motion for Summary Judgment and to file a response to defendant's Motion for Summary Judgment. Plaintiff requests an extension of time to July 10, 2006 to file said pleadings.

Because the lack of notice of the filing, it would be a substantial injustice to deny this Motion for Extension of Time.

Defendant's counsel has no objection to the Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment, but does object to the Motion for Extension of Time to File the Cross-Motion for Summary Judgment.

WHEREFORE, plaintiff by and through his attorneys Mundt, Frank & Schumacher, ask leave of Court for an extension of time July 10, 2006, to file plaintiff's Cross-Motion for Summary Judgment and response to defendant's Motion for Summary Judgment.

_Michael R Mundt_ by
ATTORNEYS FOR PLAINTIFF

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd of June, 2006, he served a copy of the foregoing Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment and for Extension of Time to File Cross-Motion for Summary Judgement  by facsimile and mail to:

>James P. Moody
>Cavanagh & O'Hara
>407 E. Adams
>P.O. Box 5043
>Springfield, IL 62705
>(217) 544-9894

_____ /s/ Edward Q. Costa _____

Mundt, Franck & Schumacher, Attorney for Plaintiff
1231 Broadway, Suite 300
Denison, IA 51442
(712) 263-3159
(712) 263-4507 - Fax

SAMUELS, MILLER, SCHROEDER,
    JACKSON & SLY, LLP
Attorneys
225 North Water - Suite 301
P. O. Box 1400
Decatur, Illinois 62525
Telephone: (217) 429-4325