**E-FILED**
Monday, 10 July, 2006 03:11:40 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **ADAM T. WOOLUMS,** | * | **CASE NO. 04-3271** |
| **Plaintiff,** | * | |
| **vs.** | * | |
| **Ray Hawkins, David A. Mifflin, Robert Brunner, Joe Klein and Mike Zahn, as** | * * | **PLAINTIFF'S RESISTANCE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| **TRUSTEES OF OPERATING ENGINEERS LOCAL 965** | * | |
| | * | |
| **Defendants.** | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

COMES NOW the Plaintiff, Adam T. Woolums, by and through his counsel, Michael R. Mundt, and pursuant to Rule 56 Fed.R.Civ.P. and C.D. IL-LR 7.1, resists Defendants' Motion for Summary Judgment. In support of this resistance, Plaintiff states the following:

1. Defendants' Motion should be dismissed since it failed to comply with local rules pertaining to motions in general, and motions for summary judgment in particular.

2. Plaintiff is filing along with this Resistance, a Response to Defendants Statement of Material Facts, which establishes there are issues to be litigated at trial.

3. As required by C.D. IL-LR 7.1(D)(2)(3) & 7.1(D) a separate Response to Statement of Facts; Statement of Additional Undisputed Facts and Memorandum of Law are incorporated in this Resistance.

4. If there exists any doubt on Defendants' Motion for Summary Judgment, it should be denied. By reason of the facts, or lack thereof, stated by the parties and the law cited by Plaintiff

in his Memorandum of Law, the Court should not grant Defendants' Motion for Summary

Judgment.

Respectfully submitted,

ADAM T. WOOLUMS, PLAINTIFF


By:___s/ Michael R. Mundt_____
        Michael R. Mundt
        MUNDT, FRANCK & SCHUMACHER
        1231 Broadway, Suite 300
        Denison, IA 51442
        Telephone: 712-263-3159
        Facsimile: 712-263-4507
        E-mail: mundt@frontiernet.net
                  mfslaw@frontiernet.net


CERTIFICATE OF SERVICE

      I hereby certify that on July 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James P. Moody                          Edward Q. Costa
Cavanagh & O'Hara                       Samuels, Miller, Schroeder, Jackson & Sly, LLP
407 East Adams St.                      225 North Water St., Suite 301
P.O. Box 5043                           P.O. Box 1400
Springfield, IL 62705                   Decatur, IL 62525


        s/ Michael R. Mundt_____
        Michael R. Mundt
        Attorney for Plaintiff
        MUNDT, FRANCK & SCHUMACHER
        1231 Broadway, Suite 300
        Denison, IA 51442
        Telephone:  712-263-3159
        Facsimile:  712-263-4507
        E-mail: mundt@frontiernet.net
                 mfslaw@frontiernet.net