IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ADAM T. WOOLUMS, | * | CASE NO. 04-3271 |
| Plaintiff, | * | |
| vs. | * | |
| Ray Hawkins, David A. Mifflin, Robert Brunner, Joe Klein and Mike Zahn, as | * * | PLAINTIFF'S RESPONSE TO STATEMENT OF UNDISPUTED FACTS |
| TRUSTEES OF OPERATING ENGINEERS LOCAL 965 | * * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

COMES NOW the Plaintiff, Adam T. Woolums, pursuant to C.D.IL-LR 7.1(D)(2), submits the following response to Defendants' Statement of Material Facts:

1.  Plaintiff admits paragraphs 1, 2 and 3 of Defendants' Statement of Material Facts.

2.  Plaintiff denies paragraph 4.  This conclusionary statement was not supported by affidavit as required by Rules.

3.  Plaintiff denies paragraph 5 of the Statement of Material Facts.  The "record" attached to support this statement is not self-authenticating.  Introduction of records in Federal Court requires proper authentication.  Rule 901(a)(b)(7).  Fed.R.Civ.P.  Certified copies of public records are required.  Rule 902(4). Fed.R.Civ.P.

4.  Plaintiff admits part, but also denies part of the statement made in paragraph 6. Exhibit "D" which is attached to the Motion contains documents with unexplained gratuitous statements attached thereto without any accompanying affidavit to support it.  For example, page 1 has a letter from Darrell Woolums with writing on it stating: "Report states DUI .  This will be

denied. No. 168." There is no affidavit attached explaining who wrote this on that document or to explain what "denied No. 168" means, as required by Rule 7.1 (D)(1).

    5. Plaintiff denies paragraph 7 on the basis that this report again was not authenticated. A charge of DUI by the police does not make it fact. No medical reports were attached nor was there any witness affidavits that Plaintiff was under the influence of cocaine at the time of his injury.

    6. Plaintiff denies paragraph 8. Again, this follow up report was not authenticated, was not signed, and is hearsay.

    7. Plaintiff admits paragraph 9 of the Statement of Material Facts that the Plaintiff's claim was denied based upon injuries that were self-inflicted and being engaged in an illegal occupation. However, as admitted by defense counsel, and by Exhibit "I" which was attached to their motion, when this matter was appealed to the Trustees, they did <u>not</u> consider the issue of whether an exclusion based upon self-inflicted injuries should apply. The Trustees only denied benefits based upon the fact they determined he was involved in a "illegal occupation" at the time of his injuries. (See admission of counsel, page 10 of the Motion for Summary Judgment and Exhibit "I".)

    8. Plaintiff denies paragraph 14. This is not a statement of fact but a argument of law and should have been addressed by counsel in a separate "memorandum of law" to support the motion as required by LR 7.1(B)(1).

    9. Plaintiff admits paragraph 15 but further states that counsel for the Defendants has admitted that denial of benefits was based solely on their determination that Plaintiff was involved in a "illegal occupation" when injured and the denial by them was based upon that determination. (See Defendants' Motion for Summary Judgment at p. 10 where counsel states

"because the Appeal claim was denied under the 'illegal occupation' exclusion, the Trustees did not reach the 'self-inflicted injuries' exclusion."

Respectfully submitted,

ADAM T. WOOLUMS, PLAINTIFF

By: s/ Michael R. Mundt
Michael R. Mundt
MUNDT, FRANCK & SCHUMACHER
1231 Broadway, Suite 300
Denison, IA 51442
Telephone: 712-263-3159
Facsimile: 712-263-4507
E-mail: mundt@frontiernet.net
mfslaw@frontiernet.net

CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| James P. Moody | Edward Q. Costa |
| Cavanagh & O'Hara | Samuels, Miller, Schroeder, Jackson & Sly, LLP |
| 407 East Adams St. | 225 North Water St., Suite 301 |
| P.O. Box 5043 | P.O. Box 1400 |
| Springfield, IL 62705 | Decatur, IL 62525 |

s/ Michael R. Mundt
Michael R. Mundt
Attorney for Plaintiff
MUNDT, FRANCK & SCHUMACHER
1231 Broadway, Suite 300
Denison, IA 51442
Telephone: 712-263-3159
Facsimile: 712-263-4507
E-mail: mundt@frontiernet.net
mfslaw@frontiernet.net
