IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ADAM T. WOOLUMS, | * | CASE NO. 04-3271 |
| Plaintiff, | * | |
| vs. | * | |
| Ray Hawkins, David A. Mifflin, Robert Brunner, Joe Klein and Mike Zahn, as | * | STATEMENT OF ADDITIONAL UNDISPUTED FACTS |
| | * | |
| TRUSTEES OF OPERATING ENGINEERS LOCAL 965 | * | |
| | * | |
| Defendants. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

COMES NOW the Plaintiff, Adam T. Woolums, pursuant to C.D. IL-LR 7.1(D)(3) submits the following additional facts which are supported by the affidavits of Plaintiff and his father, Darrell Woolums, as Exhibits "K" and "L":

1. The claim for benefits was administered by an entity known as OBA Midwest, Ltd. in Darien, Illinois, and the employee of that company who processed the claim was Lisa Frasco. (See Exhibit "L", affidavit of Darrell Woolums, para. 2)

2. The benefits to the Plaintiff were initially paid but later terminated by OBA Midwest, Ltd. Lisa Frasco contacted Adam Woolums by phone and left a message on his answering machine which is attached to the affidavit which stated in substance Defendants would not pay benefits for losses resulting from "alcohol, drugs or substance abuse" and specifically referred Mr. Woolums to page 38 of the SPD. (See Exhibit "L", affidavit of Darrell Woolums, paras. 3-4)

3. Mr. Woolums reviewed the SPD plan and then contacted Lisa Frasco by phone to advise her that she could not deny his son benefits for medical bills under the plan because the

section she cited to exclude payment for those benefits pertained to accidental death and dismemberment benefits as set forth on pages 37-38 of the plan.  (See Exhibit "L", affidavit of Darrell Woolums, paras. 5-6)

4.  Even after Plaintiff's father, Darrell Woolums, contacted Lisa Frasco to explain she could not deny benefits based upon the section she quoted, she refused to reconsider her position. (See Exhibit "L", affidavit of Darrell Woolums, para. 6)

5.  The Defendants only asserted the "illegal occupation" as a reason for denied benefits and dropped their earlier reason for denying benefits under the accidental death benefits section of the policy, after Plaintiff appealed the denial of benefits by a letter dated March 14, 2002. (See Exhibit "L", affidavit of Darrell Woolums, para. 6 and Defendants' Exhibit 6)

6.  The only "investigation" done by anyone on behalf of Defendants prior to the denial of benefits was to obtain from Darrell Woolums the traffic accident report.  (See Exhibit "L", affidavit of Darrell Woolums, para. 7 and Defendants' Exhibit D)

7.  Neither Adam T. Woolums nor his father, Darrell Woolums, were ever questioned by representatives for the Defendants to ascertain what happened when Adam was injured or to seek any facts concerning denial of benefits to him other than to obtain the police reports.  (See Exhibit "L", affidavit of Darrell Woolums, para. 7 and Exhibit "K", affidavit of Adam Woolums, para. 3)

8.  On all the charges made against Adam Woolums he entered into a plea agreement which provided no judgment would be entered against him if he met the probationary terms. Following his meeting those terms the case against him was dismissed and stricken from the record.  (See Exhibit "K", affidavit of Adam Woolums, para. 4)

9. Adam T. Woolums has never been given the opportunity to explain why he never intended to injure himself; or to testify that the accident occurred simply because he lost control of his vehicle. (See Exhibit "K", affidavit of Adam Woolums, para. 5).

Respectfully submitted,

ADAM T. WOOLUMS, PLAINTIFF

By: s/ Michael R. Mundt
Michael R. Mundt
MUNDT, FRANCK & SCHUMACHER
1231 Broadway, Suite 300
Denison, IA 51442
Telephone: 712-263-3159
Facsimile: 712-263-4507
E-mail: mundt@frontiernet.net
mfslaw@frontiernet.net

CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| James P. Moody | Edward Q. Costa |
| Cavanagh & O'Hara | Samuels, Miller, Schroeder, Jackson & Sly, LLP |
| 407 East Adams St. | 225 North Water St., Suite 301 |
| P.O. Box 5043 | P.O. Box 1400 |
| Springfield, IL 62705 | Decatur, IL 62525 |

s/ Michael R. Mundt
Michael R. Mundt
Attorney for Plaintiff
MUNDT, FRANCK & SCHUMACHER
1231 Broadway, Suite 300
Denison, IA 51442
Telephone: 712-263-3159
Facsimile: 712-263-4507
E-mail: mundt@frontiernet.net
mfslaw@frontiernet.net