EXHIBIT "K"

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ADAM T. WOOLUMS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-3271 |
| | ) | |
| Ray Hawkins, David A. Mifflin, | ) | |
| Robert Brunner, Joe Klein and | ) | |
| Mike Zahn, as | ) | |
| | ) | |
| TRUSTEES OF OPERATING | ) | |
| ENGINEERS LOCAL 965 | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT IN OPPOSITION TO DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT**

ADAM T. WOOLUMS, being first duly sworn on oath states that the facts set forth herein are made on the personal knowledge of affiant:

1. Affiant resides at 2419 N. Florian Avenue, Decatur, Illinois and is the plaintiff in this cause.

2. Affiant has never been interviewed or contacted by defendants or any representative or employee of defendants regarding an investigation of his claim for medical benefits which is the subject of the case.

3. Affiant has not spoken with or corresponded with any of the defendants, representatives of defendants, including any person employed by OBA Midwest, Ltd. regarding his claim for medical benefits.

-2-

4. Regarding the traffic offense referred to in Defendants' Motion for Summary Judgment, I entered into a plea agreement whereby I was placed on supervision for a period of time and required to meet certain terms and conditions which I complied with. The case was then dismissed and stricken, no judgment was entered and there was no conviction of any offense.

5. The I day was injured I lost control of my vehicle while driving at a low rate of speed (approximately 35 mph) and did not intend to cause the injuries and pain that I suffered.

/S/ Adam T. Woolums
ADAM T. WOOLUMS

Subscribed and sworn to before me this 6th day of July, 2006.

/S/ Susan A. Tampasis
Notary Public

Michael R. Mundt
Mundt, Franck & Schumacher, Attorney for Plaintiff
1231 Broadway, Suite 300
Denison, IA 51442
(712) 263-3159
(712) 263-4507 - fax