E-FILED
Monday, 24 July, 2006  03:44:55 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ADAM T. WOOLUMS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 04-3271 |
| | ) |
| Ray Hawkins, David A. Mifflin, | ) |
| Robert Brunner, Joe Klein and | ) |
| Mike Zahn, as TRUSTEES OF | ) |
| OPERATING ENGINEERS LOCAL 965 | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO STRIKE
PLAINTIFF'S RESPONSE TO DEFENDANTS'
JOINT MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants, RAY HAWKINS, *et al*, by and through their counsel, Cavanagh & O'Hara, and move to strike Plaintiff's Response to Defendants' Motion for Summary Judgment for violations of the Local Rules for the Central District. In support thereof, Defendants state as follows:

1. Summary judgment pleading are governed by Local Rule 7.1(D)(1) which outlines the format and section headings for the summary judgment motion.

2. Specifically, Response to Motion for Summary Judgment must be filed in 21 days after service of the motion an include the following headings:

> Introduction,
> Response to Undisputed Material Fact, and
> Argument.

3. Plaintiff missed the date set by the Court for Plaintiff to respond to Defendants' Motion for Summary Judgment. Plaintiff requested an extension to respond after the 21 days which the Court granted. Defendant's counsel did not object.

4.      Now Plaintiff's Response to Defendants' Motion for Summary Judgment is not in compliance with Local Rule 7.1(D).  Rather than follow the Local Rule, Plaintiff filed separate documents not referenced in the Local Rules (Plaintiff's Resistance to Defendants' Motion for Summary Judgment, Response to Statement of Undisputed Facts, Statement of Additional Undisputed Facts, and Memorandum of Law).

5.      For these reasons, the Court should strike Plaintiff's Response to Defendants' Motion for Summary Judgment.  Local Rule 7.1(D) and *Waldridge v. American Hoechst Corp.*, 24 F.3d 918 (7th Cir. 1994).

WHEREAS, Defendants pray that this Court strike Plaintiffs' Response to Defendants' Motion for Summary Judgment.

Respectfully submitted,
RAY HAWKINS, *et al.*,
Defendants,

By:     s/ James P. Moody_____
        James P. Moody
        CAVANAGH & O'HARE
        407 East Adams Street
        Post Office Box 5043
        Springfield, IL 62705
        Telephone: 217-544-1771
        Facsimile: 217-544-9894
        E-mail: jim@cavanagh-ohara.com

## CERTIFICATE OF SERVICE

  I certify on July 24, 2006, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael R. Mundt
Mundt, Frank & Schumacker
1231 Broadway, Suite 300
Denison, IA 51442

Edward Q. Costa
Samuels, Miller Schroeder, Jackson & Sly, LLP
225 North Water Street, Suite 301
P.O. Box 1400
Decatur, IL 62525

              s/ James P. Moody_____
              **CAVANAGH & O'HARA**
              407 East Adams Street
              Post Office Box 5043
              Springfield, IL 62705
              Telephone: 217-544-1771
              Facsimile: 217-544-9894
              jim@cavanagh-ohara.com