AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**ADAM T. WOOLUMS**

vs.                                                                                           Case Number:   **04-3271**

**RAY HAWKINS, et al.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**, pursuant to an Opinion entered by the Honorable Jeanne E. Scott, the Defendants' Joint Motion for Summary Judgment is DENIED.  The Court, rather, enters judgment in favor of Plaintiff Adam Woolums and against Defendants Ray Hawkins, David Mifflin, Robert Bruner, Joe Klein and Mike Zahn as the Trustees of the Plan with respect to the Defendants' decision that Woolums' claim should be denied because he engaged in an illegal occupation. This decision was arbitrary and capricious. The Court remands the matter to the Plan for further proceedings, consistent with this Opinion, to determine whether Woolums' injuries were self-inflicted.-------------------------------------------------------------------------------------

ENTER this 8th day of September, 2006

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ C. Cathcart
_____
BY:  DEPUTY CLERK